UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

ERNESTO and DIANA MIRANDA,                       :    **Docket No.:** 08 CIV 5491
                                                 :
                         Plaintiffs,             :    **NOTICE OF APPEARANCE**
                                                 :
        -against-                                :
                                                 :
ABEX CORP;                                       :
f/k/a American Brake Show Company; et al.        :
                                                 :
                         Defendants.             :
------------------------------------------------------------------------ X

     ERIK C. DIMARCO, an attorney duly admitted to practice law in the State of New York,

hereby affirms the truth of the following upon information and belief, and under penalties of

perjury states:

     **PLEASE TAKE NOTICE**, that the defendant General Dynamics Corporation

incorrectly s/h/a "General Dynamics; Individually and as successor-in-interest to Consolidated

Vultee Aircraft Corporation" (hereinafter "General Dynamics") will be appearing in this action

through its attorneys WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, 150 E.

42nd Street, New York, New York 10017, and that all papers, Notices and Orders with regard to

the proceedings in this action, which otherwise would be required to be served upon said

Defendant, are to be served upon the offices of the undersigned.

Dated:        New York, New York
              June 23, 2008



                         Respectfully submitted,


              WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


                 By:
                         ERIK C. DIMARCO
                         Attorneys for defendant
                         GENERAL DYNAMICS CORPORATION
                         150 East 42nd Street
                         New York, New York 10017-5639
                         (212) 490-3000
                         Our File No.:  07411.00024



TO:    LEVY PHILLIPS & KONIGSBERG, LLP
       Attorneys for plaintiffs
       800 Third Avenue-13th Floor
       New York, New York 10038

       All defendants on annexed Service Rider List


                              2

3267772.1

**Miranda v. Abex Corp., et al**

## SERVICE RIDER

LEVY, PHILLIPS & KONIGSBERG, L.L.P.
Attorneys for the Plaintiff
800 Third Avenue
New York, New York  10022

WEINER LESNIAK LLP
Attorneys for the Defendants
BONDEX, BORG-WARNER, LOCKHEED MARTIN
CORPORATION, and OLD ORCHARD
629 Parsippany Road
P.O. Box 438
Parsippany, New Jersey  07054

KNOTT & GLAZIER, LLP
Attorneys for the Defendant
LOCKHEED MARTIN CORPORATION
201 Spear Street
Suite 1520
San Francisco, California  94105

EPSTEIN BECKER & GREEN, P.C.
Attorneys for the Defendants
WAYNE WIRE CLOTH and GRIMES AEROSPACE COMPANY
250 Park Avenue
New York, New York  10177-1211

MALABY & BRADLEY, LLC
Attorneys for the Defendants
J.H. FRANCE and CBS
150 Broadway
Suite 600
New York, New York  10038

SEGAL, McCAMBRIDGE, SINGER & MAHONEY, LTD
Attorneys for the Defendant
RAILROAD FRICTION PRODUCTS CORP.
830 Third Avenue
Suite 400
New York, New York  10022

3263801.1

McGUIRE WOODS LLP
Attorneys for the Defendant WABD
1345 Avenue of the Americas
New York, New York  10105

McGIVNEY & KLUGER, P.C.
Attorneys for the Defendants
LESLIE, HERCULES, AVOCET, FLOWSERVE,
TREADWELL, COURTER, KENTILE, and FAY SPOFFORD
80 Broad Street
23rd Floor
New York, New York  10004

CULLEN & DYKMAN, LLP
Attorneys for the Defendant GOULDS PUMPS
177 Montague Street
Brooklyn, New York 11201

AHMUTY, DEMERS & McMANUS, ESQS.
Attorneys for the Defendant YUBA HEAT TRANSFER
200 I.U. Willets Road
Albertson, New York  11507

HOLLAND & KNIGHT, LLP
Attorneys for the Defendant
CANADA COMMERCIAL CORP.
195 Broadway, 25th Floor
New York, New York  10007

GOODWIN PROCTOR LLP
Attorneys for the Defendant HENKEL
599 Lexington Avenue
New York, New York 10022

LYNCH DASKAL EMERY LLP
Attorneys for the Defendants
GEORGIA-PACIFIC, CHRYSLER and GOODYEAR
264 West 40th Street
New York, New York  10018

2

3263801.1

REED SMITH LLP
Attorneys for the Defendants
DANA and UNION CARBIDE
599 Lexington Avenue
New York, New York  10022

