UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
ERNESTO and DIANA MIRANDA,  : **Civil Action No.: 08 CIV 5491**

      Plaintiffs,  :

  -against-  :

ABEX CORP;  :
f/k/a American Brake Show Company; et al.  :

      Defendants.
------------------------------------------------------------------ X

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the defendant General Dynamics Corporation incorrectly s/h/a "General Dynamics; Individually and as successor-in-interest to Consolidated Vultee Aircraft Corporation" (hereinafter "General Dynamics") by their attorneys, hereby certifies that General Dynamics is a publicly traded corporation. No corporation wholly owns General Dynamics, nor does any publicly held corporation own 10% or more of General Dynamics' stock:

Respectfully submitted this 23rd day of June, 2008

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
ERIK C. DIMARCO (ED 1124)
Attorneys for defendant
GENERAL DYNAMICS CORPORATION
150 East 42nd Street
New York, New York 10017-5639
(212) 490-3000
Our File No.: 07411.00024

3267562.1

TO: LEVY PHILLIPS & KONIGSBERG, LLP
Attorneys for plaintiffs
800 Third Avenue-13th Floor
New York, New York 10038

All defendants on annexed Service Rider List

3267562.1