UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ERNESTO AND DIANA MIRANDA,   :
                      Plaintiffs,   :   08 CV 5491 (SAS)
                         :
        - against -   :   **DEFENDANT WAYNE**
                         :   **WIRE CLOTH, INC.**
ABEX CORPORATION et al.,   :   **CORPORATE**
                         :   **DISCLOSURE**
                    Defendants.   :   **STATEMENT**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

       Defendant Wayne Wire Cloth, Inc., by its attorneys, Epstein Becker & Green, P.C., hereby submits its Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

       1.    Wayne Wire Cloth, Inc. is a nongovernmental corporate party to this civil action; and

       2.    Wayne Wire Cloth, Inc. is a wholly-owned subsidiary of WWCPI Corporate, which is a privately-held corporation.

       3.    No publicly-held corporation owns 10% or more of Wayne Wire Cloth, Inc.'s stock.

Dated: New York, New York
       June 23, 2008

                                          EPSTEIN BECKER & GREEN, P.C.

                                          By: _____
                                                Kenneth J. Kelly
                                                Aisha L. Joseph

                                                kkelly@ebglaw.com
                                                ajoseph@ebglaw.com

NY:2688990v1

       250 Park Avenue
       New York, New York 10177-1211
       (212) 351-4500
       Attorneys for Defendant
       Wayne Wire Cloth, Inc.