BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |

**NOTICE OF POTENTIAL TAG ALONG ACTION
PURSUANT TO J.P.M.L. RULE 7.2(i)**

Now into court comes Elisa Gilbert, Esq., counsel for the defendant, Northrop Grumman Systems Corporation ("NGSC"), in the case of "Miranda vs. Northrop Grumman System Corp., et al." Docket No. 08 CV 5491, U.S. District Court, Southern District of New York, for the purpose of submitting this Notice of Potential Tag Along Action, and says as follows:

1. Pursuant to J.P.M.L. Rule 7.2(i), counsel hereby notifies the panel and all counsel that the undersigned counsel feels that the aforementioned action, "Miranda vs. Northrop Grumman System Corp., et al." Docket No. 08 CV 4803, U.S. District Court, Southern District of New York, may be a potential tag along action in "In Re: Asbestos Products Liability Litigation (No. VI)" MDL No. 875.

2. Counsel hereto attaches proof of service on all parties to this action.

Wherefore, counsel, Elisa Gilbert, Esq., prays this Notice of Potential Tag Along Action be deemed good and sufficient.

This 23rd day of June, 2008

>Respectfully submitted,
>
>THE GILBERT FIRM, LLC
>Attorneys for Defendant
>
>By: _____
>325 East 57th Street
>New York, NY 10022
>Telephone: (212)-286-8503
>Facsimile: (973) 286-8522

## AFFIDAVIT OF SERVICE BY ELECTRONIC FILING

**STATE OF NEW YORK** )
                                        )ss.:
**COUNTY OF NEW YORK** )

    **I, Adam Blockton**, being duly sworn deposes and says:

    I am not a party to the action, am over 18 years of age and reside in New York, New York.

    On June 23, 2008, I served the within NOTICE OF POTENTIAL TAG ALONG ACTION PURSUANT TO J.P.M.L. RULE 7.2 (i) by electronic filing addressed to each of the following persons.

TO:    LEVY PHILLIPS & KONIGSBERG, LLP    JAMES WALKER SMITH, ESQ.
        Attorneys for Plaintiffs    SMITH ABBOT, L.L.P.

        KERRYANN M. COOK, ESQ.    SUZANNE HALBARDIER, ESQ.
        MCGIVERNY & KLUGER, P.C.    BARRY MCTIERNAN & MOORE

        Julie Evans, Esq.    LISA M. PASCARELLA, ESQ.
        WILSON ELSER MOSKOWITZ    PEHLIVANIAN, BRAATEN &
        EDELMAN & DICKER, LLP    PASCARELLA, L.L.P.

        ANDREW M. WARSHAUSER, ESQ.    David Ferstendig, Esq.
        ANNA DILONARDO, ESQ.    LAW OFFICES OF DAVID FERSTENDIG
        WEINER LESNIAK, LLP

        BASHI BUBA, ESQ.    MICHAEL WALLER, ESQ.
        WILBRAHIM, LAWLER & BUBA    KIRKPATRICK & LOCKHART PRESTON
            GATES ELLIS, LLP

        Deborah L. Slowata, Esq. /    JUDITH YAVITZ, ESQ.
        Nancy McDonald, Esq.    REED SMITH, LLP
        MCELROY, DEUTSCH,
        MULVANEY & CARPENTER, LLP

        ETHAN BAUMFELD, ESQ./    SCOTT R. EMERY, ESQ.
        NANCY L. PENNIE, ESQ.    LYNCH DASKAL AMERY, LLP
        ARRONSON RAPPAPORT
        FEINSTEIN & DEUTSCH, LLP

        Andrew P. Fishkin, Esq.    SMITH STRATTON WISE HHEHE
        EDWARDS & ANGEL, LLP    & BRENNAN

1

| | |
|---|---|
| WILLIAM MUELLER, ESQ.<br>CLEMENTE MUELLER &<br>TOBIA, P.A. | John Fanning, Esq.<br>CULLEN & DYKMAN, LLP |
| ERICH GLEBER, ESQ.<br>SEGAL MCCAMBRIDGE SINGER<br>& MAHONEY | LISA A. LINSKY, ESQ. / DONALD PUGLIESE, ESQ<br>McDERMOTT, WILL & EMERY, LLP |
| Laura B. Hollman, Esq.<br>McMAHON MARTINE<br>& GALLAGHER | ROBERT C. MALABY, ESQ.<br>MALABY & BRADLEY, LLC |
| ANDREW SAPON, ESQ.<br>BIVONA & COHEN, P.C. | ABBIE ELIASBERG FUCHS, ESQ.<br>HARRIS BEACH, PLLC |
| Michael A. Tanenbaum, Esq.<br>SEDGWICK, DETERT, MORAN<br>& ARNOLD, LLP | PHILLIP J. OROURKE, ESQ.<br>MCGIVNEY & KLUGER, P.C. |
| CHRISTOPHER S. KOZAK, ESQ. | Timothy J. McHugh, Esq.<br>LAVIN O'NEIL RICCI CEDRONE<br>& DISIPIO |
| CHRISTOPHER J. GARVEY<br>GOODWIN PROCTER, LLP | STEVEN L. KEATS |
| Arthur Bromberg<br>WEINER LESNIAK LLP | RICHARD A. MENCHINI, ESQ.<br>HOLLAND & KNIGHT |
| MARK S. LANDMAN, ESQ.<br>LANDMAN CORSI BALLAINE<br>& FORD, P.C. | RICHARD P. O'LEARY<br>MCCARTER & ENGLISH |
| Kenneth J. Kelly/<br>Epstein Becker & Green, P.C. | JAMES M. ALTMANS, ESQ./<br>DAVID BLOOMBERG, ESQ./<br>CHRISTOPHER R. STRIANESE, ESQ.<br>BRYAN CAVE, LLP |
| GENEVIEVE MACSTEEL, ESQ. /<br>ROBERT BROOKS-RIGALOSI, ESQ<br>MCGUIRE WOODS | Timothy J. McHugh, Esq.<br>LAVIN O'NEIL RICCI CEDRONE & DISIPIO |
| DOMINICK P. BIANCO<br>GALLAGHER, WALKER, BIANCO<br>& PLASTARAS | CFM INTERNATIONAL, INC.<br>1 NEUMAN WAY |

2

| | |
|---|---|
| GE AVIATION SYSTEMS, LLC<br>C/o Corporation Systems | GRIMES AEROSPACE COMPANY |
| HITCO CARBON & COMPOSITES | LEAR SEIGLER SERVICES, INC |
| THE FAIRCHILD CORPORATION | PARKER AEROSPACE |
| TRIAD INTERNATIONAL<br>MAINTENANCE CORPORATION | RHEACO, INC. |
| UNISYS CORPORATION | ROLLS ROYCE CORPORATION<br>C/O CORPORATION SERVICE COMPANY |

_____
**Adam Blockton**

Sworn to before me on this
23rd day of June, 2008

_____
Notary Public

ELISA T. GILBERT
Notary Public, State of New York
No. 02GI5042582
Qualified in New York County
Commission Expires 8/12/2010