WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Attorneys for Defendant
THE BOEING COMPANY
Office and P.O. Address
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
File No.: 07040.00014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
ERNESTO and DIANA MIRANDA,                                    :

                           Plaintiff,                      :   Docket No.: CV 08-5491

        -against-                                                          :

                                                            :   **NOTICE OF APPEARANCE**

ABEX CORPORATION f/k/a American Brake
  Show Company;                                               :
ALCOA, INC., Individually and as successor in Interest
  to Fairchild Fasteners;                                     :
AMERICAN REFRACTORIES, INC.;
AMERICAN REFRACTORIES, CO.;                                   :
ANCHOR PACKING COMPANY;
ATLAS TURNER, INC.;                                           :
AVOCET ENTERPRISES, INC.;
A.W. CHESTERTON CO., INC.;
BONDEX INCORPORATED;
BOEING INTEGRATED DEFENSE SYSTEMS;                            :
BORG WARNER CORPORATION;
CANADIAN COMMERICAL CORPORATION;                              :
CARRIER CORPORATION;
CFM INTERNATIONAL, INC.;                                      :
COURTER & COMPANY;
CRANE AEROSPACE & ELECTRONICS;                                :
CRANE CO.;
CRANE PUMPS & SYSTEMS, INC.;                                  :
CRANE RESISTOFLEX AEROSPACE;
CUTLER HAMMER n/k/a Eaton Electrical, Inc..;                  :
DANA CORPORATION;
DRESSER INDUSTRIES, INC.;                                     :
DURABLA MANUFACTURING COMPANY;
DURAMETTALIC CORPORATION;                                     :
EASTERN REFRACTORIES CORPORATION;

2029579.1

EATON CORPORATION;                                              :
EATON HYDRAULICS, INC.;
ENPRO INDUSTRIES, INC., Individually and as                     :
   Successor in interest to Menasco Inc.;
FAY, SPOFFARD & THORNDIKE OF NEW                                :
   YORK, INC. f/k/a Wolf & Munier, Inc.;
FOSTER WHEELER ENERGY CORP.;                                    :
GARLOCK SEALING TECHNOLOGIES, LLC.;
GE AVIATION SYSTEMS LLC;                                        :
GENERAL DYNAMICS;
GENERAL ELECTRIC CORPORATION;                                   :
GENERAL MOTORS CORPORATION;
GENERAL REFRACTORIES CO.;
GEORGIA PACIFIC CORPORATION Individually
   and as successor in interest to Consolidated Vultee           :
   Aircraft Corporation;
GOODRICH CORPORATION f/k/a B.F.                                 :
   Goodrich Company;
GOODYEAR TIRE & RUBBER;                                         :
GOULD PUMPS, INC.;
GRAYBAR ELECTRIC COMPANY, INC.;                                 :
GRIMES AEROSPACE COMPANY, Individually and
   as successor in interest to Midland-Ross Corporation,         :
HENKEL CORPORATION;
HERCULES CHEMICAL COMPANY, INC.;                                :
HEWLETT PACKARD COMPANY;
HITCO CARBON & COMPOSITES                                       :
   Individually and as successor in interest to Hitco;
HONEYWELL INTERNATIONAL, INC. f/k/a                             :
   Allied Signal, Inc. Successor in Interest to the
   Bendix Corporation;                                          :
INGERSOLL-RAND COMPANY;
J.H. FRANCE REFRACTORIES, CO.;                                  :
JOHN CRANE, INC.;
KENTILE FLOORS, INC.;                                           :
LEAR SEIGLER SERVICES, INC. Individually and
   as successor in Interest to Lear Seigler, Inc.;               :
LESLIE CONTROLS, INC. f/k/a
   Leslie Corporation;                                          :
LOCKHEED MARTIN CORPORATION;
METROPOLITAN TRANSPORTATION AUTHORITY;  :
MUNACO PACKING & RUBBER CO.;
NASCO AIR BRAKES, INC.;                                         :
NORTHROP GRUMAN CORPORATION;
OLD ORCHARD INDUSTRIAL CORPORATION,                             :
   Individually and as successor to Vapor Corporation;

2

2029579.1

PARKER AEROSPACE;                                              :
PARKER HANNIFIN CORPORATION;
PNEUMO ABEX CORPORATION,                                       :
   Individually and as Successor in interest to Abex
   Corporation f/k/a American Brake Shoe;                      :
PRATT & WHITNEY;
RAILROAD FRICTION PRODUCTS CORP.;                              :
RHEACO, INC.;
ROBERT A. KEASBEY CO.;                                         :
ROLLS ROYCE CORPORATION,
   Individually and as successor in interest to Allison       :
   Engine Company, Inc.;
SEQUOIA VENTURES, INC.                                         :
   f/k/a Bechtel Corporation;
THE BOEING COMPANY,                                            :
   Individually and as successor in interest to
   McDonnell Douglas;                                          :
THE FAIRCHILD CORPORATION;
TREADWELL CORPORATION;                                         :
TRIAD INTERNATIONAL MAINTENANCE
   CORPORATION, Individually and as successor in              :
   Interest to Aero Corporation;
UNISYS CORPORATION;                                            :
UNITED TECHNOLOGIES CORPORATION,
   Individually and as Successor in Interest to United        :
   Aircraft Corporation United Technologies Building;
WAYNE WIRE CLOTH PRODUCTS, INC.;                               :
WESTINGHOUSE AIR BRAKE CO.;
3M COMPANY,                                                    :
   f/k/a Minnesota Mining & Manufacturing;
                                                                          :
                                Defendants.
------------------------------------------------------------------ X

      **PLEASE TAKE NOTICE**, that the Defendant, THE BOEING COMPANY, individually and sued herein incorrectly as BOEING INTEGRATED DEFENSE SYSTEM will be appearing in this action through its attorneys WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, 3 Gannett Drive, White Plains, New York 10604, and that all papers, Notices and Orders with regard to the proceedings in this action, which otherwise would be required to

3

2029579.1

be served upon said Defendant, are to be served upon the offices of the undersigned. Please direct all correspondence intended for said Defendant to the offices of the undersigned.

Dated:   White Plains, New York
         June 24, 2008

                                                    Yours, etc.

                                                    **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

                                                    _____
                                                    Joseph A. D'Avanzo (JD-1083)
                                                    Attorneys for ~~Defendant~~
                                                    ~~THE BOEING~~ COMPANY, individually and
                                                    sued herein incorrectly as
                                                    BOEING INTEGRATED DEFENSE SYSTEMS
                                                    3 Gannett Drive
                                                    White Plains, NY 10604
                                                    (914) 323-7000
                                                    File No.: 07040.00014

TO:   ALL COUNSEL OF RECORD (see attached service rider)