WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Attorneys for Defendant
THE BOEING COMPANY
Office and P.O. Address
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
File No.: 07040.00014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
ERNESTO and DIANA MIRANDA,                  :

                Plaintiff,           :  Docket No.: CV 08-5491

    -against-                                        :

                                   :  **FRCP RULE 7.1**
ABEX CORPORATION f/k/a American Brake         **DISCLOSURE STATEMENT**
   Show Company;                               :  **OF DEFENDANT THE**
ALCOA, INC., Individually and as successor in Interest   **BOEING COMPANY**
   to Fairchild Fasteners;                      :
AMERICAN REFRACTORIES, INC.;
AMERICAN REFRACTORIES, CO.;
ANCHOR PACKING COMPANY;
ATLAS TURNER, INC.;                          :
AVOCET ENTERPRISES, INC.;
A.W. CHESTERTON CO., INC.;                   :
BONDEX INCORPORATED;
BOEING INTEGRATED DEFENSE SYSTEMS;           :
BORG WARNER CORPORATION;
CANADIAN COMMERICAL CORPORATION;             :
CARRIER CORPORATION;
CFM INTERNATIONAL, INC.;                     :
COURTER & COMPANY;
CRANE AEROSPACE & ELECTRONICS;
CRANE CO.;
CRANE PUMPS & SYSTEMS, INC.;                 :
CRANE RESISTOFLEX AEROSPACE;
CUTLER HAMMER n/k/a Eaton Electrical, Inc..;  :
DANA CORPORATION;
DRESSER INDUSTRIES, INC.;                    :
DURABLA MANUFACTURING COMPANY;
DURAMETTALIC CORPORATION;                    :
EASTERN REFRACTORIES CORPORATION;

EATON CORPORATION; :
EATON HYDRAULICS, INC.;
ENPRO INDUSTRIES, INC., Individually and as :
   Successor in interest to Menasco Inc.;
FAY, SPOFFARD & THORNDIKE OF NEW :
   YORK, INC. f/k/a Wolf & Munier, Inc.;
FOSTER WHEELER ENERGY CORP.; :
GARLOCK SEALING TECHNOLOGIES, LLC.;
GE AVIATION SYSTEMS LLC; :
GENERAL DYNAMICS;
GENERAL ELECTRIC CORPORATION; :
GENERAL MOTORS CORPORATION;
GENERAL REFRACTORIES CO.; :
GEORGIA PACIFIC CORPORATION Individually
   and as successor in interest to Consolidated Vultee :
   Aircraft Corporation;
GOODRICH CORPORATION f/k/a B.F. :
   Goodrich Company;
GOODYEAR TIRE & RUBBER; :
GOULD PUMPS, INC.;
GRAYBAR ELECTRIC COMPANY, INC.; :
GRIMES AEROSPACE COMPANY, Individually and
   as successor in interest to Midland-Ross Corporation, :
HENKEL CORPORATION;
HERCULES CHEMICAL COMPANY, INC.; :
HEWLETT PACKARD COMPANY;
HITCO CARBON & COMPOSITES :
   Individually and as successor in interest to Hitco;
HONEYWELL INTERNATIONAL, INC. f/k/a :
   Allied Signal, Inc. Successor in Interest to the
   Bendix Corporation; :
INGERSOLL-RAND COMPANY;
J.H. FRANCE REFRACTORIES, CO.; :
JOHN CRANE, INC.;
KENTILE FLOORS, INC.; :
LEAR SEIGLER SERVICES, INC. Individually and
   as successor in Interest to Lear Seigler, Inc.; :
LESLIE CONTROLS, INC. f/k/a
   Leslie Corporation; :
LOCKHEED MARTIN CORPORATION;
METROPOLITAN TRANSPORTATION AUTHORITY; :
MUNACO PACKING & RUBBER CO.;
NASCO AIR BRAKES, INC.; :
NORTHROP GRUMAN CORPORATION;
OLD ORCHARD INDUSTRIAL CORPORATION, :
   Individually and as successor to Vapor Corporation;

2

| | |
|---|---|
| PARKER AEROSPACE; | : |
| PARKER HANNIFIN CORPORATION; | |
| PNEUMO ABEX CORPORATION, | : |
|    Individually and as Successor in interest to Abex | |
|    Corporation f/k/a American Brake Shoe; | : |
| PRATT & WHITNEY; | |
| RAILROAD FRICTION PRODUCTS CORP.; | : |
| RHEACO, INC.; | |
| ROBERT A. KEASBEY CO.; | : |
| ROLLS ROYCE CORPORATION, | |
|    Individually and as successor in interest to Allison | : |
|    Engine Company, Inc.; | |
| SEQUOIA VENTURES, INC. | : |
|    f/k/a Bechtel Corporation; | |
| THE BOEING COMPANY, | : |
|    Individually and as successor in interest to | |
|    McDonnell Douglas; | |
| THE FAIRCHILD CORPORATION; | |
| TREADWELL CORPORATION; | : |
| TRIAD INTERNATIONAL MAINTENANCE | |
|    CORPORATION, Individually and as successor in | : |
|    Interest to Aero Corporation; | |
| UNISYS CORPORATION; | : |
| UNITED TECHNOLOGIES CORPORATION, | |
|    Individually and as Successor in Interest to United | : |
|    Aircraft Corporation United Technologies Building; | |
| WAYNE WIRE CLOTH PRODUCTS, INC.; | |
| WESTINGHOUSE AIR BRAKE CO.; | |
| 3M COMPANY , | : |
|    f/k/a Minnesota Mining & Manufacturing; | |
| | : |
|                          Defendants. | |
| ------------------------------------------------------------------ X | |

**TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK:**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Rule 1.9 of the Local Rules of the United States District Court for the Southern District of New York) and to enable the Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendant THE BOEING COMPANY, individually and sued herein incorrectly as BOEING INTEGRATED DEFENSE SYSTEMS a non-governmental

2029583.1

entity, certifies that it has no parent companies, subsidiaries, or affiliates whose securities or other interests are publicly held and that no publicly held corporation owns 10% or more of its stock.

Dated:   White Plains, New York
         June 24, 2008

Yours, etc.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

_____
Joseph A. D'Avanzo (JD-1083)
Attorneys for Defendant
THE BOEING COMPANY, individually and
sued herein incorrectly as
BOEING INTEGRATED DEFENSE SYSTEMS
3 Gannett Drive
White Plains, NY 10604
(914) 323-7000
File No.: 07040.00014

TO:   ALL COUNSEL OF RECORD (see attached service rider)

4

2029583.1