BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |

### NOTICE OF POTENTIAL TAG ALONG ACTION
### PURSUANT TO J.P.M.L. RULE 7.2(i)

Now into court comes Erik C. DiMarco Esq., counsel for the defendant General Dynamics Corporation incorrectly s/h/a "General Dynamics; Individually and as successor-in-interest to Consolidated Vultee Aircraft Corporation" (hereinafter "General Dynamics") in the case of Ernesto and Diana Miranda vs. ABEX Corporation; et al. et al." Docket No. 08 CV 5491, U.S. District Court, Southern District of New York, for the purpose of submitting this Notice of Potential Tag Along Action, and says as follows:

1. Pursuant to J.P.M.L. Rule 7.2(i), counsel hereby notifies the panel and all counsel that the undersigned counsel feels that the aforementioned action "Ernesto and Diana Miranda vs. ABEX Corporation; et al. et al." Docket No. 08 CV 5491, U.S. District Court, Southern District of New York, may be a potential tag along action in "In Re: Asbestos Products Liability Litigation (No. VI)" MDL No. 875.

2. Counsel hereto attaches proof of service on all parties to this action.

3268313.1

Wherefore, counsel, Erik C. DiMarco, prays this Notice of Potential Tag Along Action be deemed good and sufficient.

This 23rd day of June, 2008

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
ERIK C. DIMARCO (ED1124)
Attorneys for defendant
GENERAL DYNAMICS CORPORATION
150 East 42nd Street
New York, New York 10017-5639
(212) 490-3000
Our File No.: 07411.00024

TO: LEVY PHILLIPS & KONIGSBERG, LLP
Attorneys for plaintiffs
800 Third Avenue-13th Floor
New York, New York 10038

All defendants on annexed Service Rider List

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  :ss
COUNTY OF NEW YORK )

ANN MARIE VIDA, being duly sworn, deposes and says:

Deponent is not a party to the within action, is over 18 years of age and resides in QUEENS, New York

That on the 24th of June, 2008 deponent served the within GENERAL DYNAMICS CORPORATION'S **NOTICE OF POTENTIAL TAG ALONG ACTION PURSUANT TO J.P.M.L. RULE 7.2(i)** upon:

**Levy Phillips & Konigsberg, LLP**

**800 Third Avenue-13th Floor**

**New York, NY, 10038**

<u>Co-Defendants</u>
See attached rider

In this action, at the address(es) designated by said attorney(s) for that purpose of depositing same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

*Ann Marie Vida*
ANN MARIE VIDA

Sworn to before me this
24th day of June, 2008

_____
NOTARY PUBLIC

ARLENE FRIED
NOTARY PUBLIC, State of New York
No. 01FR5081251
Qualified in Richmond County
Commission Expires June 30, 20____

2926996.1

Case 1:08-cv-05491-SAS    Document 13    Filed 06/24/2008    Page 4 of 9

<u>Miranda v. Abex Corp., et al</u>

<u>SERVICE RIDER</u>

LEVY, PHILLIPS & KONIGSBERG, L.L.P.
Attorneys for the Plaintiff
800 Third Avenue
New York, New York  10022

WEINER LESNIAK LLP
Attorneys for the Defendants
BONDEX, BORG-WARNER, LOCKHEED MARTIN
CORPORATION, and OLD ORCHARD
629 Parsippany Road
P.O. Box 438
Parsippany, New Jersey  07054

KNOTT & GLAZIER, LLP
Attorneys for the Defendant
LOCKHEED MARTIN CORPORATION
201 Spear Street
Suite 1520
San Francisco, California  94105

EPSTEIN BECKER & GREEN, P.C.
Attorneys for the Defendants
WAYNE WIRE CLOTH and GRIMES AEROSPACE COMPANY
250 Park Avenue
New York, New York  10177-1211

MALABY & BRADLEY, LLC
Attorneys for the Defendants
J.H. FRANCE and CBS
150 Broadway
Suite 600
New York, New York  10038

SEGAL, McCAMBRIDGE, SINGER & MAHONEY, LTD
Attorneys for the Defendant
RAILROAD FRICTION PRODUCTS CORP.
830 Third Avenue
Suite 400
New York, New York  10022

3263801.1

McGUIRE WOODS LLP
Attorneys for the Defendant WABD
1345 Avenue of the Americas
New York, New York 10105

McGIVNEY & KLUGER, P.C.
Attorneys for the Defendants
LESLIE, HERCULES, AVOCET, FLOWSERVE,
TREADWELL, COURTER, KENTILE, and FAY SPOFFORD
80 Broad Street
23rd Floor
New York, New York 10004

CULLEN & DYKMAN, LLP
Attorneys for the Defendant GOULDS PUMPS
177 Montague Street
Brooklyn, New York 11201

AHMUTY, DEMERS & McMANUS, ESQS.
Attorneys for the Defendant YUBA HEAT TRANSFER
200 I.U. Willets Road
Albertson, New York 11507

