Scott A. Harford (SH-2300)
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, New York 10018
(212) 302-2400

Attorneys for Defendant The Goodyear Tire & Rubber Co.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
ERNESTO MIRANDA and DIANA : 
MIRANDA, : Civ No.: 08 Civ. 05491 (SAS)
 :
 Plaintiffs, :
 : **NOTICE OF APPEARANCE**
 -against- :
 :
ABEX CORPORATION et al., :
 :
 Defendants. :
-------------------------------------------------------- X

**PLEASE TAKE NOTICE** that the law firm of Lynch Daskal Emery LLP hereby appears as counsel of record for defendant The Goodyear Tire & Rubber Co. in the above-captioned case. Please serve copies of all papers at the address listed below.

Dated: New York, New York
       June 25, 2008

                                              LYNCH DASKAL EMERY LLP
                                              Attorneys for Defendant The Goodyear Tire and
                                              Rubber Co.

                                              By: _/s/ Scott A. Harford_____
                                                 Scott A. Harford (SH-2300)
                                             264 West 40th Street
                                             New York, New York 10018
                                             (212) 302-2400

## CERTIFICATE OF SERVICE

     I, SCOTT A. HARFORD, do hereby certify that on June 25, 2008, I electronically filed defendant The Goodyear Tire & Rubber Co.'s Notice of Appearance.

Dated: New York, New York
       June 25, 2008

                                                    SCOTT A. HARFORD