Scott A. Harford (SH-2300)
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, New York 10018
(212) 302-2400

Attorneys for Defendant Georgia-Pacific LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ERNESTO MIRANDA and DIANA
MIRANDA,                                              :   Civ No.: 08 Civ. 05491 (SAS)
                                                      :
                          Plaintiffs,                 :
                                                      :   **NOTICE OF APPEARANCE**
             -against-                                :
                                                      :
ABEX CORPORATION et al.,                              :
                                                      :
                          Defendants.                 :
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the law firm of Lynch Daskal Emery LLP hereby appears as counsel of record for defendant Georgia-Pacific LLC (incorrectly sued as Georgia-Pacific Corporation) in the above-captioned case. Please serve copies of all papers at the address listed below.

Dated: New York, New York
       June 25, 2008

                                          LYNCH DASKAL EMERY LLP
                                          Attorneys for Defendant Georgia-Pacific LLC

                                          By: _____
                                                Scott A. Harford (SH-2300)
                                          264 West 40th Street
                                          New York, New York 10018
                                          (212) 302-2400

## CERTIFICATE OF SERVICE

    I, SCOTT A. HARFORD, do hereby certify that on June 25, 2008, I electronically filed defendant Georgia-Pacific LLC's Notice of Appearance.

Dated: New York, New York
       June 25, 2008

                                                                                            SCOTT A. HARFORD