Scott A. Harford (SH-2300)
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, New York 10018
(212) 302-2400

Attorneys for Defendant Chrysler LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ERNESTO MIRANDA and DIANA
MIRANDA,                                          :    Civ No.: 08 Civ. 05491 (SAS)
                                                  :
                         Plaintiffs,              :
                                                  :    **NOTICE OF APPEARANCE**
             -against-                            :
                                                  :
ABEX CORPORATION et al.,                          :
                                                  :
                         Defendants.              :
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the law firm of Lynch Daskal Emery LLP hereby appears as counsel of record for defendant Chrysler LLC in the above-captioned case. Please serve copies of all papers at the address listed below.

Dated: New York, New York
       June 25, 2008

                                        LYNCH DASKAL EMERY LLP
                                        Attorneys for Defendant Chrysler LLC


                                        By: _____
                                             Scott A. Harford (SH-2300)
                                        264 West 40th Street
                                        New York, New York 10018
                                        (212) 302-2400

## CERTIFICATE OF SERVICE

    I, SCOTT A. HARFORD, do hereby certify that on June 25, 2008, I electronically filed defendant Chrysler LLC's Notice of Appearance.

Dated: New York, New York
       June 25, 2008

                                                                      SCOTT A. HARFORD