**MENDES & MOUNT, LLP**
**Attorneys for Defendant**
**HITCO CARBON COMPOSITES, INC.**
**750 Seventh Avenue**
**New York, New York 10019**
**(212) 261-8000**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
ERNESTO and DIANA MIRANDA,                          :

                               Plaintiff,         :    Docket No: CV 08-5491

     -against-                                             :

                                                  :    **FRCP RULE 7.1**
ABEX CORPORATION f/k/a American Brake                    **DISCLOSURE STATEMENT**
  Show Company;                                        :    **OF DEFENDANT HITCO**
ALCOA, INC., Individually and as successor in Interest        **CARBON COMPOSITES, INC.**
  to Fairchild Fasteners;
AMERICAN REFRACTORIES, INC.;                        :
AMERICAN REFRACTORIES, CO.;
ANCHOR PACKING COMPANY;                            :
ATLAS TURNER, INC.;
AVOCET ENTERPRISES, INC.;                           :
A.W. CHESTERTON CO., INC.;
BONDEX INCORPORATED;                              :
BOEING INTEGRATED DEFENSE SYSTEMS;
BORG WARNER CORPORATION;                         :
CANADIAN COMMERICAL CORPORATION;
CARRIER CORPORATION;                                :
CFM INTERNATIONAL, INC.;
COURTER & COMPANY;                                  :
CRANE AEROSPACE & ELECTRONICS;
CRANE CO.;                                              :
CRANE PUMPS & SYSTEMS, INC.;
CRANE RESISTOFLEX AEROSPACE;                      :
CUTLER HAMMER n/k/a Eaton Electrical, Inc.;
DANA CORPORATION;                                    :
DRESSER INDUSTRIES, INC.;
DURABLA MANUFACTURING COMPANY;              :
DURAMETTALIC CORPORATION;
EASTERN REFRACTORIES CORPORATION;             :
EATON CORPORATION;
EATON HYDRAULICS, INC.;

| | |
|---|---|
| ENPRO INDUSTRIES, INC., Individually and as | |
|   Successor in interest to Menasco, Inc.; | : |
| FAY, SPOFFARD & THORNDIKE OF NEW | |
|   YORK, INC. f/k/a Wolf & Munier, Inc.; | : |
| FOSTER WHEELER ENERGY CORP.; | |
| GARLOCK SEALING TECHNOLOGIES, LLC; | : |
| GE AVIATION SYSTEMS, LLC; | |
| GENERAL DYNAMICS; | : |
| GENERAL ELECTRIC CORPORATION; | |
| GENERAL MOTORS CORPORATION; | : |
| GENERAL REFRACTORIES CORPORATION; | |
| GEORGIA PACIFIC CORPORATION Individually | : |
|   and as successor in interest to Consolidated Vultee | |
|   Aircraft Corporation; | : |
| GOODRICH CORPORATION f/k/a B.F. | |
|   Goodrich Company; | : |
| GOODYEAR TIRE & RUBBER; | |
| GOULD PUMPS, INC.; | : |
| GRAYBAR ELECTRIC COMPANY INC.; | |
| GRIMES AEROSPACE COMPANY, Individually and | : |
|   as successor in interest to Midland-Ross Corporation; | |
| HENKEL CORPORATION; | : |
| HERCULES CHEMICAL COMPANY, INC.; | |
| HEWLETT PACKARD COMPANY; | : |
| HITCO CARBON & COMPOSITES | |
|   Individually and as successor in interest to Hitco; | : |
| HONEYWELL INTERNATIONAL, INC. f/k/a | |
|   Allied Signal, Inc. Successor in Interest to the | : |
|   Bendix Corporation; | |
| INGERSOLL-RAND COMPANY; | : |
| J.H. FRANCE REFRACTORIES, CO.; | |
| JOHN CRANE, INC.; | : |
| KENTILE FLOORS, INC.; | |
| LEAR SEIGLER SERVICES, INC. Individually and | : |
|   as successor in Interest to Lear Seigler, Inc.; | |
| LESLIE CONTROLS, INC. f/k/a | : |
|   Leslie Corporation; | |
| LOCKHEED MARTIN CORPORATION; | : |
| METROPOLITAN TRANSPORTATION AUTHORITY; | |
| MUNACO PACKING & RUBBER CO.; | : |
| NASCO AIR BRAKES, INC.; | |
| NORTHROP GRUMMAN CORPORATION; | : |
| OLD ORCHARD INDUSTRIAL CORPORATION, | |
|   Individually and as successor to Vapor Corporation; | : |
| PARKER AEROSPACE; | |
| PARKER HANNIFIN CORPORATION; | : |

| | |
|---|---|
| PNEUMO ABEX CORPORATION,<br>  Individually and as Successor in interest to Abex<br>  Corporation f/k/a American Brake Shoe; | :<br><br>: |
| PRATT & WHITNEY; | |
| RAILROAD FRICTION PRODUCTS CORP.; | : |
| RHEACO, INC.; | |
| ROBERT A. KEASBEY CO.; | : |
| ROLLS ROYCE CORPORATION,<br>  Individually and as successor in interest to Allison<br>  Engine Company, Inc.; | <br>: |
| SEQUOIA VENTURES, INC.<br>  f/k/a/ Bechtel Corporation; | : |
| THE BOEING COMPANY,<br>  Individually and as successor in interest to<br>  McDonnell Douglas; | :<br><br>: |
| THE FAIRCHILD CORPORATION; | |
| TREADWELL CORPORATION; | : |
| TRIAD INTERNATIONAL MAINTENANCE<br>  CORPORATION, Individually and as successor in<br>  Interest to Aero Corporation; | <br>: |
| UNISYS CORPORATION; | : |
| UNITED TECHNOLOGIES CORPORATION,<br>  Individually and as Successor in Interest to United<br>  Aircraft Corporation United Technologies Building; | <br>: |
| WAYNE WIRE CLOTH PRODUCTS, INC.; | |
| WESTINGHOUSE AIR BRAKE CO.; | |
| 3M COMPANY,<br>  f/k/a Minnesota Mining & Manufacturing; | : |
|                                   Defendants. | :<br>: |

------------------------------------------------------------------------ X

**TO THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK:**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Rule 1.9 of the Local Rules of the United States District Court for the Southern District of New York) and to enable the Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendant HITCO CARBON COMPOSITES, INC., erroneously sued as Hitco Carbon & Composites, individually and

as successor in interest to Hitco, a non-governmental entity, certifies that it is a wholly owned subsidiary of the SGL Group, and the ultimate parent company is SGL Carbon AG, whose securities or other interests are publicly held.

Dated: New York, New York
       June 26, 2008

                                                                 Respectfully,

                                      **MENDES & MOUNT, LLP**

                                      S/_____
                                    Thomas R. Pantino (TP-1071)
                                    Attorneys for Defendant
                                    HITCO CARBON COMPOSITES, INC.
                                    750 Seventh Avenue
                                    New York, NY 10019
                                    (212) 261-8000
                                    thomas.pantino@mendes.com