**MENDES & MOUNT, LLP**
**Attorneys for Defendant**
**THE FAIRCHILD COPORATION**
**750 Seventh Avenue**
**New York, New York 10019**
**(212) 261-8000**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
ERNESTO and DIANA MIRANDA,                                         :

                              Plaintiff,                : Docket No: CV 08-5491

      -against-                                                   :

                                                       : **NOTICE OF APPEARANCE**

ABEX CORPORATION f/k/a American Brake
  Show Company;                                                   :
ALCOA, INC., Individually and as successor in Interest
  to Fairchild Fasteners;
AMERICAN REFRACTORIES, INC.;                                        :
AMERICAN REFRACTORIES, CO.;
ANCHOR PACKING COMPANY;                                             :
ATLAS TURNER, INC.;
AVOCET ENTERPRISES, INC.;                                           :
A.W. CHESTERTON CO., INC.;
BONDEX INCORPORATED;                                                :
BOEING INTEGRATED DEFENSE SYSTEMS;
BORG WARNER CORPORATION;                                            :
CANADIAN COMMERICAL CORPORATION;
CARRIER CORPORATION;                                                :
CFM INTERNATIONAL, INC.;
COURTER & COMPANY;                                                  :
CRANE AEROSPACE & ELECTRONICS;
CRANE CO.;                                                          :
CRANE PUMPS & SYSTEMS, INC.;
CRANE RESISTOFLEX AEROSPACE;                                        :
CUTLER HAMMER n/k/a Eaton Electrical, Inc.;
DANA CORPORATION;                                                   :
DRESSER INDUSTRIES, INC.;
DURABLA MANUFACTURING COMPANY;                                      :
DURAMETTALIC CORPORATION;
EASTERN REFRACTORIES CORPORATION;                                   :
EATON CORPORATION;
EATON HYDRAULICS, INC.;

ENPRO INDUSTRIES, INC., Individually and as
   Successor in interest to Menasco, Inc.;         :
FAY, SPOFFARD & THORNDIKE OF NEW
   YORK, INC. f/k/a Wolf & Munier, Inc.;         :
FOSTER WHEELER ENERGY CORP.;
GARLOCK SEALING TECHNOLOGIES, LLC;      :
GE AVIATION SYSTEMS, LLC;
GENERAL DYNAMICS;                                :
GENERAL ELECTRIC CORPORATION;
GENERAL MOTORS CORPORATION;              :
GENERAL REFRACTORIES CORPORATION;
GEORGIA PACIFIC CORPORATION Individually   :
   and as successor in interest to Consolidated Vultee
   Aircraft Corporation;                                 :
GOODRICH CORPORATION f/k/a B.F.
   Goodrich Company;                                  :
GOODYEAR TIRE & RUBBER;
GOULD PUMPS, INC.;                                    :
GRAYBAR ELECTRIC COMPANY INC.;
GRIMES AEROSPACE COMPANY, Individually and   :
   as successor in interest to Midland-Ross Corporation;
HENKEL CORPORATION;                         :
HERCULES CHEMICAL COMPANY, INC.;
HEWLETT PACKARD COMPANY;                :
HITCO CARBON & COMPOSITES
   Individually and as successor in interest to Hitco;   :
HONEYWELL INTERNATIONAL, INC. f/k/a
   Allied Signal, Inc. Successor in Interest to the      :
   Bendix Corporation;
INGERSOLL-RAND COMPANY;                  :
J.H. FRANCE REFRACTORIES, CO.;
JOHN CRANE, INC.;                                      :
KENTILE FLOORS, INC.;
LEAR SEIGLER SERVICES, INC. Individually and   :
   as successor in Interest to Lear Seigler, Inc.;
LESLIE CONTROLS, INC. f/k/a                  :
   Leslie Corporation;
LOCKHEED MARTIN CORPORATION;          :
METROPOLITAN TRANSPORTATION AUTHORITY;
MUNACO PACKING & RUBBER CO.;            :
NASCO AIR BRAKES, INC.;
NORTHROP GRUMMAN CORPORATION;        :
OLD ORCHARD INDUSTRIAL CORPORATION,
   Individually and as successor to Vapor Corporation;   :
PARKER AEROSPACE;
PARKER HANNIFIN CORPORATION;             :

| | |
|---|---|
| PNEUMO ABEX CORPORATION, | : |
|   Individually and as Successor in interest to Abex | |
|   Corporation f/k/a American Brake Shoe; | : |
| PRATT & WHITNEY; | |
| RAILROAD FRICTION PRODUCTS CORP.; | |
| RHEACO, INC.; | |
| ROBERT A. KEASBEY CO.; | : |
| ROLLS ROYCE CORPORATION, | |
|   Individually and as successor in interest to Allison | : |
|   Engine Company, Inc.; | |
| SEQUOIA VENTURES, INC. | : |
|   f/k/a/ Bechtel Corporation; | |
| THE BOEING COMPANY, | : |
|   Individually and as successor in interest to | |
|   McDonnell Douglas; | : |
| THE FAIRCHILD CORPORATION; | |
| TREADWELL CORPORATION; | : |
| TRIAD INTERNATIONAL MAINTENANCE | |
|   CORPORATION, Individually and as successor in | : |
|   Interest to Aero Corporation; | |
| UNISYS CORPORATION; | |
| UNITED TECHNOLOGIES CORPORATION, | |
|   Individually and as Successor in Interest to United | : |
|   Aircraft Corporation United Technologies Building; | |
| WAYNE WIRE CLOTH PRODUCTS, INC.; | : |
| WESTINGHOUSE AIR BRAKE CO.; | |
| 3M COMPANY, | : |
|   f/k/a Minnesota Mining & Manufacturing; | |
| | : |
|                       Defendants. | |
| ----------------------------------------------------------------------- | X |

**PLEASE TAKE NOTICE,** that the Defendant, THE FAIRCHILD CORPORATION, will be appearing in this action through its attorneys MENDES & MOUNT, LLP, 750 Seventh Avenue, New York, New York 10019, and that all papers, Notices and Orders with regard to the proceedings in this action, which otherwise would be required to be served upon said Defendant, are to be served upon the offices of the

undersigned. Please direct all correspondence intended for said Defendant to the offices of the undersigned.

Dated: New York, New York
       June 26, 2008

                              Respectfully,

**MENDES & MOUNT, LLP**

_____
Thomas R. Pantino (TP-1071)
Attorneys for Defendant
THE FAIRCHILD CORPORATION
750 Seventh Avenue
New York, NY 10019
(212) 261-8000
thomas.pantino@mendes.com

## **CERTIFICATE OF SERVICE**

I, THOMAS R. PANTINO, do hereby certify that on June 26, 2008, I electronically filed defendant The Fairchild Corporation's Notice of Appearance.

Dated: New York, New York
       June 26, 2008

                                                                   __S/_____
                                                                   Thomas R. Pantino