UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERNESTO and DIANA MIRANDA
        Plaintiffs

-against-

ABEX CORPORATION, et al.
        Defendants

08 CV 5491 (SAS)(JCF)

---

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT, KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC., PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Konica Minolta Business Solutions U.S.A., Inc. ("KMBS"), by its attorneys, Gibbons P.C., hereby makes the following Corporate Disclosure Statement:

Defendant KMBS is a nongovernmental corporate party to this action. The stock in said entity is entirely held by Konica Minolta Holdings, Inc., which is a business entity incorporated under the laws of the country of Japan.

        GIBBONS P.C.

        By**:    /s/ Robert D. Brown Jr**.
        Robert D. Brown Jr. (RB 9199)
        One Gateway Center
        Newark, New Jersey 07102-5310
        (973)596-4500
        rbrown@gibbonslaw.com
        Attorneys for Defendant
        *Konica Minolta Business Solutions U.S.A., Inc.*