UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERNESTO and DIANA MIRANDA
                Plaintiffs

              -against-

ABEX CORPORATION, et al.
                Defendants

08 CV 5491 (SAS)(JCF)

**CERTIFICATE OF SERVICE**

---

      I, Robert D. Brown Jr., Esq., attorney for Konica Minolta Business Solutions U.S.A., Inc. hereby certify that a copy of Konica Minolta Business Solutions U.S.A., Inc.'s Answer to Standard Complaint No. 1 and Plaintiffs' First Amended Complaint along with Rule 7.1 Corporate Disclosure Statement was served via ECF and regular mail, postage pre-paid on July 7, 2008 upon the following attorneys of record:

Patrick Timmins, Esq.
Levy Phillips & Konigsberg, LLP
800 Third Avenue, 13th Floor
New York, New York 10022

Abbie Eliasberg Fuchs, Esq.
Harris Beach, PLLC
100 Wall Street, 23rd Floor
New York, NY 10005

Robert C. Malaby, Esq.
Malaby & Bradley, LLC
150 Broadway, Room 600
New York, NY 10038

Erich Gleber, Esq.
Segal, McCambridge, Singer & Mahoney
830 Third Avenue, Suite 400
New York, NY 10022

#1322224 v1
106942-63582

Ethan Baumfeld, Esq.
Nancy L. Pennie, Esq.
Aaronson, Rappaport, Feinstein & Deutsch, LLP
757 Third Avenue
New York, NY 10017

Andrew M. Warshauer, Esq.
Anna DiLonardo, Esq.
Weiner Lesniak, LLP
888 Veteran's Memorial Highway, Suite 540
Hauppage, NY 11788

Smith, Stratton, Wise, Heher & Brennan
100 Park Avenue, Suite 1600
New York, NY 10017

Julie Evans, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
150 East 42nd Street
New York, NY 10017

John J. Fanning, Esq.
Cullen & Dykman
177 Montague Street
Brooklyn, NY 11201

Kerryann M. Cook, Esq.
McGivney & Kluger, P.C.
80 Broad Street, 23rd Floor
New York, NY 10004

Suzanne Halbardier, Esq.
Barry, McTiernan & Moore
2 Rector Street
New York, NY 10006

Bashi Buba, Esq.
Wilbraham, Lawler & Buba
1818 Market Street, Suite 3100
Philadelphia, PA 19103

Timothy J. McHugh, Esq.
Lavin, Coleman, O'Neil, Ricci, Finarelli & Gray
420 Lexington Avenue
Suite 2900
Graybar Building
New York, NY 10170

William F. Mueller, Esq.
Clemente, Mueller & Tobia, P.A.
218 Ridgedale Avenue
Morristown, NJ 07962

James Walker Smith, Esq.
Smith Abbot, LLP
48 Wall Street, Suite 1100
New York, NY 10005

Richard O'Leary, Esq.
McCarter & English
245 Park Avenue
27th Floor
New York, NY 10167

Lisa Pascarella, Esq.
Pehlivanian, Braaten & Pascarella, LLC
115 Broadway, 14th Floor
New York, NY 10006

Lisa A. Linsky, Esq.
Donald R. Pugliese, Esq.
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173

Michael E. Waller, Esq.
Kirkpatrick & Lockhart
One Newark Center, 10th Floor
Newark, NJ 07102

Judith Yavitz, Esq.
Reed Smith LLP
599 Lexington Avenue, 29th Floor
New York, NY 10022

David Ferstendig, Esq.
Law Offices of David L. Ferstendig
292 Madison Avenue, 22nd Floor
New York, NY 10017

Deborah L. Slowata, Esq.
Nancy McDonald, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962

Andrew P. Fishkin, Esq.
Edwards & Angell, LLP
750 Lexington Avenue
New York, NY 10022

Laura B. Hollman, Esq.
McMahon, Martine & Gallagher
90 Broad Street, 14th Floor
New York, NY 10004

Andrew Sapon, Esq.
Bivona & Cohen, P.C.
Wall Street Plaza
88 Pine Street
New York, NY 10005-1886

Michael A. Tanenbaum, Esq.
Sedgwick, Detert, Moran & Arnold LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102

Scott R. Emery, Esq.
Lynch Daskal Emery, LLP
264 West 40th Street
New York, NY 10018

Christopher s. Kozak, Esq.
Landman Corsi Ballaine & Ford P.C.
One Gateway Center, 4th Floor Newark, NJ 07102

Steven L. Keats, Esq.
131 Mineola Boulevard
Mineola, NY 11501

Elisa T. Gilbert, Esq.
Gilbert & Gilbert, LLC
325 East 57th Street
New York, NY 10022

Arthur Bromberg, Esq.
Weiner Lesniak, LLP
629 Parsippany Road
Parsippany, NJ 07054

Mark S. Landman, Esq.
Landman Corsi Ballaine & Ford P.C.
120 Broadway, 27th Floor
New York, NY 10271

Kenneth J. Kelly Conklin, Esq.
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, NY 10177

Genevieve MacSteel, Esq.
Robert Brooks-Rigolosi, Esq.
McGuireWoods
1345 Avenue of the Americas, 7th Floor
New York, NY 10022

Dominic P. Bianco, Esq.
Gallagher, Walker, Bianco & Plastaras
98 Willis Avenue
Mineola, NY 11501

Christopher J. Garvey, Esq.
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

Richard A. Menchini, Esq.
Holland & Knight
195 Broadway
New York, NY 10007

James M. Altmas, Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

                                       **GIBBONS P.C.**

By**:   /s/ Robert D. Brown Jr.**
      Robert D. Brown Jr. (RB 9199)
      One Gateway Center
      Newark, New Jersey 07102-5310
      (973)596-4500
      rbrown@gibbonslaw.com
      Attorneys for Defendant
      *Konica Minolta Business Solutions U.S.A., Inc.*

Dated: July 7, 2008