**MENDES & MOUNT, LLP**
**Attorneys for Defendant**
**THE FAIRCHILD COPORATION**
**750 Seventh Avenue**
**New York, New York 10019**
**(212) 261-8000**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
ERNESTO and DIANA MIRANDA,                          :

                                    Plaintiff,      :   Docket No: CV 08-5491

              -against-                             :

                                                    :   **FRCP RULE 7.1**
ABEX CORPORATION f/k/a American Brake                   **DISCLOSURE STATEMENT**
   Show Company;                                    :   **OF DEFENDANT THE**
ALCOA, INC., Individually and as successor in Interest  **FAIRCHILD CORPORATION**
   to Fairchild Fasteners;
AMERICAN REFRACTORIES, INC.;                        :
AMERICAN REFRACTORIES, CO.;
ANCHOR PACKING COMPANY;                             :
ATLAS TURNER, INC.;
AVOCET ENTERPRISES, INC.;                           :
A.W. CHESTERTON CO., INC.;
BONDEX INCORPORATED;                                :
BOEING INTEGRATED DEFENSE SYSTEMS;
BORG WARNER CORPORATION;                            :
CANADIAN COMMERICAL CORPORATION;
CARRIER CORPORATION;                                :
CFM INTERNATIONAL, INC.;
COURTER & COMPANY;                                  :
CRANE AEROSPACE & ELECTRONICS;
CRANE CO.;                                          :
CRANE PUMPS & SYSTEMS, INC.;
CRANE RESISTOFLEX AEROSPACE;                        :
CUTLER HAMMER n/k/a Eaton Electrical, Inc.;
DANA CORPORATION;                                   :
DRESSER INDUSTRIES, INC.;
DURABLA MANUFACTURING COMPANY;                      :
DURAMETTALIC CORPORATION;
EASTERN REFRACTORIES CORPORATION;                   :
EATON CORPORATION;
EATON HYDRAULICS, INC.;

ENPRO INDUSTRIES, INC., Individually and as
  Successor in interest to Menasco, Inc.;          :
FAY, SPOFFARD & THORNDIKE OF NEW
  YORK, INC. f/k/a Wolf & Munier, Inc.;         :
FOSTER WHEELER ENERGY CORP.;
GARLOCK SEALING TECHNOLOGIES, LLC;    :
GE AVIATION SYSTEMS, LLC;
GENERAL DYNAMICS;              :
GENERAL ELECTRIC CORPORATION;
GENERAL MOTORS CORPORATION;        :
GENERAL REFRACTORIES CORPORATION;
GEORGIA PACIFIC CORPORATION Individually   :
  and as successor in interest to Consolidated Vultee
  Aircraft Corporation;              :
GOODRICH CORPORATION f/k/a B.F.
  Goodrich Company;              :
GOODYEAR TIRE & RUBBER;
GOULD PUMPS, INC.;              :
GRAYBAR ELECTRIC COMPANY INC.;
GRIMES AEROSPACE COMPANY, Individually and  :
  as successor in interest to Midland-Ross Corporation;
HENKEL CORPORATION;            :
HERCULES CHEMICAL COMPANY, INC.;
HEWLETT PACKARD COMPANY;         :
HITCO CARBON & COMPOSITES
  Individually and as successor in interest to Hitco;   :
HONEYWELL INTERNATIONAL, INC. f/k/a
  Allied Signal, Inc. Successor in Interest to the    :
  Bendix Corporation;
INGERSOLL-RAND COMPANY;         :
J.H. FRANCE REFRACTORIES, CO.;
JOHN CRANE, INC.;              :
KENTILE FLOORS, INC.;
LEAR SEIGLER SERVICES, INC. Individually and   :
  as successor in Interest to Lear Seigler, Inc.;
LESLIE CONTROLS, INC. f/k/a         :
  Leslie Corporation;
LOCKHEED MARTIN CORPORATION;      :
METROPOLITAN TRANSPORTATION AUTHORITY;
MUNACO PACKING & RUBBER CO.;      :
NASCO AIR BRAKES, INC.;
NORTHROP GRUMMAN CORPORATION;    :
OLD ORCHARD INDUSTRIAL CORPORATION,
  Individually and as successor to Vapor Corporation;  :
PARKER AEROSPACE;
PARKER HANNIFIN CORPORATION;      :

PNEUMO ABEX CORPORATION,                                :
  Individually and as Successor in interest to Abex
  Corporation f/k/a American Brake Shoe;                  :
PRATT & WHITNEY;
RAILROAD FRICTION PRODUCTS CORP.;                       :
RHEACO, INC.;
ROBERT A. KEASBEY CO.;                                  :
ROLLS ROYCE CORPORATION,
  Individually and as successor in interest to Allison   :
  Engine Company, Inc.;
SEQUOIA VENTURES, INC.                                  :
  f/k/a/ Bechtel Corporation;
THE BOEING COMPANY,                                     :
  Individually and as successor in interest to
  McDonnell Douglas;                                     :
THE FAIRCHILD CORPORATION;
TREADWELL CORPORATION;                                  :
TRIAD INTERNATIONAL MAINTENANCE
  CORPORATION, Individually and as successor in        :
  Interest to Aero Corporation;
UNISYS CORPORATION;                                     :
UNITED TECHNOLOGIES CORPORATION,
  Individually and as Successor in Interest to United    :
  Aircraft Corporation United Technologies Building;
WAYNE WIRE CLOTH PRODUCTS, INC.;                        :
WESTINGHOUSE AIR BRAKE CO.;
3M COMPANY,                                             :
  f/k/a Minnesota Mining & Manufacturing;
                                    :
                  Defendants.
---------------------------------------------------------------------- X

**TO THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK:**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Rule 1.9 of

the Local Rules of the United States District Court for the Southern District of New

York) and to enable the Judges and Magistrate Judges of this Court to evaluate possible

disqualification or recusal, the undersigned counsel for the Defendant THE FAIRCHILD

CORPORATION, a non-governmental entity, certifies that it has no parent companies,

subsidiaries, or affiliates whose securities or other interests are publicly held and that no

publicly held corporation owns 10% or more of its stock.

Dated:  New York, New York
         July 9, 2008

                                     Respectfully,

                              **MENDES & MOUNT, LLP**

By:  _S/_____
           Thomas R. Pantino (TP-1071)
           Attorneys for Defendant
           THE FAIRCHILD CORPORATION
           750 Seventh Avenue
           New York, NY 10019
           (212) 261-8000

## <u>CERTIFICATE OF SERVICE</u>

I, THOMAS R. PANTINO, do hereby certify that on July 9, 2008, I electronically filed defendant The Fairchild Corporation's FRCP RULE 7.1 DISCLOSURE STATEMENT.

Dated: New York, New York
      July 9, 2008

                                     __S/_____
                                     Thomas R. Pantino