**Smith, Stratton, Wise, Heher & Brennan, LLP**
2 Research Way
Princeton, NJ 08540
(609) 924-6000
Attorneys for Defendant Goodrich Corporation

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ERNESTO and DIANE MIRANDA, | ) | Civil Action No. 08-CV-05491-SAS |
| Plaintiffs, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| ABEX CORPORATION f/k/a/ American Brake Show Company; ALCOA, INC., Individually and as Successor in Interest to Fairchild Fasteners; AMERICAN REFRACTORIES, INC.; AMERICAN REFRACTORIES CO.; ANCHOR PACKING COMPANY; ATLAS TURNER, INC.; AVOCET ENTERPRISES, INC.; A.W. CHESTERTON CO., INC.; BONDEX INCORPORATED; BOEING INTEGRATED DEFENSE SYSTEMS; BORG WARNER CORPORATION; CANADIAN COMMERCIAL CORPORATION; CARRIER CORPORATION; CFM INTERNATIONAL, INC.; COURTER & COMPANY; CRANE AEROSPACE & ELECTRONICS; CRANE CO.; CRANE PUMPS & SYSTEMS, INC.; CRANE RESISTOFLEX AEROSPACE; CUTLER HAMMER n/k/a Eaton Electrical, Inc.; DANA CORPORATION; DRESSER INDUSTRIES, INC.; DURABLA MANUFCTURING COMPANY; DURAMETTALIC CORPORATION; EASTERN REFRACTORIES CORPORATION; EATON CORPORATION; EATON HYDRAULICS, INC.; ENPRO INDUSTRIES, INC., | ) | |

Individually and as Successor in Interest )
to Menasco Inc.; FAY, SPOFFARD & )
THORNDIKE OF NEW YORK, INC. f/k/a/ )
Wolf & Munier, Inc.; FOSTER WHEELER )
ENERGY CORP.; GARLOCK SEALING )
TECHNOLOGIES, LLC; GE AVIATION )
SYSTEMS LLC; GENERAL DYNAMICS; )
GENERAL ELECTRIC CORPORATION; )
GENERAL MOTORS CORPORATION; )
GENERAL REFRACTORIES CO.; )
GEORGIA PACIFIC CORPORATION )
Individually and as Successor in Interest )
to Consolidated Vultee Aircraft )
Corporation; GOODRICH CORPORATION )
f/k/a/ B.F. Goodrich Company; )
GOODYEAR TIRE & RUBBER; GOULD )
PUMPS, INC.; GRABAR ELECTRIC )
COMPANY, INC.; GRIMES AEROSPACE )
COMPANY, Individually and as Successor )
in Interest to Midland-Ross Corporation; )
HENKEL CORPORATION; HERCULES )
CHEMICAL COMPANY, INC.; HEWLETT )
PACKARD COMPANY; HITCO CARBON )
& COMPOSITES Individually and as )
Successor in Interest to Hitco; )
HONEYWELL INTERNATIONAL, INC. )
f/k/a/ Allied Signal, Inc. Successor In )
Interest to the Bendix Corporation; )
INGERSOLL-RAND COMPANY; J.H. )
FRANCE REFRACTORIES, CO.; JOHN )
CRANE, INC.; KENTILE FLOORS, INC.; )
LEAR SEIGLER SERVICES, INC. )
Individually and as Successor in Interest )
to Lear Seigler, Inc.; LESLIE CONTROLS, )
INC. f/k/a/ Leslie Corporation; LOCKHEED )
MARTIN CORPORATION; )
METROPOLITAN TRANSPORTATION )
AUTHORITY; MUNACO PACKING & )
RUBBER CO.; NASCO AIR BRAKES, )
INC.; NORTHROP GRUMAN )
CORPORATION; OLD ORCHARD )
INDUSTRIAL CORPORATION, )
Individually and as Successor to Vapor )
Corporation; PARKER AEROSPACE; )
PARKER HANNIFIN CORPORATION; )

