**Smith, Stratton, Wise, Heher & Brennan, LLP**
2 Research Way
Princeton, NJ 08540
(609) 924-6000
Attorneys for Defendant Goodrich Corporation

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ERNESTO and DIANE MIRANDA, | Civil Action No. 08-CV-05491-SAS |
| Plaintiffs, | |
| v. | |
| | **FRCP DISCLOSURE STATEMENT PURSUANT TO RULE 7.1** |
| ABEX CORPORATION f/k/a/ American Brake Show Company; ALCOA, INC., Individually and as Successor in Interest to Fairchild Fasteners; AMERICAN REFRACTORIES, INC.; AMERICAN REFRACTORIES CO.; ANCHOR PACKING COMPANY; ATLAS TURNER, INC.; AVOCET ENTERPRISES, INC.; A.W. CHESTERTON CO., INC.; BONDEX INCORPORATED; BOEING INTEGRATED DEFENSE SYSTEMS; BORG WARNER CORPORATION; CANADIAN COMMERCIAL CORPORATION; CARRIER CORPORATION; CFM INTERNATIONAL, INC.; COURTER & COMPANY; CRANE AEROSPACE & ELECTRONICS; CRANE CO.; CRANE PUMPS & SYSTEMS, INC.; CRANE RESISTOFLEX AEROSPACE; CUTLER HAMMER n/k/a Eaton Electrical, Inc.; DANA CORPORATION; DRESSER INDUSTRIES, INC.; DURABLA MANUFCTURING COMPANY; DURAMETTALIC CORPORATION; EASTERN REFRACTORIES CORPORATION; EATON CORPORATION; EATON HYDRAULICS, | |

| | |
|---|---|
| INC.; ENPRO INDUSTRIES, INC., Individually and as Successor in Interest to Menasco Inc.; FAY, SPOFFARD & THORNDIKE OF NEW YORK, INC. f/k/a/ Wolf & Munier, Inc.; FOSTER WHEELER ENERGY CORP.; GARLOCK SEALING TECHNOLOGIES, LLC; GE AVIATION SYSTEMS LLC; GENERAL DYNAMICS; GENERAL ELECTRIC CORPORATION; GENERAL MOTORS CORPORATION; GENERAL REFRACTORIES CO.; GEORGIA PACIFIC CORPORATION Individually and as Successor in Interest to Consolidated Vultee Aircraft Corporation; GOODRICH CORPORATION f/k/a/ B.F. Goodrich Company; GOODYEAR TIRE & RUBBER; GOULD PUMPS, INC.; GRABAR ELECTRIC COMPANY, INC.; GRIMES AEROSPACE COMPANY, Individually and as Successor in Interest to Midland-Ross Corporation; HENKEL CORPORATION; HERCULES CHEMICAL COMPANY, INC.; HEWLETT PACKARD COMPANY; HITCO CARBON & COMPOSITES Individually and as Successor in Interest to Hitco; HONEYWELL INTERNATIONAL, INC. f/k/a/ Allied Signal, Inc. Successor In Interest to the Bendix Corporation; INGERSOLL-RAND COMPANY; J.H. FRANCE REFRACTORIES, CO.; JOHN CRANE, INC.; KENTILE FLOORS, INC.; LEAR SEIGLER SERVICES, INC. Individually and as Successor in Interest to Lear Seigler, Inc.; LESLIE CONTROLS, INC. f/k/a/ Leslie Corporation; LOCKHEED MARTIN CORPORATION; METROPOLITAN TRANSPORTATION AUTHORITY; MUNACO PACKING & RUBBER CO.; NASCO AIR BRAKES, INC.; NORTHROP GRUMAN CORPORATION; OLD ORCHARD INDUSTRIAL CORPORATION, Individually and as Successor to Vapor Corporation; PARKER AEROSPACE; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

| | |
|---|---|
| PARKER HANNIFIN CORPORATION; PNEUMO ABEX CORPORATION, Individually and as Successor in Interest to Abex Corporation f/k/a/ American Brake Shoe; PRATT & WHITNEY; RAILROAD FRICTION PRODUCTS CORP.; RHEACO, INC.; ROBERT A. KEASBEY CO.; ROLLS ROYCE CORPORATION Individually and as Successor in Interest to Allison Engine Company, Inc.; SEQUOIA VENTURES, INC. f/k/a Bechtel Corporation; THE BOEING COMPANY Individually and as Successor in Interest to McDonnell Douglas; THE FAIRCHILD CORPORATION; TREADWELL CORPORATION; TRIAD INTERNATIONAL MAINTENANCE CORPORATION, Individually and as Successor in Interest to Aero Corporation; UNISYS CORPORATION; UNITED TECHNOLOGIES CORPORATION, Individually and as Successor in Interest to United Aircraft Corporation United Technologies Building; WAYNE WIRE CLOTH PRODUCTS, INC.; WESTINGHOUSE AIR BRAKE CO.; 3M COMPANY f/k/a/ Minnesota Mining & Manufacturing;<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Defendant, GOODRICH CORPORATION, f/k/a B.F. Goodrich Company, by its attorneys, SMITH, STRATTON, WISE, HEHER & BRENNAN, LLP, in compliance with Federal Civil Rule 7.1 for the United States District Court for the Southern District of New York states that:

      1)    GOODRICH CORPORATION is a publicly traded company and does not have a parent corporation.

Dated:   New York, New York
         July 10, 2008

                              SMITH, STRATTON, WISE, HEHER
                              & BRENNAN, LLP

                    By:   _s/ Patrick J. Dwyer_____
                              Patrick J. Dwyer, Esq.
                              100 Park Avenue
                              Suite 1600
                              New York, New York 10017
                              212-768-3878
                              Attorneys for GOODRICH CORPORATION