UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
IN RE NEW YORK
ASBESTOS LITIGATION
------------------------------------------------------------------------ X

| | |
|---|---|
| This Document Relates to: | Asbestos Litigation |
| Ernesto Miranda and Diana Miranda, | |
| Plaintiff, | CV 08-5491 (SAS) |
| -against- | **Rule 7.1 Statement** |
| Abex Corporation, et al., | |
| Defendant. | |

------------------------------------------------------------------------ X

   PURSUANT TO RULE 7.1 OF THE LOCAL RULES OF THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR 3M COMPANY f/k/a MINNESOTA MINING AND MANUFACTURING COMPANY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY WHICH ARE PUBLICLY HELD.

     **NONE**

Dated: New York, New York
    July 16, 2008

              Lavin, O'Neil, Ricci, Cedrone & DiSipio

           By _____
               Timothy J. McHugh, Esq. (3393)
               Attorneys for Defendant, 3M Company f/k/a
               Minnesota Mining and Manufacturing Company
               420 Lexington Avenue, Suite 2900
               Graybar Building
               New York, New York 10170
               Phone No. (212) 319-6898
               Fax No. (212) 319-6932

To: Levy Phillips & Konigsberg, L.L.P.
   Attorneys for Plaintiffs
   800 Third Avenue
   New York, NY 10022
   (212) 605-6205

   All Defense Counsel

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF NEW YORK       )

JOANNE PETERS, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Ridgefield, CT.

On July 16, 2008 deponent served the within Rule 7.1 upon:

Levy Phillips & Konigsberg, L.L.P.
Attorneys for Plaintiffs
800 Third Avenue
New York, NY 10022
(212) 605-6205

All Defense Counsel

at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Joanne Peters

Sworn to before me this
16th day of July, 2008

_____
Notary Public
TIMOTHY J. MCHUGH
Notary Public, State of New York
No. 02MC506248
Qualified in Suffolk County
Commission Expires July 1, 2010

ERNESTO and DIANA MIRANDA
v.
ABEX CORPORATION, et al.
Index No.: 08-104346

**COUNSEL LIST**

| | |
|---|---|
| Edward P. Abbot, Esq.<br>**SMITH ABBOT, LLP**<br>48 Wall Street, Suite 1100<br>New York, NY 10005 | Abex Corporation, f/k/a American Brake Shoe Company<br>Pneumo Abex Corporation, Individually and as Successor in interest to Abex Corporation f/k/a American Brake Shoe |
| Charles McGivney, Esq.<br>Richard Leff, Esq.<br>**McGIVNEY & KLUGER, P.C.**<br>80 Broad Street, 23rd Floor<br>New York, New York 10004 | Alcoa, Inc., Individually and as successor in interest to Fairchild Fasteners<br>Avocet Enterprises, Inc.<br>Courter & Company<br>Fay Spofford & Thorndike of New York, f/k/a Wolfe and Munier, Inc.<br>Hercules Chemical Company, Inc.<br>Railroad Friction Products Corp.<br>Treadwell Corporation |
| Lisa M. Pascarella, Esq.<br>**PEHLIVANIAN, BRAATEN & PASCARELLA, LLC**<br>Paynter's Ridge Office Park<br>2430 Route 34 – P.O. Box 648<br>Manasquan, New Jersey 08736 | American Refractories, Inc.<br>Ingersoll-Rand Company |
| Suzanne M. Halbardier, Esq. **BARRY MCTIERNAN & MOORE**<br>2 Rector Street, 14th Floor<br>New York, New York 10006 | American Refractories Co.<br>General Refractories Co.<br>Graybar Electric Company, Inc.<br>John Crane, Inc. |
| Christian H. Gannon, Esq.<br>Theodore Eder, Esq.<br>**SEGAL, McCAMBRIDGE, SINGER & MAHONEY, LTD.**<br>830 Third Avenue, Suite 400<br>New York, New York 10022 | Anchor Packing Company<br>Durametallic Corporation<br>Garlock Sealing Technologies, LLC |
| Edward Wilbraham, Esq.<br>**WILBRAHAM LAWLER & BUBA**<br>140 Broadway, 46th Floor<br>New York, New York 10005 | Atlas Turner, Inc. |
| K-Irkpatrick & Lockhart Preston Gates Ellis<br>One Newark Center, 10th Floor<br>Newark, NJ 07102-5285 | Crane Co.; Crane Resistoflex Aerospace and Crane Pumps & Systems, Inc. and Crane Aerospace & Electronics |

