UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x

ERNESTO MIRANDA AND DIANA MIRANDA,  : 08 CV 5491 (SAS) (JCF)

               Plaintiffs,  :

    - against -  : **RULE 7.1 DISCLOSURE STATEMENT**

ABEX CORPORATION, et al.,  :

               Defendants.  :

------------------------------ x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Nasco Aircraft Brake, Inc. erroneously named as Nasco Air Brakes, Inc., states that it is a wholly owned subsidiary of Nasco Aviation Corporation ("NAC"), which is itself a wholly owned subsidiary of Meggitt Aircraft Braking Systems Corporation ("MABSC"), which is itself a wholly owned subsidiary of K&F Industries, Inc. ("K&F"), which is itself a wholly owned subsidiary of K&F Intermediate Holdco, which is itself a wholly owned subsidiary of K&F Industries Holdings, which is itself a wholly owned subsidiary of Meggitt-USA, Inc., which is itself a wholly owned subsidiary of Meggitt PLC.

Dated: New York, New York
       July 16, 2008

                          **BRYAN CAVE LLP**

                          By: /s/ Christopher R. Strianese
                               Christopher R. Strianese, Esq.

                          1290 Avenue of the Americas
                          New York, NY 10104-3300
                          Phone: (212) 541-2000
                          Facsimile: (212) 541-1413

                          *Attorneys for Defendant*
                          *Nasco Aircraft Brake, Inc.*