UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
Ernesto and Diana Miranda,

                Plaintiffs,

vs.

Abex Corporation, et al.

                Defendants.
------------------------------------x

Case No. 08 CV 5491(SAS)

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that defendant Honeywell International Inc., formerly known as AlliedSignal, Inc., as successor-in-interest to The Bendix Corporation, hereby appears in this action through its attorneys McDERMOTT WILL & EMERY LLP, 340 Madison Avenue, New York, New York 10173, and that all pleadings, notices, orders, and other papers relating to this matter are to be served upon the offices of the undersigned.

Dated: New York, New York
       July 17, 2008

Respectfully submitted,

**McDERMOTT WILL & EMERY LLP**

By: _____
Donald R. Pugliese (DRP 9756)
Meishin Yueh (MY 7554)
340 Madison Avenue
New York, New York 10173
Tel: 212.547.5400
Fax: 212.547.5444

*Attorneys for Defendant*
*Honeywell International Inc., formerly known as*
*AlliedSignal, Inc., as successor-in-interest to*
*The Bendix Corporation*