UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
Ernesto and Diana Miranda,          :
                                    :
                Plaintiffs,         :
                                    :   Case No. 08CV5491(SAS)
    vs.                             :
                                    :
Abex Corporation, et al.            :
                                    :
                Defendants.         :
                                    :
------------------------------------x

**<u>Honeywell International Inc.'s Statement Pursuant to Federal Rule 7.1</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant Honeywell International Inc. ("Honeywell") in the above-captioned matter certifies that Honeywell is the corporate parent, and that there are no publicly held corporation(s) (domestic or foreign) that own 10% or more of Honeywell stock.

Dated: New York, New York
       July 17, 2008

                                            McDERMOTT WILL & EMERY LLP

                                            By:_____
                                               Donald R. Pugliese (DRP 9756)
                                               Meishin Yueh (MY 7554)

                                            340 Madison Avenue
                                            New York, New York 10173
                                            Tel: 212.547.5400
                                            Fax: 212.547.5444