# THE GILBERT FIRM, LLC

ATTORNEYS AT LAW
325 EAST 57TH STREET
NEW YORK, NEW YORK 10022

———

TELEPHONE (212) 286-8503
FACSIMILE (212) 286-8522

DIRECT DIAL: 212-286-8524
EMAIL: EGILBERT@GILBERT-FIRM.COM

July 17, 2008

**Via Fax** (212)-805-7920
Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthoues
500 Pearl Street, Room 1620
New York, NY 10007

RE:  **Ernesto Miranda v. Northrop Grumman Corp. et al.
08 civ 5491;
08 civ 5509**

Honorable Madam:

This office represents Defendant Northrop Grumman Systems Corp. in the above referenced asbestos matter. We write to request adjournment of the conference scheduled for July 21, 2008 at 4:30pm.

This case was removed from New York Supreme Court based on Federal question jurisdiction by Northrop Grumman Corp because plaintiff's allegations are based upon alleged asbestos exposure from military aircraft while during plaintiff's service in the United States Air Force Reserves.

Contemporaneous with Northrop Grumman's removal, defendant Lockheed Martin also removed this same State Court matter to the Southern District of New York and was given a different civil case number. (08 civ 5509) however, it relates to the same State Court asbestos action as this (08 civ 5491).

With Northrop Grumman's removal this office also filed a request to transfer to the matter Multi District Litigation (MDL).

We have confirmed with the Deputy Clerk of the Judicial Panel for the MDL that on July 8, 2008 this matter was placed in the MDL 875 system and will be a part of Conditional Transfer Order # 312 (CTO) however, that Order has not yet been issued.

Accordingly, as this matter has been accepted into the MDL 875 we write to request that this Court adjourn the conference in this matter pending issuance of CTO 312.

Respectfully Submitted,
The Gilbert Firm, LLC

Elisa T. Gilbert

Cc:     **Theresa Denise Deputy of the Judicial Panel MDL**
        **(212)-502-2888**