UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ERNESTO MIRANDA AND DIANA            :
MIRANDA,                             :
                                     :
                    Plaintiffs,      :
                                     :     **08-CV-5491 (SAS) (JCF)**
         - against -                 :
                                     :     **NOTICE OF APPEARANCE**
ABEX CORPORATION,et al.,             :
                                     :
                    Defendants.      :
                                     :
                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PLEASE TAKE NOTICE THAT the law firm of Bryan Cave LLP hereby appears as

counsel of record on behalf of Defendant Nasco Aircraft Brake, Inc., erroneously named as

Nasco Air Brakes, Inc.  I certify that I am registered for Electronic Case Filing.

Dated: New York, New York
         July 17, 2008                    BRYAN CAVE LLP


                                          By: /s/ Christopher R. Strianese
                                              Christopher R. Strianese
                                              (christopher.strianese@bryancave.com)
                                              1290 Avenue of the Americas
                                              New York, New York 10019
                                              212-541-2000

                                          *Attorneys for Defendant*
                                          *Nasco Aircraft Brake, Inc.*