UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERNESTO AND DIANA MIRANDA,

                Plaintiffs,

                **NOTICE OF APPEARANCE**

- against -

                Civil Action No. 08 Civ. 5491 (SAS)

ABEX CORP., *et al.*,

                Defendants.

---

    **PLEASE TAKE NOTICE,** that Patrick J. Timmins, Esq., enters an appearance in the above-captioned matter for the Plaintiffs, Ernesto and Diana Miranda, and requests that all papers be served upon him.

DATED: July 21, 2008

                LEVY PHILLIPS & KONIGSBERG, LLP

                By: *[signature]*
                PATRICK J. TIMMINS, ESQ. ( PT 3715)
                800 Third Avenue
                New York, NY 10022
                212 605 6200
                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Patrick J. Timmins, a member of this Court, hereby certify that on this 21st day of July, 2008 I caused a true and correct copy of the Notice of Appearance of Patrick J. Timmins, Esq. to be served electronically on all counsel of record in this matter.

*/s/ Patrick J. Timmins*
Patrick J. Timmins

{00123353.DOC}