UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| ERNESTO and DIANA MIRANDA, | 08 CV 5491 (SACS) (JCF) |
| Plaintiffs, | RULE 7.1 DISCLOSURE |
| -against- | STATEMENT |
| ABEX CORPORATION, et al. | |
| Defendants | |

------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Local Courts of the U.S. District Court for the Southern District of New York, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Hewlett Packard certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publically held: None

Dated: Mineola, New York
      July 22, 2008

GALLAGHER, WALKER, BIANCO
& PLASTARAS

_____
DOMINIC P. BIANCO
Attorneys for Defendant
HEWLETT PACKARD
98 Willis Avenue
Mineola, New York
516.248.2002

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK)
                                        ss.:
COUNTY OF NASSAU)

I, **Judi Lawrence**, being sworn, say: I am not a party to the action, am over 18 years of age and reside at Westbury, New York.

On the 22nd day of July, 2008, I served the within **RULE 7.1 DISCLOSURE STATEMENT dated July 22, 2008** by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

SEE ATTACHED RIDER

_____
Judi Lawrence

Sworn to before me this
22nd day of July 2008

_____
Notary Public
DOMINIC P. BIANCO
Notary Public, State of New York
No. 02BI6048707
Qualified in Nassau County
Commission Expires 10/2/2010

## ERNESTO MIRANDA SERVICE LIST

AARONSON, RAPPAPORT, FEINSTEIN & DEUTSCH, LLP
Mark Feinstein, Esq.
757 Third Avenue
New York, NY 10017

AHMUTY, DEMERS & MCMANUS
Frank A. Cecere, Esq.
200 I.U. Willets Road
Albertson, New York 11507

BARRY, MCTIERNAN & MOORE
Suzanne Halbardier, Esq.
Two Rector Street, 14th Fl.
New York, NY 10006

BIVONA & COHEN, P.C.
Andrew Sapon, Esq.
Wall Street Plaza
88 Pine Street
New York, NY 10005-1886

BRYAN CAVE LLP
James M. Altman, Esq.
David Bloomberg, Esq.
Christopher R. Strianese, Esq.
1290 Avenue of the Americas
New York, New York 10104-3300
212.541.1413

CLEMENTE, MUELLER & TOBIA, P.A.
William Mueller, Esq..
P.O. Box 1296
Morristown, NJ 07962

CULLEN & DYKMAN, LLP
John J. Fanning, Esq.
177 Montague Street
Brooklyn, NY 11201

EDWARDS & ANGELL, LLP
Andrew P. Fishkin, Esq.
750 Lexington Avenue
New York, NY 10022

LAW OFFICES OF DAVID L. FERSTENDIG
David Ferstendig, Esq.
292 Madison Avenue, 22nd Floor
New York, New York 10017

GIBBONS, P.C.
Robert D. Brown, Jr.
One Gateway Center
Newark, New Jersey 07102-5310

GILBERT & GILBERT, LLC
Elisa T. Gilbert, Esq.
325 East 57th Street
New York, New York 10022

GOODWIN PROCTER, LLP
Christopher J. Garvey
599 Lexington Avenue
New York, New York 10022
212.813.8800

HARRIS, BEACH, LLP
Cynthia W. Antonucci, Esq.
100 Wall Street
New York, NY 10005

HOLLAND & KNIGHT LLP
Richard A. Menchini
Lindsay H. Tasher
195 Broadway
New York, New York 10007
212.513.3200

Steven L. Keats
131 Mineola Blvd.
Mineola, New York 11501

KIRKPATRICK & LOCKHART NICHOLSON GRAHAM, LLP
Mike Waller, Esq.
One Newark Center, 10th Fl.
Newark, NJ 07102

CHRISTOPHER S. KOZAK, ESQ.
One Gateway Center - Suite 400
Newark, NJ 07102

LANDMAN, CORSI, BALLAINE & FORD
Daniel Moretti, Esq.
120 Broadway, 27th Fl.
New York, NY 10271

LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO
Frank Quinn, Esq.
420 Lexington Avenue,
Suite 2900 Graybar Bldg.
New York, NY 10170
LEVY PHILLIPS & KONIGSBERG, L.L.P. 800 THIRD AVENUE, 13TH FLOOR
Robert I. Komitor, Esq.
New York, NY 10022

LYNCH DASKAL EMERY, LLP
264 West 40th Street
New York, New York 10018

MALABY BRADLEY
William Bradley, Esq.
150 Broadway, Suite 600
New York, New York 10038

MCCARTER & ENGLISH
Richard P. O'Leary
245 Park Avenue, 27th Floor
New York, New York 10167

MCDERMOTT, WILL & EMERY LLP
Donald R. Pugliese, Esq.
340 Madison Avenue
New York, NY 10017

MCELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962

MCGIVNEY & KLUGER, P.C.
Lawrence McGivney, Esq.
80 Broad Street, 23rd Fl.
New York, NY 10004

MCGUIRE WOODS, LLP
Philip Goldstein, Esq.
1345 Avenue of the Americas, 7th Fl.
New York, NY 10105

MCMAHON, MARTINE & GALLAGHER
Laura Hollman, Esq.
90 Broad Street, 14th Floor
New York, NY 10004

PEHLIVANIAN & BRAATEN, L.L.C.
Lisa M. Pascarella, Esq.
Paynter's Ridge Office Park
2430 Route 34
P.O. Box 648
Manasquan, NJ 08736

REED SMITH LLP
Judith Yavitz, Esq.
599 Lexington Avenue
New York, NY 10022

SEDGWICK, DETERT, MORAN & ARNOLD, LLP
Michael A. Tanenbaum, Esq.
Three Gateway Center, 12th Fl.
Newark, NJ 07102

SEGAL, MCCAMBRIDGE SINGER & MAHONEY, LTD.
Madina Axelrod
830 Third Avenue - 4th Floor
New York, New York 10022
212.651.7500

SMITH ABBOT, LLP
James Smith, Esq.
48 Wall Street, Suite 1100
New York NY 10005

SMITH STRATTON WEISS BRENNER
Patrick J. Dwyer, Esq.
2 Research Way
Princeton, NJ 08540

THOMPSON HINE LLP
Joseph Koczko, Esq.
335 Madison Avenue, 12th Floor
New York, NY 10017

WEINER LESNIAK LLP
Anna DiLonardo, Esq.
888 Veterans Memorial Hwy, Suite 540
Hauppauge, NY 11788

WILBRAHIM, LAWLER & BUBA
Bashi Buba, Esq.
1818 Market Street, Suite 3100
Philadelphia, PA 19103

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
Julie Evans, Esq.
Attorneys for Defendant
150 East 42nd Street
New York, New York 10017