UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNESTO and DIANA MIRANDA,<br><br>    Plaintiffs,<br><br>  v.<br><br>ABEX CORPORATION f/k/a American Brake Shoe Company, et al.,<br><br>    Defendants. | x  Civil Action No.: 08-CV-05491-SAS<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>x |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that attorney Samantha Burd, Esq. hereby enters her appearance as counsel for defendant Metropolitan Transportation Authority ("MTA") in the above-entitled case. The Court and counsel are requested to serve the undersigned with all pleadings, correspondences and notices.

Respectfully submitted,

*Samantha M Burd*
Samantha M. Burd, Esq.
LANDMAN CORSI BALLAINE & FORD P.C.
One Gateway Center, 4th Floor
Newark, NJ 07102
Attorneys for Defendant
Metropolitan Transportation Authority

DATE: July 28, 2008

439988.1 DocsNJ