Segal McCambridge Singer & Mahoney, Ltd.
830 Third Avenue Ste 400
New York, NY 10022
(212) 651-7500
Attorneys for Defendant
Flowserve Corporation as successor in interest to
Durametallic Corporation

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X
ERNESTO and DIANE MIRANDA,

                Plaintiffs,

v.

ABEX CORPORATION f/k/a American
Brake Show Company, et al.,

                Defendants.
-------------------------------------------------X

Civil Action No. 08-CV-05491-SAS

**NOTICE OF APPEARENCE**

**PLEASE TAKE NOTICE** that Defendant Flowserve Corporation as successor in interest to Durametallic Corporation (hereinafter "Durametallic"), will be appearing in this action through its attorneys Segal McCambridge Singer & Mahoney, Ltd., 830 Third Avenue, Suite 400, New York, New York 10022, and that all papers, notices and orders with regard to the proceedings in this action, which otherwise would be required to be served upon Durametallic, are to be served upon the offices of the undersigned. Please direct all correspondence intended for Durametallic to the offices of the undersigned.

1042712-1

Dated: New York, New York
      August 1, 2008

                                      SEGAL McCAMBRIDGE SINGER &
                                      MAHONEY, LTD.
                                      Attorneys for Defendant,
                                      Flowserve Corporation as successor in
                                      interest to Durametallic Corporation

                                      By: _/s/ M. Axelrod_____
                                          MADINA AXELROD
                                      830 Third Avenue, 4th Floor
                                      New York, NY 10022
                                      (212) 651-7500

TO: All Counsel of Record

1042712-1