**Segal McCambridge Singer & Mahoney, Ltd.**
830 Third Avenue Ste 400
New York, NY 10022
(212) 651-7500
Attorneys for Defendant
Flowserve Corporation as successor in interest to
Durametallic Corporation

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X
ERNESTO and DIANE MIRANDA,

                Plaintiffs,

v.

ABEX CORPORATION f/k/a American
Brake Show Company, et al.,

                Defendants.
-----------------------------------------------------X

Civil Action No. 08-CV-05491-SAS

**FRCP DISCLOSURE STATEMENT PURSUANT TO RULE 7.1**

Defendant Flowserve Corporation as successor in interest to Durametallic Corporation (hereinafter "Durametallic") by its attorneys, Segal McCambridge Singer & Mahoney, Ltd., in compliance with Federal Civil Rule 7.1 for the Untied States District Court for the Southern District of New York states that:

    1) Durametallic is a publicly traded company and does not have a parent corporation.

1042818-1

Dated: New York, New York
       August 1, 2008

                              SEGAL McCAMBRIDGE SINGER &
                              MAHONEY, LTD.
                              Attorneys for Defendant,
                              Flowserve Corporation as successor in
                              interest to Durametallic Corporation

                              By: _/s/ M. Axelrod_____
                                     MADINA AXELROD
                              830 Third Avenue, 4th Floor
                              New York, NY 10022
                              (212) 651-7500

TO: All Counsel of Record

**Segal McCambridge Singer & Mahoney, Ltd.**
830 Third Avenue Ste 400
New York, NY 10022
(212) 651-7500
Flowserve Corporation as
Attorneys for Defendant successor in interest to
Durametallic Corporation

_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X     Civil Action No. 08-CV-05491-SAS
ERNESTO and DIANE MIRANDA,

                Plaintiffs,

     v.                                                                                **AFFIDAVIT OF SERVICE**

ABEX CORPORATION f/k/a American
Brake Show Company, et al.,

                Defendants.
-------------------------------------------------------X

       Madina Axelrod, of full age, being duly sworn according to law, hereby deposes and says:

       1.      I am an attorney-at-law of the State of New York and am a member of the firm of Segal McCambridge Singer & Mahoney, Ltd, attorneys for Flowserve Corporation as successor in interest to Durametallic Corporation, in the above-captioned matter.

       2.      I have, this date, caused a copy of the Notice of Appearance and Disclosure Statement Pursuant to Rule 7.1 to be served via the court's ECF system and regular mail on all counsel of the attached service list.

Dated: New York, New York
August 1, 2008

                         SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.
                         Attorneys for Defendant,
                         Flowserve Corporation as successor in interest to Durametallic Corporation

                         By: _____
                               MADINA AXELROD
                         830 Third Avenue, 4th Floor
                         New York, NY 10022
                         (212) 651-7500

TO: All Counsel of Record