UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
IN RE NEW YORK
ASBESTOS LITIGATION
----------------------------------------------------------x

This Document Relates to:                                    Asbestos Litigation

ERNESTO MIRANDA AND DIANA MIRANDA,                           CV 08-5491 (SAS)

        Plaintiff,

  -against-                                                    RULE 7.1 STATEMENT

ABEX CORPORATION, ET AL.,

        Defendants.
----------------------------------------------------------x

    PURSUANT TO RULE 7.1 OF THE LOCAL RULES OF THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR PARKER HANNIFIN CORPORATION CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY WHICH ARE PUBLICLY HELD.

        **NONE**

Dated: New York, New York
       August 8, 2008

                                      MCCARTER & ENGLISH, LLP

                        By: _/s/ Richard P. O'Leary_
                               Richard P. O'Leary (RPO-2870)
                               Attorneys for Parker Hannifin Corporation
                               245 Park Avenue
                               New York, New York 10167
                               Phone: (212) 609-6800
                               Fax: (212) 609-6921

TO:

LEVY PHILLIPS & KONIGSBERG, L.L.P.
Attorneys for Plaintiffs
800 Third Avenue
New York, New York 10022
Phone: (212) 605-6205

ME1 7615693v.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       )   ss.:
COUNTY OF NEW YORK  )

      Joan Alexis-Jarvis, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York.

      On August 8, 2008, I served a true copy of the annexed Rule 7.1 Statement in the following manner, upon:

> Levy Phillips & Konigsberg, L.L.P.
> Attorneys for Plaintiffs
> 800 Third Avenue
> New York, New York 10022
> (212) 605-6205
>
> All Defense Counsel

by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service, addressed to the address of the addressee(s) indicated below, which has been designated for service by the addressee(s) or, if no such address has been designated, is the last-known address of the addressee(s) listed above.

                                                                          _____
                                                                         Joan Alexis-Jarvis

Sworn to before me this
   day of August, 2008

_____
    Notary Public

RICHARD P. O'LEARY
Notary Public, State Of New York
No. 02OL6082357
Qualified In New York County
Commission Expires ~~October 21, 2008~~
1/2/11

ME1 7615693v.1

Ernesto & Diana Miranda v. Abex Corporation, et al. [including Parker Hannifin Corporation]
USDC SDNY Civil Action No. CV 08-5491 (SAS)

Edward P. Abbot, Esq.
*Smith Abbot, LLP*
48 Wall Street, Suite 1100
New York, NY 10005

Charles McGivney, Esq.
Richard Leff, Esq.
*McGivney & Kluger, P.C.*
80 Broad Street, 23rd Fl
New York, NY 10004

Lisa M. Pascarella, Esq.
*Pehlivanian, Braaten & Pascarella, LLC*
Paynter's Ridge Office Park
2430 Route 34 - P.O. Box 648
Manasquan, NJ 08736

Suzanne M. Halbardier, Esq.
*Barry McTiernan & Moore*
2 Rector Street, 14th Fl
New York, NY 10006

Christian H. Gannon, Esq.
Theodore Eder, Esq.
*Segal, McCambridge, Singer & Mahoney, Ltd.*
830 Third Avenue, Suite 400
New York, NY 10022

Edward Wilbraham, Esq.
*Wilbraham Lawler & Ruba*
140 Broadway, 46th Fl
New York, NY 10005

*Kirkpatrick & Lockhart Preston Gates Ellis*
One Newark Center, 10th Fl
Newark, NJ 07102-5285

Julie Evans, Esq.
*Wilson, Elser, Moskowitz, Edelman & Dicker LLP*
150 East 42nd Street
New York, NY 10017-5639

Anna DiLonardo, Esq.
Weiner Lesniak LLP
888 Veterans Memorial Highway
Hauppauge, NY 11788

Richard A. Menchini, Esq.
*Holland & Knight LLP*
195 Broadway, 24th Fl
New York, NY 10007-3189

Nancy McDonald, Esq.
*McElroy, Deutsch, Mulvaney & Carpenter, LLP*
1300 Mont Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075

