UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNESTO and DIANA MIRANDA,<br><br>                Plaintiffs,<br><br>            - against -<br><br>ABEX CORPORATION, *et al.*,<br><br>                Defendants. | 08 CV 5491 (SAS)<br><br>**RULE 7.1 STATEMENT** |

      Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Lear Siegler Services, Inc., (a non-governmental corporate party) certifies that Lear Siegler Services, Inc.'s parent corporation, URS Inc., is a publicly held corporation that owns more than ten percent of Lear Siegler Services, Inc.'s stock.

Dated: New York, New York
       August 14, 2008

                                            Respectfully submitted,

                                            BRACEWELL & GIULIANI LLP
                                            1177 Avenue of the Americas/19th Floor
                                            New York, New York 10036-2714
                                            Telephone:   (212) 508-6100
                                            Facsimile:    (212) 508-6101

                                                  /s/ Daniel S. Meyers
                                            Daniel S. Meyers (DM-6704)
                                            1177 Avenue of the Americas
                                            New York, New York 10036
                                            T:  (212) 508-6100
                                            F:  (212) 508-6101

## MIRANDA SERVICE LIST

Mr. Patrick J. Timmins
Levy Phillips & Konigsberg, L.L.P.
800 Third Avenue, 13th Floor
New York, New York 10022
*Attorneys for Plaintiffs
Ernesto and Diana Miranda*

Mr. James Walker Smith
Smith Abbott, L.L.P.
48 Wall Street, Suite 1100
New York, New York 10005
*Attorneys for Abex Corporation
f/k/a American Brake Shoe and Pneumo Abex
Corporation, individually and as successor in
interest to Abex Corporation*

Ms. Suzanne Halbardier
Barry McTiernan & Moore
2 Rector Street, 14th Floor
New York, New York 10006
*Attorneys for American Refractories,
Co., Graybar Electric Company, Inc.,
General Refractories Co. and John Crane,
Inc.*

Mr. David Ferstendig
Law Offices of David L. Ferstendig
292 Madison Avenue, 22nd Floor
New York, New York 10017
*Attorneys for Anchor Packing Company*

Mr. Bashi Buba
Wilbrahim, Lawler & Buba
1818 Market Street, Suite 3100
Philadelphia, Pennsylvania 19103
*Attorneys for Atlas Turner*

Ms. Kerryann M. Cook
McGivney & Kluger P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
*Attorneys for Avocet Enterprises, Inc.,
Courter & Company and Fay Spoffard &
Thorndike of New York, Inc. f/k/a Wolf &
Munier, Inc., Hercules Chemical Company,
Inc., Leslie Controls, Railroad Friction
Products Corp. and Treadwell Corporation*

Ms. Julie Evans
Wilson Elser Moskowitz Edelman
  & Dicker, LLLP
150 East 42nd Street
New York, New York 10017
*Attorneys for A.W. Chesterton Co., Inc.,
Carrier Corporation, General Dynamics,
The Boeing Company and The Boeing
Company sued herein incorrectly as Boeing
Integrated Defense Systems*

Mr. Andrew M. Warshauer
Weiner Lesniak, LLP
888 Veterans Memorial Highway
Suite 540
Hauppauge, New York 11788
*Attorneys for Bondex Incorporated,
Lockheed Martin Corporation and Robert
A. Keasbey Co.*

Ms. Anna DiLonardo
Weiner Lesniak, LLP
888 Veterans Memorial Highway
Suite 540
Hauppauge, New York 11788
*Attorneys for Borg Warner Corporation*

Mr. Richard A. Menchini
Holland & Knight, LLP
195 Broadway, 24th Floor
New York, New York 10007-3189
*Attorneys for Canadian Commercial
Corporation*

Mr. Michael Waller
Kirkpatrick & Lockhart Preston
   Gates Ellis LLP
One Newark Center, Tenth Floor
Newark, New Jersey 07102
*Attorneys for Crane Co., Crane
Pumps & Systems, Inc. and Crain Aerospace
& Electronics*

Ms. Deborah L. Slowata
Ms. Nancy McDonald
McElroy, Deutsch, Mulvaney
  & Carpenter, LLP
P.O. Box 2075
1300 Mount Kemble Avenue
Morristown, New Jersey 07962
*Attorneys for Cuttler Hammer n/k/a Eaton
Electrical, Inc.*

Ms. Judith Yavitz
Reed Smith, LLP
599 Lexington Avenue
New York, New York 10022
*Attorneys for Dana Corporation*

Mr. Andrew P. Fishkin
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, New York 10022
*Attorneys for Dresser Industries, Inc.*

Mr. William Mueller
Clemente Mueller & Tobia, P.A.
P.O. Box 1296
Morristown, New Jersey 07962
*Attorneys for Durabla Manufacturing
Company*

Ms. Laura B. Hollman
McMahon Martine & Gallagher
90 Broad Street, 14th Floor
New York, New York 10004
*Attorneys for Eastern Refractories
Corporation*

Mr. Andrew Sapon
Bivona & Cohen, P.C.
Wallstreet Plaza
88 Pine Street
New York, New York 10005-1886
*Attorneys for Eaton Hydraulics, Inc. and
Enpro Industries, Inc., individually and as
Successor in interest to Menasco, Inc.*

Mr. Paul Grant
Garrison Litigation Management
  Group, Ltd.
120 East Avenue, Suite 101
Rochester, New York 14604-2551
*Attorney for Enpro Industries*

