AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

## APPEARANCE

Case Number:  08-cv-05491-SAS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Lear Siegler Services, Inc,

I certify that I am admitted to practice in this court.

| 8/14/2008 | | |
|---|---|---|
| Date | Signature | |
| | Daniel S. Meyers | DM-6704 |
| | Print Name | Bar Number |
| | 1177 Avenue of the Americas | |
| | Address | |
| New York | NY | 10036-2714 |
| City | State | Zip Code |
| (212) 508-6107 | (212) 508-6101 | |
| Phone Number | Fax Number | |