LEVY, PHILLIPS & KONIGSBERG, LLP
ATTORNEYS AT LAW
800 THIRD AVENUE
NEW YORK, N. Y. 10022

(212) 605-6200
FAX: (212) 605-6290
E-MAIL: lpk@lpklaw.com

NEW JERSEY OFFICE
QUAKERBRIDGE EXECUTIVE CENTER
101 GROVERS MILL ROAD
LAWRENCEVILLE, NJ 08648
TELEPHONE: (609) 720-0400
FAX: (609) 720-0457

Writer's Direct E-Mail:
ptimmins@lpklaw.com

GOSHEN OFFICE
42 PARK PLACE
GOSHEN, NEW YORK 10924
TELEPHONE: (845) 294-2002

August 15, 2008

Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
Room 615
New York, NY 10007

Re  *Ernesto and Diana Miranda v. Abex Corp., et al*
NYCAL 08-CV-4231
LPK File No. 08-0002

Dear Judge Scheindlin:

Attached please find four Stipulations to Remand and a Proposed Order for Remand of the above-mentioned case to New York State Supreme Court, November 2008, NYCAL Cluster (Index No.: 08-104346).

I have attached signed Stipulations for the four co-defendants who timely filed the removal/joinder notices of this case to the Southern District of New York, under 08-CV-5491. With their consent to Remand, federal subject matter jurisdiction is extinguished.

I am noticing this letter and Proposed Order to all known and remaining defendants.

Respectfully,

Patrick Timmins,
Levy Phillips & Konigsberg

Attachments

00125464.WPD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

ERNESTO and DIANA MIRANDA,                    :     Docket No: 08-civ-5491

                Plaintiffs,               :

      - against-                             :     **STIPULATION AND
                                                            ORDER OF REMAND**

NORTHROP GRUMMAN SYSTEMS            :
CORP., et al
                                                      :
                Defendants.
                                                      :

                                                      :

------------------------------------------------------------ X

      WHEREAS, Defendant Northrop Grumman Systems Corp. has removed this action; and

      WHEREAS, Northrop Grumman Systems Corp. has now agreed that this action shall be remanded to the State Court where it was originally filed within the NYCAL 2008 November Cluster under Index No. 08-104346; and

      NOW THEREFORE, it is hereby stipulated and agreed between plaintiffs and Northrop Grumman Systems Corp. that this action shall be remanded to the State Court where it was originally filed.

| LEVY PHILLIPS & KONIGSBERG, LLP | THE GILBERT FIRM, LLC |
|---|---|
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Northrop Grumman Systems Corp.* |
| Patrick Timmins, Esq. | Elisa T. Gilbert, Esq. |
| 800 Third Avenue, 13th Floor | 325 East 57th Street |
| New York, New York 10022 | New York, New York 10022 |
| (212) 605-6200 | (212) 286-8503 |
| Dated: | Dated: |

SO ORDERED this _____ day of _____ 2008

_____
Judge Shira A. Scheindlin

00124758.WPD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X

| | | |
|---|---|---|
| ERNESTO and DIANA MIRANDA, | : | Docket No: 08-civ-5491 |
| Plaintiffs, | : | |
| - against- | : | **STIPULATION AND ORDER OF REMAND** |
| LOCKHEED MARTIN CORPORATION, et al. | : | |
| Defendants. | : | |

------------------------------------------------- X

WHEREAS, Defendant Lockheed Martin Corporation has removed this action; and

WHEREAS, Lockheed Martin Corporation has now agreed that this action shall be remanded to the State Court where it was originally filed within the NYCAL 2008 November Cluster under Index No. 08-104346; and

NOW THEREFORE, it is hereby stipulated and agreed between plaintiffs and Lockheed Martin Corporation that this action shall be remanded to the State Court where it was originally filed.

| | |
|---|---|
| LEVY PHILLIPS & KONIGSBERG, LLP<br>*Attorneys for Plaintiffs*<br><br>_/s/ Patrick Timmins_<br>Patrick Timmins, Esq.<br>800 Third Avenue, 13th Floor<br>New York, New York 10022<br>(212) 605-6200 | WEINER LESNIAK LLP<br>*Attorneys for Lockheed Martin Corporation*<br><br>_/s/ Arthur Bromberg_<br>Arthur Bromberg, Esq.<br>629 Parsippany Road<br>Parsippany, NJ 07054<br>(631) 232-6130 |
| Dated: | Dated: |

