UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNESTO and DIANA MIRANDA,<br><br>Plaintiffs,<br><br>- against -<br><br>ABEX CORPORATION, *et al.*,<br><br>Defendants. | 08 CV 5491 (SAS)<br><br>**CERTIFICATE OF SERVICE** |

DANIEL S. MEYERS declares, under penalty of perjury:

1. I am an employee of Bracewell & Giuliani LLP, 1177 Avenue of the Americas, 19th Floor, New York, New York 10036-2714; I am not a party to this action; and I am over 18 years of age.

2. On August 14, 2008, I caused true and correct copies of (a) Answer to Standard Complaint No. 1 and Plaintiffs' Complaint, dated August 14, 2008; and (b) Rule 7.1 Statement, dated August 14, 2008, both of behalf of defendant Lear Siegler Services, Inc. in the above-captioned matter, to be served on Plaintiffs' counsel and all defendants who have answered in this cause, as reflected in the attached letter, dated August 14, 2008, and attached Service List.

Dated: New York, New York
       August 18, 2008

_____
Daniel S. Meyers

## BRACEWELL & GIULIANI

| | |
|---|---|
| Texas<br>New York<br>Washington, DC<br>Connecticut<br>Dubai<br>Kazakhstan<br>London | Annalyn G. Smith<br>Partner<br><br>210.299.3472 Office<br>210.299.0125 Fax<br><br>annalyn.smith@bgllp.com<br><br>Bracewell & Giuliani LLP<br>106 S. St. Mary's Street<br>Suite 800<br>San Antonio, Texas<br>78205-3603 |

August 14, 2008

Mr. Patrick J. Timmins
Levy Phillips & Konigsberg, L.L.P.
800 Third Avenue, 13th Floor
New York, New York 10022

Re: 08 CV 5491 (SAS); *Ernesto and Diana Miranda v. Abex Corporation, et al.*;
United States District Court; Southern District of New York

Dear Mr. Timmins:

Enclosed are file-stamped copies of the Rule 7.1 Statement and Answer to Standard Complaint No. 1 and to Plaintiffs' Complaint, which were electronically filed with the court today concerning the referenced case. You will note in the ECF system that the Answer was filed twice (once regarding the Complaint and again regarding the cross-claims).

Very truly yours,

Bracewell & Giuliani LLP

*Annalyn G. Smith*
Annalyn G. Smith              by sd
                              w/permission

AGS/sd
Enclosures
<u>Certified Mail-Return Receipt Requested</u>

cc/enc:   <u>By U.S. Mail</u>
          *See Attached Service List*

916222.000021
SANANTONIO\806583.1

## MIRANDA SERVICE LIST

Mr. Patrick J. Timmins
Levy Phillips & Konigsberg, L.L.P.
800 Third Avenue, 13th Floor
New York, New York 10022
*Attorneys for Plaintiffs*
*Ernesto and Diana Miranda*

Mr. James Walker Smith
Smith Abbott, L.L.P.
48 Wall Street, Suite 1100
New York, New York 10005
*Attorneys for Abex Corporation*
*f/k/a American Brake Shoe and Pneumo*
*Abex Corporation, individually and as*
*successor in interest to Abex Corporation*

Ms. Suzanne Halbardier
Barry McTiernan & Moore
2 Rector Street, 14th Floor
New York, New York 10006
*Attorneys for American Refractories,*
*Co., Graybar Electric Company, Inc.,*
*General Refractories Co. and John Crane,*
*Inc.*

Mr. David Ferstendig
Law Offices of David L. Ferstendig
292 Madison Avenue, 22nd Floor
New York, New York 10017
*Attorneys for Anchor Packing Company*

Mr. Bashi Buba
Wilbrahim, Lawler & Buba
1818 Market Street, Suite 3100
Philadelphia, Pennsylvania 19103
*Attorneys for Atlas Turner*

Ms. Kerryann M. Cook
McGivney & Kluger P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
*Attorneys for Avocet Enterprises, Inc.,*
*Courter & Company and Fay Spoffard &*
*Thorndike of New York, Inc. f/k/a Wolf &*
*Munier, Inc., Hercules Chemical Company,*
*Inc., Leslie Controls, Railroad Friction*
*Products Corp. and Treadwell Corporation*

