UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
ERNESTO MIRANDA and DIANA MIRANDA,       :
:                    Docket No: 08-CIV-5491
            Plaintiffs,     :
    v.                                   :                    **NOTICE OF APPEARANCE**
:
LOCKHEED MARTIN CORPORATION, et al.,     :
:
            Defendants.    :
:
:
-------------------------------------------------------------- x

PLEASE TAKE NOTICE, that the defendant, GENERAL MOTORS CORPORATION, hereby appears in the above entitled action, and that the undersigned have been retained as attorneys for said defendant. All pleadings, notices, and other papers relating to this matter are to be served upon the offices of the undersigned.

Dated: New York, New York
       August 20, 2008

                                    Yours, etc.,

                                    _____
                                    BY: NANCY L. PENNIE (NLP 5845)
                                    AARONSON RAPPAPORT FEINSTEIN
                                    & DEUTSCH, LLP
                                    Attorneys for Defendant
                                    GENERAL MOTORS CORPORATIN
                                    Office & P.O. Address
                                    757 Third Avenue
                                    New York, New York 10017
                                    Tel.: (212) 593-6700

TO:   LEVY PHILLIPS & KONIGSBERG
      ATT: PATRICK TIMMINS, ESQ.
      Attorneys for Plaintiffs
      800 Third Avenue
      New York, NY 10022
      Tel: 212-605-6200
      Fax: 212-605-6290

      ALL KNOWN DEFENDANTS (See attached Service List)

673418v

## MIRANDA SERVICE LIST
Updated: August 18, 2008

James Walker Smith, Esq.
SMITH ABBOT, L.L.P.
48 Wall Street, Suite 1100
New York, NY 10005
*Attorneys for Abex Corporation f/k/a American Brake Shoe and Pneumo Abex Corporation Individually and as successor in interest to Abex Corporation*
T:   212-981-4501
F:   212-981-4502
jwsmith@smithabbot.com

Suzanne Halbardier, Esq.
BARRY McTIERNAN & MOORE
2 Rector Street, 14th Floor
New York, New York 10006
*Attorneys for American Refractories, Co., Graybar Electric Company, Inc.*
T:   (212) 313-3600
F:   (212) 608-8902
shalbardier@bmmfirm.com

PEHLIVANIAN, BRAATEN &
PASCARELLA, L.L.P.
2430 Route 34
PO BOX 648
Manasquan, NJ 08736
*Attorneys for American Refractories, Inc. and General Cable, Co.*
T: (732)528-8888
lp@pehli.com

Kerryann M. Cook, Esq.
McGIVNEY & KLUGER P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
*Attorneys for Avocet Enterprises, Inc., Courter & Company and Fay Spoffard & Thorndike of New York, Inc. f/k/a Wolf & Munier, Inc., Hercules chemical Company, Inc., Leslie Controls and Treadwell Corporation*   T:   (212) 509-3456
F:   (212) 509-4420
kcook@mcgineyandklguer.com

Joe D'Avanzo, Esq.
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
3 Gannett Drive
White Plains, New York 10604
*Attorneys for The Boeing Company & Boeing Integrated Defense Systems*
T:   (914) 323-7001

Julie Evans, Esq.
Erik DiMarco, Esq.
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, New York 10017
*Attorneys for A.W. Chesterton Co., Inc., Carrier Corporation, General Dynamics*
T:   (212) 490-3000
F:   (212) 490-3038
julie.evans@wilsonelser.com

Erik.Dimarco@wilsonelser.com

00115288.WPD

Andrew M. Warshauer, Esq.
WEINER LESNIAK, LLP
888 Veterans Memorial Highway
Suite 540
Hauppauge, NY 11788
*Attorneys for Bondex Incorporated,*
*Lockheed Martin Corporation and Robert*
*A. Keasbey Co.*
T: (631) 232-6130
F: (631) 232-6184
awarshauer@weinerlesniak.com

Anna DiLonardo, Esq.
WEINER LESNIAK, LLP
888 Veterans Memorial Highway
Suite 540
Hauppauge, NY 11788
*Attorneys for Borg Warner Corporation*
T: (631) 232-6130
4F: (631) 232-6184
adilonardo@weinerlesniak.com