SMITH ABBOT, L.L.P.
Attorneys for the Defendant PNEUMO ABEX
115 Broadway
19th floor
New York, New York  10006

GALLAGHER, WALKER, BIANCO & PLASTARAS
Attorneys for the Defendant HEWLETT-PACKARD
98 Willis Avenue
Mineola, New York  11501

BRYAN CAVE, LLP
Attorneys for the Defendants NOSCO and MCD
1290 Avenue of the Americas
New York, New York  10104-3300

McMAHON, MARTINE & GALLAGHER, LLP
Attorneys for the Defendant
EASTERN REFRACTORIES CO., INC.
55 Washington Street
Brooklyn, New York  11201

THE GILBERT FIRM
Attorneys for the Defendant NGSC
325 East 57th Street
New York, New York  10022

SEGAL, McCAMBRIDGE, SINGER & MAHONEY, LTD
Attorneys for the Defendants
GARLOCK and DURAMETALLIC
830 Third Avenue
Suite 400
New York, New York  10022

3

3263801.1

TUCKER, ELLIS & WEST, LLP
Attorneys for Defendants
PRATT & WHITNEY POWER POWER SYSTEMS, INC.,
UNITED TECHNOLOGIES CORP.
1150 Huntington Bldg.
925 Euclid Avenue
Cleveland, Ohio  44115-1475

LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO, ESQS.
Attorneys for Defendant 3M COMPANY
420 Lexington Avenue
Graybar Building - Suite 2910
New York, New York  10170

SEDGWICK, DETERT, MORAN & ARNOLD, LLP
Attorneys for Defendants
GENERAL ELECTRIC and FOSTER WHEELER
100 Mulberry Street
Gateway 3, 12th Floor
Newark, New Jersey  07102

MENDES & MOUNT, LLP
Attorneys for Defendants HITCO
750 Seventh Avenue
New York, New York  10019-6829

MENDES & MOUNT, LLP
Attorneys for Defendant
THE FAIRCHILD CORP.
750 Seventh Avenue
New York, New York  10019-6829

LEADER & BERKON, LLP
Attorneys for Defendant
IMO INDUSTRIES
630 Third Avenue
New York, New York  10017

McELROY, DEUTSCH, MULVANEY & CARPENTER LLP:
Attorneys for Defendant EATON CORP.
1300 Mount Kemble Avenue
Morristown, New Jersey  07962-2075

4

3263801.1

McDERMOTT, WILL & EMERY, LLP
Attorneys for Defendant HONEYWELL INT.
340 Madison Avenue
New York, New York  10017

PEHLIVANIAN, BRAATEN & PASCARELLA, LLC:
Attorneys for Defendant INGERSOLL RAND
2430 Route 34
Manasquan, New Jersey  08736

GREENBERG TRAURIG, LLP
Attorneys for Defendant ROBERT A. KEASBEY CO.
MetLife Building
200 Park Avenue
New York, New York  10166

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
Attorneys for Defendants
CRANE CO. and CRANE PUMPS & SYSTEMS, INC.
599 Lexington Avenue
New York, New York  10022

CLEMENTE, MUELLER & TOBIA, P.A.
Attorneys for Defendant
DURABLA MANUFACTURING COMPANY
218 Ridgedale Avenue
Morristown, New Jersey  07961

AARONSON, RAPPAPORT, FEINSTEIN & DEUTSCH, LLP
Attorneys for Defendants
ALLISON ENGINES, GENERAL MOTORS and ROLLS ROYCE
757 Third Avenue
New York, New York  10017

MAIMONE & ASSOCIATES
Attorneys for Defendant MACK TRUCKS, INC.
170 Old Country Road
Mineola, New York  11501

McCARTER & ENGLISH, LLP
Attorneys for Defendants
UNISYS and PARKER-HANNIFIN CORP.
4 Gateway Center
100 Mulberry Street
Newark, New Jersey  07102-4096

5

SMITH STRATTON
Attorneys for Defendant GOODRICH COMPANY
2 Research Way
Princeton, New Jersey  08540

LANDMAN, CORSI, BALLAINE & FORD, P.C.
Attorneys for Defendant MTA
120 Broadway
New York, New York  10271

BARRY, McTIERNAN & MOORE, ESQS.
Attorneys for Defendants
ATLAS TURNER, GRAYBAR ELECTRIC and JOHN CRANE
Two Rector Street
New York, New York  10006

3263801.1