HOLLAND & KNIGHT, LLP
Attorneys for the Defendant
CANADA COMMERCIAL CORP.
195 Broadway, 25th Floor
New York, New York 10007

GOODWIN PROCTOR LLP
Attorneys for the Defendant HENKEL
599 Lexington Avenue
New York, New York 10022

LYNCH DASKAL EMERY LLP
Attorneys for the Defendants
GEORGIA-PACIFIC, CHRYSLER and GOODYEAR
264 West 40th Street
New York, New York 10018

3263801.1

REED SMITH LLP
Attorneys for the Defendants
DANA and UNION CARBIDE
599 Lexington Avenue
New York, New York 10022

SMITH ABBOT, L.L.P.
Attorneys for the Defendant PNEUMO ABEX
115 Broadway
19th floor
New York, New York 10006

GALLAGHER, WALKER, BIANCO & PLASTARAS
Attorneys for the Defendant HEWLETT-PACKARD
98 Willis Avenue
Mineola, New York 11501

BRYAN CAVE, LLP
Attorneys for the Defendants NOSCO and MCD
1290 Avenue of the Americas
New York, New York 10104-3300

McMAHON, MARTINE & GALLAGHER, LLP
Attorneys for the Defendant
EASTERN REFRACTORIES CO., INC.
55 Washington Street
Brooklyn, New York 11201

THE GILBERT FIRM
Attorneys for the Defendant NGSC
325 East 57th Street
New York, New York 10022

SEGAL, McCAMBRIDGE, SINGER & MAHONEY, LTD
Attorneys for the Defendants
GARLOCK and DURAMETALLIC
830 Third Avenue
Suite 400
New York, New York 10022

3263801.1

TUCKER, ELLIS & WEST, LLP
Attorneys for Defendants
PRATT & WHITNEY POWER POWER SYSTEMS, INC.,
UNITED TECHNOLOGIES CORP.
1150 Huntington Bldg.
925 Euclid Avenue
Cleveland, Ohio  44115-1475

LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO, ESQS.
Attorneys for Defendant 3M COMPANY
420 Lexington Avenue
Graybar Building - Suite 2910
New York, New York  10170

SEDGWICK, DETERT, MORAN & ARNOLD, LLP
Attorneys for Defendants
GENERAL ELECTRIC and FOSTER WHEELER
100 Mulberry Street
Gateway 3, 12th Floor
Newark, New Jersey  07102

MENDES & MOUNT, LLP
Attorneys for Defendants HITCO
750 Seventh Avenue
New York, New York  10019-6829

MENDES & MOUNT, LLP
Attorneys for Defendant
THE FAIRCHILD CORP.
750 Seventh Avenue
New York, New York  10019-6829

LEADER & BERKON, LLP
Attorneys for Defendant
IMO INDUSTRIES
630 Third Avenue
New York, New York  10017

McELROY, DEUTSCH, MULVANEY & CARPENTER LLP:
Attorneys for Defendant EATON CORP.
1300 Mount Kemble Avenue
Morristown, New Jersey  07962-2075

4

McDERMOTT, WILL & EMERY, LLP
Attorneys for Defendant HONEYWELL INT.
340 Madison Avenue
New York, New York  10017

PEHLIVANIAN, BRAATEN & PASCARELLA, LLC:
Attorneys for Defendant INGERSOLL RAND
2430 Route 34
Manasquan, New Jersey  08736

GREENBERG TRAURIG, LLP
Attorneys for Defendant ROBERT A. KEASBEY CO.
MetLife Building
200 Park Avenue
New York, New York  10166

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
Attorneys for Defendants
CRANE CO. and CRANE PUMPS & SYSTEMS, INC.
599 Lexington Avenue
New York, New York  10022

CLEMENTE, MUELLER & TOBIA, P.A.
Attorneys for Defendant
DURABLA MANUFACTURING COMPANY
218 Ridgedale Avenue
Morristown, New Jersey  07961

AARONSON, RAPPAPORT, FEINSTEIN & DEUTSCH, LLP
Attorneys for Defendants
ALLISON ENGINES, GENERAL MOTORS and ROLLS ROYCE
757 Third Avenue
New York, New York  10017

MAIMONE & ASSOCIATES
Attorneys for Defendant MACK TRUCKS, INC.
170 Old Country Road
Mineola, New York  11501

McCARTER & ENGLISH, LLP
Attorneys for Defendants
UNISYS and PARKER-HANNIFIN CORP.
4 Gateway Center
100 Mulberry Street
Newark, New Jersey  07102-4096

3263801.1

SMITH STRATTON
Attorneys for Defendant GOODRICH COMPANY
2 Research Way
Princeton, New Jersey 08540

LANDMAN, CORSI, BALLAINE & FORD, P.C.
Attorneys for Defendant MTA
120 Broadway
New York, New York 10271

BARRY, McTIERNAN & MOORE, ESQS.
Attorneys for Defendants
ATLAS TURNER, GRAYBAR ELECTRIC and JOHN CRANE
Two Rector Street
New York, New York 10006