| | |
|---|---|
| PNEUMO ABEX CORPORATION, | ) |
| Individually and as Successor in Interest | ) |
| to Abex Corporation f/k/a/ American Brake | ) |
| Shoe; PRATT & WHITNEY; RAILROAD | ) |
| FRICTION PRODUCTS CORP.; RHEACO, | ) |
| INC.; ROBERT A. KEASBEY CO.; ROLLS | ) |
| ROYCE CORPORATION Individually and | ) |
| as Successor in Interest to Allison Engine | ) |
| Company, Inc.; SEQUOIA VENTURES, | ) |
| INC. f/k/a Bechtel Corporation; THE | ) |
| BOEING COMPANY Individually and as | ) |
| Successor in Interest to McDonnell | ) |
| Douglas; THE FAIRCHILD | ) |
| CORPORATION; TREADWELL | ) |
| CORPORATION; TRIAD | ) |
| INTERNATIONAL MAINTENANCE | ) |
| CORPORATION, Individually and as | ) |
| Successor in Interest to Aero Corporation; | ) |
| UNISYS CORPORATION; UNITED | ) |
| TECHNOLOGIES CORPORATION, | ) |
| Individually and as Successor in Interest | ) |
| to United Aircraft Corporation United | ) |
| Technologies Building; WAYNE WIRE | ) |
| CLOTH PRODUCTS, INC.; | ) |
| WESTINGHOUSE AIR BRAKE CO.; 3M | ) |
| COMPANY f/k/a/ Minnesota Mining & | ) |
| Manufacturing; | ) |
| | ) |
| Defendants. | ) |

**PLEASE TAKE NOTICE** that the Defendant GOODRICH CORPORATION, f/k/a Goodrich Company ("Goodrich"), will be appearing in this action through its attorneys SMITH, STRATTON, WISE, HEHER & BRENNAN, LLP, 100 Park Avenue, Suite 1600, New York, New York 10017, and that all papers, notices and orders with regard to the proceedings in this action, which otherwise would be required to be served upon Goodrich, are to be served upon the offices of the undersigned. Please direct all correspondence intended for Goodrich to the offices of the undersigned.

Dated: New York, New York
July 10, 2008

        SMITH, STRATTON, WISE, HEHER
        & BRENNAN, LLP

By:    _s/ Patrick J. Dwyer_____
        Patrick J. Dwyer, Esq.
        100 Park Avenue
        Suite 1600
        New York, New York 10017
        212-768-3878
        Attorneys for GOODRICH CORPORATION

TO: All Counsel of Record

**Smith, Stratton, Wise, Heher & Brennan, LLP**
2 Research Way
Princeton, NJ 08540
(609) 924-6000
Attorneys for Defendant Goodrich Corporation

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ERNESTO and DIANE MIRANDA, | ) ) | Civil Action No. 08-CV-05491-SAS |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **AFFIDAVIT OF SERVICE** |
| ABEX CORPORATION f/k/a/ American Brake Show Company; ALCOA, INC., Individually and as Successor in Interest to Fairchild Fasteners; AMERICAN REFRACTORIES, INC.; AMERICAN REFRACTORIES CO.; ANCHOR PACKING COMPANY; ATLAS TURNER, INC.; AVOCET ENTERPRISES, INC.; A.W. CHESTERTON CO., INC.; BONDEX INCORPORATED; BOEING INTEGRATED DEFENSE SYSTEMS; BORG WARNER CORPORATION; CANADIAN COMMERCIAL CORPORATION; CARRIER CORPORATION; CFM INTERNATIONAL, INC.; COURTER & COMPANY; CRANE AEROSPACE & ELECTRONICS; CRANE CO.; CRANE PUMPS & SYSTEMS, INC.; CRANE RESISTOFLEX AEROSPACE; CUTLER HAMMER n/k/a Eaton Electrical, Inc.; DANA CORPORATION; DRESSER INDUSTRIES, INC.; DURABLA MANUFCTURING COMPANY; DURAMETTALIC CORPORATION; EASTERN REFRACTORIES CORPORATION; EATON CORPORATION; EATON HYDRAULICS, INC.; ENPRO INDUSTRIES, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