---

:--- 11111111111-Attliriiey's

| | |
|---|---|
| Julie Evans, Esq.<br>WILSON, ELSER, MOSKOWITZ,<br>EDELMAN & DICKER LLP<br>150 East 42nd Street<br>New York, NY 10017-5639 | A.W. Chesterton Co., Inc.<br>Boeing Integrated Defense Systems<br>Carrier Corporation<br>General Dynamics<br>The Boeing Company, Individually and as successor in interest to McDonnell Douglas |
| Anna DiLonardo, Esq.<br>WEINER LESNIAK LLP<br>888 Veterans Memorial Highway<br>Hauppauge, NY 11788 | Bondex Incorporated<br>Borg-Warner Corporation<br>Lockheed Martin Corporation<br>Old Orchard Industrial Corporation, Individually and as successor to Vapor Corporation<br>Robert A. Keasbey Co. |
| Richard A. Menchini, Esq.<br>HOLLAND & KNIGHT LLP<br>195 Broadway, 24th Floor<br>New York, NY 10007-3189 | Canadian Commercial Corporation |
| Nancy McDonald, Esq.<br>MCELROY, DEUTSCH, MULVANEY<br>& CARPENTER, LLP 1300<br>Mount Kemble Avenue P.O.<br>Box 2075<br>Morristown, NJ 07962-2075 | Cutler-Hammer, n/k/a Eaton Electrical, Inc. |
| Judith Yavitz, Esq.<br>REED SMITH, LLP<br>599 Lexington Avenue<br>29th Floor<br>New York, NY 10022 | Dana Corporation |
| Andrew P. Fishkin, Esq.<br>EDWARDS, ANGELL, PALMER & DODGE, LLP<br>750 Lexington Avenue<br>New York, NY 10022-1200 | Dresser Industries, Inc. |
| William F. Mueller, Esq.<br>CLEMENTE MUELLER, P.A.<br>218 Ridgedale Avenue<br>P.O. Box 1296<br>Morristown, NJ 07962-1296 | Durabla Manufacturing Company |
| Laura Holtman, Esq.<br>McMAHON, MARTINE & GALLAGHER<br>90 Broad Street, 14th Floor<br>New York, NY 10004 | Eastern Refractories Company, Inc. |
| William Bradley, Esq.<br>MALABY & BRADLEY, LLC<br>150 Broadway, Suite 600<br>New York, New York 10038 | Eaton Corporation<br>J.H. France Refractories Company<br>The Fairchild Corporation |

| | |
|---|---|
| Andrew Sapon, Esq.<br>**BIVONA AND COHEN, PC**<br>Wall Street Plaza, 25th Floor<br>88 Pine Street<br>New York, NY 10005-1886 | Eaton Hydraulics, Inc.<br>Enpro Industries, Inc., Individually and as successor in interest to Menasco, Inc. |
| Michael Tanenbaum, Esq.<br>**SEDGWICK, DETERT, MORAN & ARNOLD**<br>Three Gateway Center, 12th Floor<br>Newark, New Jersey 07102 | Foster Wheeler Energy Corp.<br>General Electric Corporation |
| Nancy L. Pennie, Esq.<br>**AARONSON, RAPPAPORT, FEINSTEIN & DEUTSCH, LLP**<br>757 Third Avenue<br>New York, New York 10017 | General Motors Corporation |
| Scott R. Emery, Esq.<br>**LYNCH DASKAL EMERY LLP**<br>264 West 40th Street<br>New York, New York 10018 | Georgia-Pacific Corporation, Individually and as successor in interest to Consolidated Vultee Aircraft Corporation.<br>Goodyear Tire & Rubber |
| Joel Pierce, Esq.<br>**PIERCE, DAVIS & PERRITANO, LLP**<br>10 Winthrop Square<br>Boston, MA 02110 | Goodrich Corporation, f/k/a B.F. Goodrich Company |
| John J. Fanning, Esq.<br>**CULLEN & DYKMAN BLEAKLEY PLATT, LLP**<br>177 Montague Street<br>Brooklyn, New York 11201 | Goulds Pumps, Inc.<br>Leslie Controls, Inc. |
| Christopher J. Garvey, Esq.<br>**GOODWIN PROCTER LLP**<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405 | Henkel Corporation |
| Dominic P. Bianco, Esq.<br>**GALLAGHER, WALKER, BIANCO & PLASTARAS**<br>98 Willis Avenue<br>Mineola, NY 11501 | Hewlett Packard Company |
| Donald R. Pugliese, Esq.<br>**MCDERMOTT, WILL & EMERY, LLP**<br>340 Madison Avenue<br>New York, NY 10017 | Honeywell International, Inc., f/k/a Allied Signal, Inc. Successor in interest to The Bendix Corporation |