Judith Yavitz, Esq.
*Reed Smith, LLP*
599 Lexington Avenue, 29th Fl
New York, NY 10022

Andrew P. Fishkin, Esq.
*Edwards, Angell, Palmer & Dodge, LLP*
750 Lexington Avenue
New York, NY 10022-1200

William F. Mueller, Esq.
*Clemente Mueller, P.A.*
218 Ridgedale Avenue
P.O. Box 1296
Morristown, NJ 07962-1296

Ernesto & Diana Miranda v. Abex Corporation, et al. [including Parker Hannifin Corporation]
USDC SDNY Civil Action No. CV 08-5491 (SAS)

Laura Holtman, Esq.
*McMahon, Martine & Gallagher*
90 Broad Street, 14th Fl
New York, NY 10004

William Bradley, Esq.
*Malaby & Bradley, LLC*
150 Broadway, Suite 600
New York, NY 10038

Andrew Sapon, Esq.
*Bivona and Cohen, PC*
Wall Street Plaza, 25th Fl
88 Pine Street
New York, NY 10005-1886

Michael Tanenbaum, Esq.
*Sedgwick, Detert, Moran & Arnold*
Three Gateway Center, 12th Fl
Newark, NJ 07102

Nancy L. Pennie, Esq.
*Aaronson, Rappaport, Feinstein & Deutsch, LLP*
757 Third Avenue
New York, NY 10017

Scott R. Emery, Esq.
*Lynch Daskal Emery LLP*
264 West 40th Street
New York, NY 10018

Joel Pierce, Esq.
*Pierce, Davis & Perritano, LLP*
10 Winthrop Square
Boston, MA 02110

John J. Fanning, Esq.
*Cullen & Dykman Bleakley Platt, LLP*
177 Montague Street
Brooklyn, NY 11201

Christopher J. Garvey, Esq.
*Goodwin Procter LLP*
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

Dominic P. Bianco, Esq.
*Gallagher, Walker, Bianco & Plastaras*
98 Willis Avenue
Mineola, NY 11501

Donald P. Pugliese, Esq.
*McDermott, Will & Emery, LLP*
340 Madison Avenue
New York, NY 10017

Abbie Fuchs, Esq.
*Harris Beach, PLLC*
100 Wall Street
New York, NY 10005

Philip J. O'Rourke, Esq.
*McGivney & Kluger, P.C.*
80 Broad Street, 23rd Fl
New York, NY 10004

Christopher S. Kozak, Esq.
*Landman Corsi Ballaine & Ford P.C.*
One Gateway Center, 4th Fl
Newark, NJ 07102-5311

Ernesto & Diana Miranda v. Abex Corporation, et al. [including Parker Hannifin Corporation]
USDC SDNY Civil Action No. CV 08-5491 (SAS)

Steven L. Keats, Esq.
*Keats & Shapiro*
131 Mineola Boulevard, Suite 10
Mineola, NY 11501

James M. Altmas, Esq.
*Bryan Cave, LLP*
1290 Avenue of the Americas
New York, NY 10104-3300

Elisa T. Gilbert, Esq.
*Gilbert & Gilbert, LLC*
325 East 57th Street
New York, NY 10022

Daniel S. Moretti, Esq.
*Landman Corsi Ballaine & Ford, PC*
120 Broadway, 27th Fl
New York, NY 10271

Kenneth J. Kelly, Esq.
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, NY 10177-1211

Genevieve MacSteel, Esq.
*McGuire Woods, LLP*
1345 Avenue of the Americas, 7th Fl
New York, NY 10105-0106

Timothy J. McHugh, Esq.
*Lavin, O'Neil, Ricci, Cedrone & Disipio*
420 Lexington Avenue
Graybar Building, Suite 2900
New York, NY 10170

*Levy Phillips & Konigsberg, LLP*
800 Third Avenue
New York, NY 10022

Richard P. O'Leary, Esq.
*McCarter & English, LLP*
245 Park Avenue
New York, NY 10157