Mr. Erich Gleber
Segal McCambridge Singer & Mahoney
830 Third Avenue, Suite 400
New York, New York 10022
*Attorneys for Flowserve Corporation,
as successor in interest to Durametallic
Corporation and Garlock Sealing
Technologies, LLC*

Mr. Michael Tanenbaum
Sedgwick, Detert, Moran & Arnold LLP
Three Gateway Center, 12th Floor
Newark, New Jersey 07102
*Attorneys for Foster Wheeler Energy Corp.
and General Electric Corporation*

Mr. Ethan Baumfeld
Ms. Nancy L. Pennie
Aaronson Rappaport Feinstein
  & Deutsch, LLP
757 Third Avenue
New York, New York 10017
*Attorneys for General Motors Corporation*

Mr. Scott R. Emery  
Lynch Daskal Emery, LLP  
264 West 40th Street  
New York, New York 10018  
*Attorneys for Georgia Pacific Corporation,*  
*Individually and as successor in interest*  
*To Consolidated Valtee Aircraft Corporation*  
*and Goodyear Tire & Rubber*

Mr. Patrick J. Dwyer  
Smith, Stratton, Wise, Hheher & Brennan  
83 Maiden Lane – Penthouse  
New York, New York 10038  
*Attorneys for Goodrich Corporation*  
*f/k/a B.F. Goodrich Company*

Mr. John Fanning  
Cullen & Dykman LLP  
177 Montague Street  
Brooklyn, New York 11201  
*Attorneys for Gould Pumps, Inc.*

Mr. Christopher J. Garvey  
Goodwin Procter LLP  
The New York Times Building  
620 Eighth Avenue  
New York, New York 10018-1405  
*Attorneys for Henkel Corporation*

Mr. Dominic Bianco  
Gallagher, Walker, Bianco & Plastaras  
98 Willis Avenue  
Mineola, New York 11501  
*Attorneys for Hewlett Packard Company*

Ms. Lisa A. Linsky  
Mr. Donald R. Pugliese  
McDermott, Will & Emery, LLP  
340 Madison Avenue  
New York, New York 10173  
*Attorneys for Honeywell International, Inc.*  
*f/k/a Allied Signal, Inc., successor in*  
*interest to Bendix Corporation*

Ms. Lisa M. Pascarella  
Pehlivan, Braaten & Pascarella, L.L.C.  
Partner's Ridge Office Park  
2430 Route 34  
Manasquan, New Jersey 08736  
*Attorneys for Ingersoll-Rand Company*  
*and American Refractories, Inc.*

Mr. Robert C. Malaby  
Malaby & Bradley, LLC  
150 Broadway, Suite 600  
New York, New York 10038  
*Attorneys for JH France*

Ms. Abbie Eliasberg Fuchs  
Harris Beach, PLLC  
100 Wall Street, 23rd Floor  
New York, New York 10005  
*Attorneys for Kentile Floors, Inc.*

Mr. Philip J. O'Rourke  
McGivney & Kluger, P.C.  
80 Broad Street, Suite 2300  
New York, New York 10004  
*Co-counsel for Kentile Floors, Inc.*

Mr. Christopher S. Kozak  
Landman Corsi Ballaine & Ford P.C.  
One Gateway Center, Fourth Floor  
Newark, New Jersey 07102  
*Attorneys for Metropolitan Transit*  
*Authority*

Mr. Steven L. Keats  
131 Mineola Boulevard  
Mineola, New York 11501  
*Attorneys for Munaco Packing & Rubber Co.*

Mr. James M. Altman  
Mr. David Bloomberg  
Mr. Christopher R. Strianese  
Bryan Cave LLP  
1290 Avenue of the Americas  
New York, New York 10104-3300  
*Attorneys for Nasco Aircraft Brake, Inc.*  
Ms. Elisa T. Gilbert

The Gilbert Firm, LLC
325 East 57th Street
New York, New York 10022
*Attorneys for Northrop Grumman
Corporation (Northrop Grumman Systems
Corporation, erroneously named as Northrop
Gruman Corp.)*

Mr. Arthur Bromberg
Weiner Lesniak LLP
629 Parsippany Road
Parsippany, New Jersey 07054
*Attorneys for Old Orchard Industrial
Corporation, individually and as
successor to Vapor Corporation*

Mr. Richard P. O'Leary
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, New York 10167
*Attorneys for Parker Hannifin Corporation*

Mr. Timothy J. McHugh
Lavin O'Neil Ricci Cedrone & Disipio
420 Lexington Avenue, Suite 2900
New York, New York 10170
*Attorneys for Pratt & Whitney &
United Technologies Corporation,
individually and as success in interest
to United Aircraft Corporation United
Technology Building and 3M Company
f/k/a Minnesota Mining & Manufacturing*

Mr. Mark S. Landman
Landman Corsi Ballaine & Ford, P.C.
120 Broadway, 27th Floor
New York, New York 10271-0079
*Attorneys for Sequoia Ventures, Inc.
f/k/a Bechtel Corporation*

Mr. Kenneth J. Kelly
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177-1211
*Attorneys for Wayne Wire Cloth Products,
Inc. and Grimes Aerospace Company,
individually and as successor in interest to
Midland-Ross Corporation*

Ms. Genevieve MacSteel
Mr. Robert Brooks-Rigolosi
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10022
*Attorneys for Westinghouse Air Brake Co.*