SO ORDERED this _____ day of _____ 2008

_____
Judge Shira A. Scheindlin

00124750.WPD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

ERNESTO and DIANA MIRANDA,          :       Docket No: 08-civ-5491

              Plaintiffs,              :

      - against-                    :       **STIPULATION AND
                                                ORDER OF REMAND**

GENERAL DYNAMICS CORPORATION, :
et al.
              Defendants.             :

                                     :

                                     :

------------------------------X

      WHEREAS, Defendant General Dynamics Corporation has removed this action; and

      WHEREAS, General Dynamics Corporation has now agreed that this action shall be remanded to the State Court where it was originally filed within the NYCAL 2008 November Cluster under Index No. 08-104346; and

      NOW THEREFORE, it is hereby stipulated and agreed between plaintiffs and General Dynamics that this action shall be remanded to the State Court where it was originally filed.

LEVY PHILLIPS & KONIGSBERG, LLP      WILSON ELSER MOSKOWITZ
*Attorneys for Plaintiffs*                            EDELMAN & DICKER, LLP
                                                        *Attorneys for General Dynamics Corporation*

Patrick Timmins, Esq.                              Erik DiMarco, Esq.
800 Third Avenue, 13th Floor                 150 East 42nd Street
New York, New York 10022                       New York, New York 10017
(212) 605-6200

                                                        Dated:

Dated:

SO ORDERED this _____ day of _____ 2008

_____
     Judge Shira A. Scheindlin

00124740.WPD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X

ERNESTO and DIANA MIRANDA, : Docket No: 08-civ-5491

                Plaintiffs, :

    - against- : **STIPULATION AND**
                                    **ORDER OF REMAND**

THE BOEING COMPANY, :
BOEING INTEGRATED DEFENSE
SYSTEMS, et al :

                Defendants. :

                                   :
------------------------------------------------ X

      WHEREAS, Defendant The Boeing Company & Boeing Integrated Defense Systems have removed this action; and

      WHEREAS, The Boeing Company & Boeing Integrated Defense Systems have now agreed that this action shall be remanded to the State Court where it was originally filed within the NYCAL 2008 November Cluster under Index No. 08-104346; and

      NOW THEREFORE, it is hereby stipulated and agreed between plaintiffs and The Boeing Company & Boeing Integrated Defense Systems that this action shall be remanded to the State Court where it was originally filed.

| LEVY PHILLIPS & KONIGSBERG, LLP | WILSON ELSER MOSKOWITZ |
| *Attorneys for Plaintiffs* | EDELMAN & DICKER, LLP |
| | *Attorneys for The Boeing Company & Boeing Integrated Defense Systems* |
| *[signature]* | *[signature]* |
| Patrick Timmins, Esq. | Joseph D'Avanzo, Esq. |
| 800 Third Avenue, 13th Floor | 3 Gannett Drive |
| New York, New York 10022 | White Plains, New York 10604 Dated: |
| (212) 605-6200 | (914) 323-7001 |

SO ORDERED this _____ day of _____ 2008

_____
Judge Shira A. Scheindlin

00124754.WPD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

| | | |
|---|---|---|
| ERNESTO and DIANA MIRANDA, | : | Docket No: 08-civ-5491 |
| Plaintiffs, | : | |
| - against- | : | **[PROPOSED] ORDER** |
| LOCKHEED MARTIN CORPORATION, et al. | : | |
| Defendants. | : | |
| | : | |
| | : | |

------------------------------X

    Upon review of the stipulations and agreements to Remand this case to New York State Supreme Court, between Plaintiffs and Defendants, Lockheed Martin Corp; The Boeing Company & Boeing Integrated Defense System; Northrop Grumman Systems Corporation and General Dynamics Corporation

    **It is ORDERED** that this case, Civil Action No. 08-civ-5491 be remanded to the New York State Supreme Court where it was originally filed within the NYCAL 2008 November Cluster, under Index No. 08-104346.

    So ORDERED this _____ day of _____, 2008.

 

_____
Hon. Shira A. Scheindlin

00125468.WPD