Ms. Julie Evans
Wilson Elser Moskowitz Edelman
  & Dicker, LLLP
150 East 42nd Street
New York, New York 10017
*Attorneys for A.W. Chesterton Co., Inc.,*
*Carrier Corporation, General Dynamics,*
*The Boeing Company and The Boeing*
*Company sued herein incorrectly as Boeing*
*Integrated Defense Systems*

Mr. Andrew M. Warshauer
Weiner Lesniak, LLP
888 Veterans Memorial Highway
Suite 540
Hauppauge, New York 11788
*Attorneys for Bondex Incorporated,*
*Lockheed Martin Corporation and Robert*
*A. Keasbey Co.*

Ms. Anna DiLonardo
Weiner Lesniak, LLP
888 Veterans Memorial Highway
Suite 540
Hauppauge, New York 11788
*Attorneys for Borg Warner Corporation*

Mr. Richard A. Menchini
Holland & Knight, LLP
195 Broadway, 24th Floor
New York, New York 10007-3189
*Attorneys for Canadian Commercial*
*Corporation*

Mr. Michael Waller
Kirkpatrick & Lockhart Preston
   Gates Ellis LLP
One Newark Center, Tenth Floor
Newark, New Jersey 07102
*Attorneys for Crane Co., Crane
Pumps & Systems, Inc. and Crain Aerospace
& Electronics*

Ms. Deborah L. Slowata
Ms. Nancy McDonald
McElroy, Deutsch, Mulvaney
   & Carpenter, LLP
P.O. Box 2075
1300 Mount Kemble Avenue
Morristown, New Jersey 07962
*Attorneys for Cuttler Hammer n/k/a Eaton
Electrical, Inc.*

Ms. Judith Yavitz
Reed Smith, LLP
599 Lexington Avenue
New York, New York 10022
*Attorneys for Dana Corporation*

Mr. Andrew P. Fishkin
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, New York 10022
*Attorneys for Dresser Industries, Inc.*

Mr. William Mueller
Clemente Mueller & Tobia, P.A.
P.O. Box 1296
Morristown, New Jersey 07962
*Attorneys for Durabla Manufacturing
Company*

Ms. Laura B. Hollman
McMahon Martine & Gallagher
90 Broad Street, 14th Floor
New York, New York 10004
*Attorneys for Eastern Refractories
Corporation*

Mr. Andrew Sapon
Bivona & Cohen, P.C.
Wallstreet Plaza
88 Pine Street
New York, New York 10005-1886
*Attorneys for Eaton Hydraulics, Inc. and
Enpro Industries, Inc., individually and as
Successor in interest to Menasco, Inc.*

Mr. Paul Grant
Garrison Litigation Management
   Group, Ltd.
120 East Avenue, Suite 101
Rochester, New York 14604-2551
*Attorney for Enpro Industries*

Mr. Erich Gleber
Segal McCambridge Singer & Mahoney
830 Third Avenue, Suite 400
New York, New York 10022
*Attorneys for Flowserve Corporation,
as successor in interest to Durametallic
Corporation and Garlock Sealing
Technologies, LLC*

Mr. Michael Tanenbaum
Sedgwick, Detert, Moran & Arnold LLP
Three Gateway Center, 12th Floor
Newark, New Jersey 07102
*Attorneys for Foster Wheeler Energy Corp.
and General Electric Corporation*

Mr. Ethan Baumfeld
Ms. Nancy L. Pennie
Aaronson Rappaport Feinstein
   & Deutsch, LLP
757 Third Avenue
New York, New York 10017
*Attorneys for General Motors Corporation*

Mr. Scott R. Emery
Lynch Daskal Emery, LLP
264 West 40th Street
New York, New York 10018
*Attorneys for Georgia Pacific Corporation,
Individually and as successor in interest
To Consolidated Valtee Aircraft
Corporation and Goodyear Tire & Rubber*