Michael Waller, Esq
KIRKPATRICK & LOCKHART
PRESTON
 GATES ELLIS LLP
One Newark Center, Tenth Floor
Newark, NJ 07102
*Attorneys for Crane Co.*
**CRANE RESISTOFLEX AEROSPACE**
*and Crane Pumps & Systems, Inc. &*
**CRANE AEROSPACE &**
**ELECTRONICS**
T: (973) 848-4000
F: (973) 848-4001
Michael.Waller@klgates.com

Deborah L. Slowata, Esq.
Nancy McDonald, Esq.
MCELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
*Attorneys for Cuttler Hammer n/k/a Eaton*
*Electrical Inc. and Eaton Hydraulic, Inc.*
*f/k/a Vickers Inc.*
T:   (973) 425-8154
F:   (973) 425-0161
nmcdonald@mdmc-law.com

Judith Yavitz, Esq.
Gary Casimir, Esq.
REED SMITH, LLP.
599 Lexington Avenue
New York, N.Y.10022
*Attorneys for Dana Corporation*
T: (212) 205-6093
F: (212) 521-5450
jyavitz@reedsmith.com
gcasimir@reedsmith.com

Andrew P. Fishkin, Esq
EDWARDS & ANGELL, LLP
750 Lexington Avenue
New York, New York 10022
*Attorneys for Dresser Industries, Inc.*
T:    (212) 308-4411
F:    (212) 308-4844

William Mueller, Esq.
CLEMENTE MUELLER
& TOBIA, P.A.
P.O. Box 1296
Morristown, New Jersey 07962
*Attorneys for Durabla Manufacturing*
*Company*
T:    (973) 455-8008
F:    (973) 455-8118
wmueller@cmt-law.com

Erich Gleber, Esq.
SEGAL McCAMBRIDGE
SINGER & MAHONEY, LTD
830 Third Avenue, Suite 400
New York, NY 10022
*Attorneys for Durametalic Corporation and*
*Garlock Sealing Technologies, LLC*
*Anchor Packing Co. and Railroad Friction*
*Products Corp.*
T:    (212) 651-7500
F:    (212) 651-7499

00115288.WPD

Heidi Chang, Esq.
Nicole Wesslemenn, Esq.
McMAHON MARTINE
& GALLAGHER
90 Broad Street, 14th Floor
New York, New York 10004
***Attorneys for Eastern Refractories Corporation***
T:  (212) 747-1230
F:  (212) 747-1239
hchang@mmglawyers.com
nwesselmann@mmglawyers.com


Ethan Baumfeld, Esq. /
Nancy L. Pennie, Esq.
AARONSON RAPPAPORT FEINSTEIN &
DEUTSCH, LLP
757 Third Avenue
New York, NY 10017
***Attorneys for General Motors Corporation & International Business Machines Corporation***
T:  212-593-6700
F:  212-593-6970
nlpennie@arfdlaw.com


Suzanne Halbardier, Esq.
BARRY McTIERNAN & MOORE
2 Rector Street, 14th Floor
New York, New York 10006
***Attorneys for General Refractories, Co. and Atlas Turner, Inc.***
T:  (212) 313-3600
F:  (212) 608-8902
shalbardier@bmmfirm.com


Scott R. Emery, Esq.
LYNCH DASKAL EMERY, LLP
264 West 40th Street
New York, NY 10018
***Attorneys for Georgia Pacific Corporation, Individually and as successor in interest to Consolidated Vultee Aircraft Corporation***
T: (212) 302-2400
F: (212) 302-2210

00115288.WPD

Michael A. Tanenbaum, Esq.
SEDGWICK, DETERT, MORAN &
ARNOLD LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102
***Attorneys for Foster Wheeler Energy Corp., General Electric Corporation***
T: 973-242-0002
F: 973-242-8099
michael.tanenbaum@sdma.com


emery@lawlynch.com


Patrick J. Dwyer, Esq.
SMITH, STRATTON, WISE,
HEHER & BRENNAN
2 Research Way
Princeton, New Jersey 08540
***Attorneys for Goodrich Corporation f/k/a B.F. Goodrich Company***
T: 609-924-6000 (main)
T: 609-734-6186 (direct)
F: 609- 987-6651
dwyer@smithstratton.com