Individually and as Successor in Interest   )
to Menasco Inc.; FAY, SPOFFARD &   )
THORNDIKE OF NEW YORK, INC. f/k/a/   )
Wolf & Munier, Inc.; FOSTER WHEELER   )
ENERGY CORP.; GARLOCK SEALING   )
TECHNOLOGIES, LLC; GE AVIATION   )
SYSTEMS LLC; GENERAL DYNAMICS;   )
GENERAL ELECTRIC CORPORATION;   )
GENERAL MOTORS CORPORATION;   )
GENERAL REFRACTORIES CO.;   )
GEORGIA PACIFIC CORPORATION   )
Individually and as Successor in Interest   )
to Consolidated Vultee Aircraft   )
Corporation; GOODRICH CORPORATION )
f/k/a/ B.F. Goodrich Company;   )
GOODYEAR TIRE & RUBBER; GOULD   )
PUMPS, INC.; GRABAR ELECTRIC   )
COMPANY, INC.; GRIMES AEROSPACE   )
COMPANY, Individually and as Successor )
in Interest to Midland-Ross Corporation;   )
HENKEL CORPORATION; HERCULES   )
CHEMICAL COMPANY, INC.; HEWLETT )
PACKARD COMPANY; HITCO CARBON   )
& COMPOSITES Individually and as   )
Successor in Interest to Hitco;   )
HONEYWELL INTERNATIONAL, INC.   )
f/k/a/ Allied Signal, Inc. Successor In   )
Interest to the Bendix Corporation;   )
INGERSOLL-RAND COMPANY; J.H.   )
FRANCE REFRACTORIES, CO.; JOHN   )
CRANE, INC.; KENTILE FLOORS, INC.;   )
LEAR SEIGLER SERVICES, INC.   )
Individually and as Successor in Interest   )
to Lear Seigler, Inc.; LESLIE CONTROLS, )
INC. f/k/a/ Leslie Corporation; LOCKHEED )
MARTIN CORPORATION;   )
METROPOLITAN TRANSPORTATION   )
AUTHORITY; MUNACO PACKING &   )
RUBBER CO.; NASCO AIR BRAKES,   )
INC.; NORTHROP GRUMAN   )
CORPORATION; OLD ORCHARD   )
INDUSTRIAL CORPORATION,   )
Individually and as Successor to Vapor   )
Corporation; PARKER AEROSPACE;   )
PARKER HANNIFIN CORPORATION;   )

- 2 -

| | |
|---|---|
| PNEUMO ABEX CORPORATION, Individually and as Successor in Interest to Abex Corporation f/k/a/ American Brake Shoe; PRATT & WHITNEY; RAILROAD FRICTION PRODUCTS CORP.; RHEACO, INC.; ROBERT A. KEASBEY CO.; ROLLS ROYCE CORPORATION Individually and as Successor in Interest to Allison Engine Company, Inc.; SEQUOIA VENTURES, INC. f/k/a Bechtel Corporation; THE BOEING COMPANY Individually and as Successor in Interest to McDonnell Douglas; THE FAIRCHILD CORPORATION; TREADWELL CORPORATION; TRIAD INTERNATIONAL MAINTENANCE CORPORATION, Individually and as Successor in Interest to Aero Corporation; UNISYS CORPORATION; UNITED TECHNOLOGIES CORPORATION, Individually and as Successor in Interest to United Aircraft Corporation United Technologies Building; WAYNE WIRE CLOTH PRODUCTS, INC.; WESTINGHOUSE AIR BRAKE CO.; 3M COMPANY f/k/a/ Minnesota Mining & Manufacturing;<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

  Patrick J. Dwyer, of full age, being duly sworn according to law, hereby deposes and says:

  1.  I am an attorney-at-law of the State of New York and am a member of the firm of Smith, Stratton, Wise, Heher & Brennan, LLP, attorneys for Goodrich Corporation, f/k/a Goodrich Company, in the above-captioned matter.

  2.  I have, this date, caused a copy of the Notice of Appearance and Disclosure

Statement Pursuant to Rule 7.1 to be served via the court's ECF system and regular mail on all counsel on the attached service list.

Dated: New York, New York
      July 10, 2008

                              SMITH, STRATTON, WISE, HEHER
                              & BRENNAN, LLP

                    By:    _s/ Patrick J. Dwyer_____
                              Patrick J. Dwyer, Esq.

Ernesto and Diana Miranda v. Abex Corp., et al.