Attorn:safor:_____

| | |
|---|---|
| Abbie Fuchs, Esq.<br>**HARRIS BEACH, PLLC**<br>100 Wall Street<br>New York, NY 10005 | Kentile Floors, Inc. |
| Philip J. O'Rourke, Esq.<br>**McGIVNEY & KLUGER, P.C.**<br>80 Broad Street, 23rd Floor<br>New York, New York 10004 | |
| Christopher S. Kozak, Esq.<br>**LANDMAN CORSI BALLAINE & FORD P.C.**<br>One Gateway Center, Fourth Floor<br>Newark, NJ 07102-5311 | Metropolitan Transportation Authority |
| Steven L. Keats, Esq.<br>**KEATS & SHAPIRO**<br>131 Mineola Boulevard, Suite 10<br>Mineola, NY 11501 | Munaco Packing & Rubber Co., Inc. |
| James M. Altmas, Esq.<br>**BRYAN CAVE, LLP**<br>1290 Avenue of the Americas<br>New York, NY 10104-3300 | Nasco Air Brakes, Inc. |
| Elisa T. Gilbert, Esq.<br>**GILBERT & GILBERT,** LLC<br>325 East 57th Street<br>New York, NY 10022 | Northrup Grumman Corporation |
| Richard P. O'Leary, Esq.<br>**MCCARTER & ENGLISH, LLP**<br>245 Park Avenue, 27th Floor<br>New York, NY 10167 | Parker-Hannifin Corporation |
| Daniel S. Moretti, Esq.<br>**LANDMAN CORSI BALLAINE & FORD, PC**<br>120 Broadway, 27th Floor New York, NY 10271 | Sequoia Ventures, Inc., f/k/a Bechtel Corporation |
| Kenneth J. Kelly, Esq.<br>**EPSTEIN, BECKER & GREEN, P.C.**<br>250 Park Avenue<br>New York, NY 10177-1211 | Wayne Wire Cloth Products, Inc.<br>Grimes Aerospace Company, Individually and as successor in interest to Midland Ross Corporation |
| Genevieve MacSteel, Esq.<br>**McGUIREWOODS, LLP**<br>1345 Avenue of the Americas, 7th Floor<br>New York, New York 10105-0106 | Westinghouse Air Brake Co. |

ttook

Timothy J. McHugh, Esq.
LAVIN, **O'NEIL, RICCI, CEDRONE** & **DISIPIO**
420 Lexington Avenue
Graybar Building, Suite 2900
New York, NY 10170

Pratt & Whitney
United Technologies Corporation, Individually and as successor in interest to United Aircraft Corporation
United Technologies Building
3M Company
facia Minnesota Mining & Manufacturing Company

**UNKNOWN COUNSEL**

CFM International, Inc.

GE Aviation Systems, LLC

Hitco Carbon & Composites, Individually and as successor in interest to Hitco

Lear Seigler Services, Inc., Individually and as successor in interest to Lear Seigler, Inc.
Parker Aerospace

Rheaco, Inc.

Rolls Royce Corporation, Individually and as successor in interest to Allison Engine Company, Inc.

Triad International Maintenance Corporation, Individually and as successor in interest to Aero Corp.
Unisys Corporation