Mr. Patrick J. Dwyer
Smith, Stratton, Wise, Hheher & Brennan
83 Maiden Lane – Penthouse
New York, New York 10038
*Attorneys for Goodrich Corporation
f/k/a B.F. Goodrich Company*

Mr. John Fanning
Cullen & Dykman LLP
177 Montague Street
Brooklyn, New York 11201
*Attorneys for Gould Pumps, Inc.*

Mr. Christopher J. Garvey
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
*Attorneys for Henkel Corporation*

Mr. Dominic Bianco
Gallagher, Walker, Bianco & Plastaras
98 Willis Avenue
Mineola, New York 11501
*Attorneys for Hewlett Packard Company*

Ms. Lisa A. Linsky
Mr. Donald R. Pugliese
McDermott, Will & Emery, LLP
340 Madison Avenue
New York, New York 10173
*Attorneys for Honeywell International, Inc.
f/k/a Allied Signal, Inc., successor in
interest to Bendix Corporation*

Ms. Lisa M. Pascarella
Pehlivan, Braaten & Pascarella, L.L.C.
Partner's Ridge Office Park
2430 Route 34
Manasquan, New Jersey 08736
*Attorneys for Ingersoll-Rand Company
and American Refractories, Inc.*

Mr. Robert C. Malaby
Malaby & Bradley, LLC
150 Broadway, Suite 600
New York, New York 10038
*Attorneys for JH France*

Ms. Abbie Eliasberg Fuchs
Harris Beach, PLLC
100 Wall Street, 23rd Floor
New York, New York 10005
*Attorneys for Kentile Floors, Inc.*

Mr. Philip J. O'Rourke
McGivney & Kluger, P.C.
80 Broad Street, Suite 2300
New York, New York 10004
*Co-counsel for Kentile Floors, Inc.*

Mr. Christopher S. Kozak
Landman Corsi Ballaine & Ford P.C.
One Gateway Center, Fourth Floor
Newark, New Jersey 07102
*Attorneys for Metropolitan Transit
Authority*

Mr. Steven L. Keats
131 Mineola Boulevard
Mineola, New York 11501
*Attorneys for Munaco Packing & Rubber
Co.*

Mr. James M. Altman
Mr. David Bloomberg
Mr. Christopher R. Strianese
Bryan Cave LLP
1290 Avenue of the Americas
New York, New York 10104-3300
*Attorneys for Nasco Aircraft Brake, Inc.*

Ms. Elisa T. Gilbert
The Gilbert Firm, LLC
325 East 57th Street
New York, New York 10022
*Attorneys for Northrop Grumman
Corporation (Northrop Grumman Systems
Corporation, erroneously named as
Northrop Gruman Corp.)*

Mr. Arthur Bromberg
Weiner Lesniak LLP
629 Parsippany Road
Parsippany, New Jersey 07054
*Attorneys for Old Orchard Industrial
Corporation, individually and as
successor to Vapor Corporation*

Mr. Richard P. O'Leary
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, New York 10167
*Attorneys for Parker Hannifin Corporation*

Mr. Timothy J. McHugh
Lavin O'Neil Ricci Cedrone & Disipio
420 Lexington Avenue, Suite 2900
New York, New York 10170
*Attorneys for Pratt & Whitney &
United Technologies Corporation,
individually and as success in interest
to United Aircraft Corporation United
Technology Building and 3M Company
f/k/a Minnesota Mining & Manufacturing*

Mr. Mark S. Landman
Landman Corsi Ballaine & Ford, P.C.
120 Broadway, 27th Floor
New York, New York 10271-0079
*Attorneys for Sequoia Ventures, Inc.
f/k/a Bechtel Corporation*

Mr. Kenneth J. Kelly
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177-1211
*Attorneys for Wayne Wire Cloth Products,
Inc. and Grimes Aerospace Company,
individually and as successor in interest to
Midland-Ross Corporation*

Ms. Genevieve MacSteel
Mr. Robert Brooks-Rigolosi
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10022
*Attorneys for Westinghouse Air Brake Co.*