Scott R. Emery, Esq.
LYNCH DASKAL EMERY, LLP
264 West 40th Street
New York, NY 10018
***Attorneys for Goodyear Tire & Rubber***
T:  (212) 302-2400
F: (212) 302-2210
harford@lawlynch.com

John Fanning, Esq.
CULLEN & DYKMAN LLP
177 Montague Street
Brooklyn, New York 11201
*Attorneys for Gould Pumps, Inc.*
T:   (718) 855-9000
F:   (718) 935-1509 or
     (718)-855-4282
jfanning@cullenanddykman.com

Donald R. Pugliese, Esq.
McDERMOTT, WILL
& EMERY, LLP
340 Madison Ave
New York, NY 10173
*Attorneys for Honeywell International Inc.*
*f/k/a Allied Signal, Inc. successor in interest*
*to Bendix Corporation*
T:   (212) 547-5400
D:   212.547.5587
D:   (212) 547-5474
F:   (212) 547-5444
dpugliese@mwe.com

Lisa M. Pascarella, Esq.
PEHLIVAN, BRAATEN & PASCARELLA, L.L.C.
Paytner's Ridge Office Park
2430 Route 34
Manasquan, NJ 08736
*Attorneys for Ingersoll-Rand Company*
T:   (732)528-8888
F:   (732)528-4445
lp@pehli.com

Robert C. Malaby, Esq.
MALABY & BRADLEY, LLC
150 Broadway, Suite 600
New York, New York 10038
*Attorneys for JH France*
T:   (212) 791-0285
F    (212) 791-0286
rcmalaby@mblaw.net

Suzanne Halbardier, Esq.
BARRY McTIERNAN & MOORE
2 Rector Street, 14th Floor
New York, New York 10006
*Attorneys for John Crane, Inc.*
T:   (212) 313-3600
F:   (212) 608-8902
shalbardier@bmmfirm.com

Abbie Eliasberg Fuchs, Esq.
Brian A. Bender, Esq.
HARRIS BEACH, PLLC
100 Wall Street, 23rd Floor
New York, NY 10005
*Attorneys for Kentile Floors, Inc. and The*
*Fairchild Corporation*
T:   (212) 687-0100
F:   (212) 687-0659
afuchs@harrisbeach.com
bbender@harrisbeach.com

Philip J. O'Rourke, Esq.
McGIVNEY & KLUGER, P.C.
80 Broad Street, Suite 2300
New York, New York 10004
*Co - counsel for Kentile Floors*
T:   (212) 509-3456
F:   (212) 509-4420

00115288.WPD

porourke@mcgivneyandkluger.com

Christopher S. Kozak, Esq.
One Gateway Center, Suite 400
Newark, NJ 07102
**Attorneys for Metropolitan Transit Authority**
T:  (973) 623-2700
F:  (973) 623-4496

Steven L. Keats
131 Mineola Boulevard
Mineola, New York 11501
**Attorneys for Munaco Packing & Rubber Co.**
T:  (516) 248-0100
F:  (516) 248-4256
steven@attorney.com

Elisa T. Gilbert, Esq.
GILBERT & GILBERT, LLC
325 East 57th Street
New York, New York 10022
**Attorneys for Northrup Gruman Corporation**
T: (212) 286-8503 (main)
T: (212) 286-8524
F: (212) 286-8522
egilbert@gilbert-and-gilbert.com

Arthur Bromberg
WEINER LESNIAK LLP
629 Parsippany Road
Parsippany, NJ. 07054
**Attorneys for Old Orchard Industrial Corporation, Individually and as successor to Vapor Corporation**
T:  973-403-1100
F:  973-403-0010
abromberg@weinerlesniak.com

Mark S. Landman, Esq.
LANDMAN CORSI BALLAINE
& FORD, P.C.
120 Broadway, 27th Floor
New York, New York 10271-0079
**Attorneys for Sequoia Ventures, Inc. f/k/a as Bechtel Corporation.**
T:  (212) 238-4800
F:  (212) 238-4848