Service List

Plaintiffs

Patrick J. Timmins, Esq.
Levy Phillips & Konigsberg, LLP
800 Third Avenue
New York, NY 10022

Defendants

| | |
|---|---|
| Paul Grant, Esq.<br>GARRISON LITIGATION<br>120 East Avenue, Suite 101<br>Rochester, NY 14604-2551 | Enpro Industries, Inc., Individually and as successor-in-interest to Coltec Industries, Fairbanks Morse, Engine Division and Quincy Compressor |
| Timothy J. McHugh, Esq.<br>LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO<br>420 Lexington Avenue, 29th Floor<br>Graybar Building<br>New York, NY 10170 | 3M Company, f/k/a Minnesota Mining & Manufacturing Co. & Otis Elevator Co. |
| Laura Hollman, Esq.<br>Chuck McGivney, Esql<br>MCGIVNEY & KLUGER, PC<br>80 Broad Street, 23rd Floor<br>New York, NY 10024 | Courter & Co., Kentile Floors, Fay Spoffard & Thorndike, Avocet Enterprises, Inc., Flowserve, Treadwell Corp., Aurora Pump Co., Hercules Chemical Co., Inc., and The Nash Engineering Co. |
| Joseph A. D'Avanzo, Esq.<br>Erik C. DiMarco, Esq.<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP<br>150 East 42nd Street<br>New York, NY 10017 | A.W. Chesterton Co., Inc., Carrier Corporation, Boeing Co., and General Dynamics Corp. |
| Arthur Bromberg, Esq.<br>WEINER LESNIAK, LLP<br>888 Veterans Memorial Highway<br>Suite 540<br>Hauppauge, NY 11788 | Bondex International, Inc., Borg Warner Corp., Lockheed Martin Corp., and Old Orchard Industrial Corp. |

| | |
|---|---|
| David Oxamendi, Esq.<br>KIRKPATRICK LOCKHART PRESTON GATES ELLIS LLP<br>One Newark Center, 10th Floor<br>Newark, NJ 07102 | Crane Co., Crane Aerospace & Electronics, Crane Resistoflex Aerospace, and Crane Pumps & Systems, Inc. |
| Scott Harford, Esq.<br>Scott R. Emery, Esq.<br>LYNCH DASKAL EMERY, LLP<br>264 West 40th Street, 18th Floor<br>New York, NY 10018 | Daimlerchrysler Corp., Georgia-Pacific Corp. and Goodyear Corp. |
| Eric Warner, Esq.<br>CLEMENTE MUELLER & TOBIA, PA<br>218 Ridgedale Avenue<br>Cedar Knolls, NJ 07927 | Durabla Manufacturing Co. |
| Medina Axelrod, Esq.<br>Simon Lee, Esq.<br>SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD<br>830 Third Avenue, Suite 400<br>New York, NY 10022 | Fairbanks Morse Engine, Gardner Denver, Inc., Garlock Sealing Technologies, LLC, successor by merger to Garlock, Inc., Quincy Compressor and Fairbanks Morse Pump, Corp., Durametallic Corp., Railroad Friction Products Corp. |
| Chris Pawloski, Esq.<br>AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP<br>757 Third Avenue, 4th Flor<br>New York, NY 10017 | Ford Motor Company, General Motors Corp. and Rolls Royce |
| Diane Pompei, Esq.<br>Michael A. Tanenbaum, Esq.<br>MORAN & ARNOLD, LLP<br>Three Gateway Center, 12th Floor<br>Newark, NJ 07102 | Foster Wheeler Energy Corp. and General Electric Co. |
| Joseph DiGregorio, Esq.<br>BARRY MCTIERNAN & MOORE<br>2 Rector Street, 14th Floor<br>New York, NY 10006 | General Refractories Co. & The Fulton Companies, individually and as successor to Fulton Boiler Works, Inc. Atlas Turner, Graybar Electric ,John Crane |