Kenneth J. Kelly
Epstein Becker & Green, PC
250 Park Avenue
New York, NY 10177-1211
**Attorneys for Wayne Wire Cloth Products, Inc. and Grimes Aerospace Company, Individually and as successor in interest to Midland-Ross Corporation**
(212) 351-4500
(212) 661-0989 (Fax)

Genevieve MacSteel, Esq./
Robert Brooks-Rigolosi, Esq.
MCGUIREWOODS
1345 Avenue of the Americas, 7thFloor
New York, New York 10022
**Attorneys for Westinghouse Air Brake Co.**
T:  (212) 548-2100
F:  (212) 715-2303 - Direct
F:  (212) 548-2150
gmacsteel@mcguirewoods.com

00115288.WPD

Timothy J. McHugh, Esq.
LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY
420 Lexington Ave., Suite 290
Graybar Building
New York, New York 10170
*Attorneys for 3M Company f/k/a Minnesota Mining & Manufacturing*
T:  (212) 319-6898
F:  (212) 319-6932
tmchugh@lavin-law.com

Dominic P. Bianco
GALLAGHER, WALKER, BIANCO & PLASTARAS
98 Willis Avenue
Mineola, New York 11501
*Attorneys for Hewlett Packard Company*
Tel (516) 248-2002
Fax (516) 248-2394

Timothy J. McHugh, Esq.
Lavin O'Neil Ricci Cedrone & DiSipio
420 Lexington Avenue
Graybar Building, Suite 2900
New York, NY 10170
*Attorneys for Pratt & Whitney & United Technologies Corporation, Individually and as Successor in Interest to United Aircraft Corporation United Technologies Building*
Tel: (212) 319-6898
Fax: (212) 319-6932

Christopher J. Garvey
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
*Attorneys for Henkel Corporation*
Tel.:(212) 813-8800

Richard P. O"Leary
McCarter & English
245 Park Avenue, 27th Floor
New York, NY 10167
*Attorneys for Parker Hannifin Corporation and Unisys Corporation*
Tel.: 212-609-6812
Fax.: 212-935-1008
roleary@mccarter.com

James M. Altmas, Esq.
David Bloomberg, Esq.
Christopher R. Strianese, Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
*Attorneys for Nasco Air Brakes, Inc. and The Boeing Company*
Phone :(212) 541-2029
Fax (212) 541-1329

James R. Lynch, Esq.
LYNCH DASKAL EMERY, LLP
264 West 40th Street
New York, NY 10018
**Attorneys for DaimlerChrysler**
T:  (212) 302-2400
F:  (212) 302-2210

Thomas J. Maimone, Esq.

MAIMONE & ASSOCIATES PLLC

170 Old Country Road

Mineola, New York 11501

**Attorneys for Mack Trucks, Inc.**

T:  (516) 390-9595

F:  (516) 877-0321

tmaimone@maimonelaw.com

Judith Yavitz, Esq.

Gary Casimir, Esq.

REED SMITH, LLP.
599 Lexington Avenue
New York, N.Y.10022

**Attorneys for Union Carbide**
T: (212) 205-6093
F: (212) 521-5450

jyavitz@reedsmith.com

gcasimir@reedsmith.com

Erich Gleber, Esq.

SEGAL McCAMBRIDGE

SINGER & MAHONEY

830 Third Avenue, Suite 400

New York, NY 10022

*Attorneys for Flowserve as successor-in-interest to Durametallic Corporation and Enpro Industries, Inc, Individually and as successor in interest to Menasco, Inc.*

T:  (212) 651-7500

F:  (212) 651-7499

Philip J. O'Rourke, Esq.

McGIVNEY & KLUGER , P.C.

80 Broad Street, Suite 2300

New York, New York 10004

**Attorneys for Tate Andale Inc,**

**Individually and as Successor -in- interest to CH Wheeler Co. and Flowserve Corporation**

T:  (212) 509-3456

F:  (212) 509-4420

porourke@mcgivneyandkluger.com

Joseph Colao, Esq.