| | |
|---|---|
| Patrick J. Dwyer, Esq.<br>SMITH, STRATTON, WISE,<br>HEHER & BRENNAN, LLP<br>2 Research Way<br>Princeton, NJ 08540 | Goodrich Corporation |
| Jennifer Filippazzo, Esq.<br>MCDERMOTT, WILL & EMERY, LLP<br>340 Madison Avenue<br>New York, NY 10173 | Honeywell International, Inc. |
| William Mendrzycki, Esq.<br>PO Box 1009<br>Highland Mills, NY 10930-1009 | Honeywell International, Inc. |
| Jamie Bartolomeo, Esq.<br>CULLEN & DYKMAN, LLP<br>177 Montague Street<br>Brooklyn, NY 11201 | Howden Buffalo, Inc., Goulds Pumps Inc. and Lesklie Controls, Inc. |
| Lisa M. Pascarella, Esq.<br>PEHLIVAN, BRAATEN<br>& PASCARELLA, LLC<br>Paynter's Ridge Office Park<br>2430 Route 34<br>Manasquan, NJ 08736 | Ingersoll-Rand Co., Rapak Boiler, and Rheem Manufacturing Co. |
| Matthew Strauss, Esq.<br>MALABY & BRADLEY, LLC<br>150 Broadway, Suite 600<br>New York, NY 10038 | JH France Refractories Co. and Viacom, Inc., as successor by merger to CBS Corp., f/k/a Westinghouse Electric Corp. |
| Iris Gabrielli, Esq.<br>SMITH ABBOT, LLP<br>48 Wall Street, Suite 1100<br>New York, NY 10005 | Pneumo Abex Corp., individually and successor-in-interest to Abex Corp., f/k/a American Brake Shoe |
| Robert J. Walker, Esq.<br>GALLACHER, WALKER, BIANCO &<br>PLASTARAS, ESQS.<br>98 Willis Avenue<br>Mineola, New York, 11501 | Hewlett Packard Co. |

| | |
|---|---|
| Timothy J. McHugh<br>LAVIN, O'NEIL, RICCI, CEDRONE & DiSIPIO<br>420 Lexington Avenue, Suite 2900<br>New York, NY 10170 | United Technologies Corporation<br>Pratt & Whitney |
| Elisa T. Gilbert, Esq.<br>The Gilbert Firm, LLC<br>325 East 57th Street<br>New York, NY 10022 | Northrop Grumman Systems Corp. |
| Laura Patricia Yee, Esq.<br>KNOTT & GLAZER, LLP<br>201 Spear Street, Suite 1520<br>San Francisco, CA 94105 | Lockheed Martin Corp. |
| Samantha Burd, Esq.<br>LANDMAN, CORSI, BALLAINE & FORD, PC<br>One Gateway Center, 10th Floor<br>Newark, NJ 07102 | Metropolitan Transportation Authority |
| Charles Benjamin, Esq.<br>McCARTE & ENGLISH, LLP<br>4 Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102 | Unisys Corp., Parker-Hannifin Corp. |
| Loree J. Shelko, Esq.<br>McGUIRE WOODS, LLP<br>1345 Avenue of the Americas<br>New York, NY 10105 | WABD |
| Aisha L. Joseph, Esq.<br>EPSTEIN, BECKER & GREEN, PC<br>25 Park Avenue<br>New York, NY 10177 | Wayne Wire Cloth<br>Grimes Aerospace Co. |
| Thomas R. Pantino, Esq.<br>Mark T. Pillon, Esq.<br>MENDES & MOUNT, LLP<br>750 Seventh Avenue<br>New York, NY 10019 | Hitco Carbon & Composites<br>The Fairchild Corp. |

| | |
|---|---|
| Thomas Montiglio, Esq.<br>AHMUTY, DEMERS & McMANUS<br>200 I.U. Willets Road<br>Albertson, NY 11507 | Yuba Heat Transfer |
| Gloria Koo, Esq.<br>LEADER & BERKON, LLP<br>630 Third Avenue<br>New York, NY 10017 | IMO Industries |
| Frederick McGowen, Esq.<br>GOODWIN, PROCTER, LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018 | Henkel Corp. |
| Cristina Sinclair, Esq.<br>McELROY, DEUTSCH, MULVANEY<br>& CARPENTER, LLP<br>1300 Mount Kemble Avenue<br>Morristown, NJ 07962 | Eaton Corp. |
| Heidi Chang, Esq.<br>McMAHON, MARTINE<br>& GALLAGHER, LLP<br>55 Washington Street<br>Brooklyn, NY 11201 | Eastern Refractories Co., Inc. |
| Peter A. Antonucci, Esq.<br>GREENBERG TRAURIG, LLP<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166 | Robert A. Keasbey Co. |
| Thomas J. Maimone, Esq.<br>MAIMONE & ASSOCIATES<br>170 Old Country Road<br>Suite 609<br>Mineola, NY 11501 | Mack Trucks |