LEADER & BERKON LLP

630 Third Avenue, 17th Floor

New York, New York 10017

**Attorneys for Warren Pumps and IMO INDUSTRIES INC.**

T:  (212) 486-2400

F:  (212) 486-3099

jcolao@leaderberkon.com

Frank Cecere, Esq.

AHMUTY DEMERS & McMANUS

200 I.U. Willets Road

Albertson, New York 11507

**Attorneys for Yuba Heat Transfer, Division of Connell-Limited Partnership**

T:  (516) 294-5433

F:  (516) 294-5387

frank.cecere@admlaw.com

00115288.WPD

William J. Bradley, III, Esq.
MALABY & BRADLEY, LLC
150 Broadway, Suite 600
New York, New York 10038
**Attorneys for CBS CORPORATION, f/k/a Viacom, Inc., successor by merger to CBS Corporation, f/k/a Westinghouse Electric Corporation**
T:   (212) 791-0285
F:   (212) 791-0286
wbradley@mblaw.net


Rob C. Tonogbanua
DICKIE MCCAMEY & CHILCOTE P.C.
20 West Kings Highway, Suite 200
Haddonfield, NJ 08033-2116
*Attorneys for Tyco Flow Control, Inc,*
T: 856-354-0192
F: 856-354-8164
rtonogbanua@dmclaw.com


&


Stephen S. Davie, Esq.
Mackenzie Hughes
101 Douth Salina Street
Syracuse, New York 13221-4967
(315) 474-7571
Fax-315-474-6409
sdavie@mackenziehughes.com


Robert D. Brown, Jr.
Gibbons, PC
One Gateway Center
Newark, NJ 07102-5310
Attorneys for
*Konica Minolta Business Solutions USA Inc.*
(973) 596-4500

Annalyn G. Smith, Esq.
BRACEWELL & GIULIANI, LLP
106 South St. Mary's Street
Suite 800
San Antonio, TX 78205
*Lear Seigler Services, Inc. Individually and as successor in interest to Lear Seigler, Inc.*
T: 210-299-3472
F: 210-299-0125
annalyn.smith@bgllp.com


Paulo R. Lima
Hunton & Williams
200 Park Avenue, 52nd Floor
New York, New York 10166
*Attorneys for Alcoa Inc.*
T: (212) 309-1000
F: (212) 309-1100


**Counsel unknown for the following Defendants:**
**ADEL WIGGINS GROUP;**
**BROTHERS INTERNATIONAL, INC.**
**CFM INTERNATIONAL, INC.**
**EATON AEROQUIP, INC.**
**EPSON AMERICA, INC.**
**GE Aviation Systems, LLC**
**HITCO CARBON & COMPOSITES**
Individually and as successor in interest to Hitco


NEW YORK CITY TRANSIT AUTHORITY;
PARKER AEROSPACE;
PARKER HANNIFIN STRATOFLEX PRODUCTS DIVISION;
RHEACO, INC.;
RICOH AMERICAS CORPORATION;
ROLLS ROYCE CORPORATION,
Individually and as successor in interest to McDonnell Douglas
TEXAS INSTRUMENT INC.

THE ZIPPERTUBING CO.

TRIAD INTERNATIONAL MAINTENANCE CORPORATION

Individually and as successor in interest to Aero Corporation; and

XEROX CORPORATION.

Greensboro, NC 27410

19 West 34th Street, Penthouse Suite

New York, NY 10001

**Corporate addresses for the above named defendants without counsel**

CFM INTERNATIONAL INC.
1 Neuman Way
Cincinnati, OH 45215-0524

GE Aviation Systems, LLC
C/o Corporation Systems
111 Eight Avenue
New York, NY 10011

Hitco Carbon and Composites, Inc.
1600 West 1235th Street
Gardena, CA 90249

Parker Aerospace
14300 Alton PKWY
Irvine CA 92618-1814

Rheaco Inc,.
1801 West Jefferson Street,
Grand Prairie, TX 75501- 1328

Rolls Royce Corporation
Individually and as successor in interest to
Allison Engine Company, Inc,.
c/o Corporation Service company 80 State Street
Albany, NY 12207

Triad International Maintenance Corporation
623 Radar Road

00115288.WPD