| | |
|---|---|
| Gary Casimir, Esq.<br>REED SMITH, LLP<br>599 Lexington Avenue<br>New York, NY 10022 | Dana Corp.<br>Unioncarbide |
| Lindsay Fisher, Esq.<br>HOLLAND & KNIGHT, LLP<br>195 Broadway<br>24th Floor<br>New York, NY 10007 | Canadian Commercial Corp. |
| Edward P. Abbot, Esq.<br>Smith Abbot, LLP<br>48 Wall Street, Suite 1100<br>New York, NY 10005 | Abex Corp., f/k/a American Brake Shoe Company Pneumo Abex Corporation, Individually and as Successor in interest to Abex Corporation f/k/a American Brake Shoe |
| Charles McGivney, Esq.<br>Richard Leff, Esq.<br>McGivney & Kluger, P.C.<br>80 Broad Street, 23rd Floor<br>New York, NY 10004 | Alcoa, Inc., Individually and as successor in interested to Fairchild Fasteners, Avocet Enterprises, Inc., Courter & Company, Fay Spofford & Thorndike of New York, f/k/a Wolfe and Munier, Inc., Hercules Chemical Company, Inc., Railroad Friction Products Corp., and Treadwell Corporation |
| Lisa M. Pascarella, Esq.<br>Pehlivanian, Braaten & Pascarella, LLC<br>Paynter's Ridge Office Park<br>2430 Route 34 – P.O. Box 648<br>Manasquan, NJ 08736 | American Refractories, Inc.<br>Ingersoll-Rand Company |
| Suzanne M. Halbardier, Esq.<br>Barry Mctiernan & Moore<br>2 Rector Street, 14th Floor<br>New York, NY 10006 | American Refractories Co.<br>General Refractories Co.<br>Graybar Electric Company, Inc.<br>John Crane, Inc. |
| Christian H. Gannon, Esq.<br>Theodore Eder, Esq.<br>Segal, McCambridge, Singer & Mahoney, LTD.<br>830 Third Avenue, Suite 400<br>New York, NY 10022 | Anchor Packing Co.<br>Durametallic Corporation<br>Garlock Sealing Technologies, LLC |

| | |
|---|---|
| Nancy McDonald, Esq.<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>1300 Mount Kemble Avenue<br>P.O. Box 2075<br>New York, NY 10022 | Culter-Hammer, n/k/a Eaton Electrical, Inc. |
| Andrew P. Fishkin, Esq.<br>Edwards, Angell, Palmer & Dodge, LLP<br>750 Lexington Avenue<br>New York, NY 10022-1200 | Dresser Industries, Inc. |
| William F. Mueller, Esq.<br>Clementer Mueller, P.A.<br>218 Ridgedale Avenue<br>P.O. Box 1296<br>Morristown, NJ 07962-1296 | Durabla Manufacturing Co. |
| Dominic P. Bianco, Esq.<br>Gallagher, Walker, Bianco & Plastaras<br>98 Willis Avenue<br>Mineola, NY 11501 | Hewlett Packard Co. |
| Steven L. Keats, Esq.<br>Keats & Shapiro<br>131 Mineola Boulevard, Suite 10<br>Mineola, NY 11501 | Munaco Packing & Rubber Co. |
| James M. Altmas, Esq.<br>Bryan Cave, LLP<br>1290 Avenue of the Americas<br>New York, NY 10104-3300 | Nasco Air Brakes |
| | CFM International, Inc.<br>Eastern Refractories Corp.<br>Garlock Sealing Technologies, LLC<br>GE Aviation Systems, LLC<br>Lear Seigler Services, inc.<br>Parker Aerospace<br>Rheaco, Inc.<br>Sequoia Ventures, Inc.<br>The Boeing Co.<br>The Fairchild Corp.<br>Triad International Maintenance Corp. |