**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ERNESTO and DIANE MIRANDA,

        Plaintiffs,

      v.

ABEX CORPORATION f/k/a/ American
Brake Show Company; ALCOA, INC.,
Individually and as Successor in Interest to
Fairchild Fasteners; AMERICAN
REFRACTORIES, INC.; AMERICAN
REFRACTORIES CO.; ANCHOR
PACKING COMPANY; ATLAS TURNER,
INC.; AVOCET ENTERPRISES, INC.;
A.W. CHESTERTON CO., INC.; BONDEX
INCORPORATED; BOEING INTEGRATED
DEFENSE SYSTEMS; BORG WARNER
CORPORATION; CANADIAN
COMMERCIAL CORPORATION;
CARRIER CORPORATION; CFM
INTERNATIONAL, INC.; COURTER &
COMPANY; CRANE AEROSPACE &
ELECTRONICS; CRANE CO.; CRANE
PUMPS & SYSTEMS, INC.; CRANE
RESISTOFLEX AEROSPACE; CUTLER
HAMMER n/k/a Eaton Electrical, Inc.;
DANA CORPORATION; DRESSER
INDUSTRIES, INC.; DURABLA
MANUFCTURING COMPANY;
DURAMETTALIC CORPORATION;
EASTERN REFRACTORIES
CORPORATION; EATON
CORPORATION; EATON HYDRAULICS,
INC.; ENPRO INDUSTRIES, INC.,
Individually and as Successor in Interest to
Menasco Inc.; FAY, SPOFFARD &
THORNDIKE OF NEW YORK, INC. f/k/a/
Wolf & Munier, Inc.; FOSTER WHEELER
ENERGY CORP.; GARLOCK SEALING
TECHNOLOGIES, LLC; GE AVIATION
SYSTEMS LLC; GENERAL DYNAMICS;

Civil Action No. 08-CV-05491-SAS

**MOTION TO ADMIT COUNSEL PRO**
**HAC VICE**

GENERAL ELECTRIC CORPORATION;  )
GENERAL MOTORS CORPORATION;  )
GENERAL REFRACTORIES CO.;  )
GEORGIA PACIFIC CORPORATION  )
Individually and as Successor in Interest  )
to Consolidated Vultee Aircraft  )
Corporation; GOODRICH CORPORATION )
f/k/a/ B.F. Goodrich Company;  )
GOODYEAR TIRE & RUBBER; GOULD  )
PUMPS, INC.; GRABAR ELECTRIC  )
COMPANY, INC.; GRIMES AEROSPACE  )
COMPANY, Individually and as Successor )
in Interest to Midland-Ross Corporation;  )
HENKEL CORPORATION; HERCULES  )
CHEMICAL COMPANY, INC.; HEWLETT  )
PACKARD COMPANY; HITCO CARBON  )
& COMPOSITES Individually and as  )
Successor in Interest to Hitco;  )
HONEYWELL INTERNATIONAL, INC.  )
f/k/a/ Allied Signal, Inc. Successor In  )
Interest to the Bendix Corporation;  )
INGERSOLL-RAND COMPANY; J.H.  )
FRANCE REFRACTORIES, CO.; JOHN  )
CRANE, INC.; KENTILE FLOORS, INC.;  )
LEAR SEIGLER SERVICES, INC.  )
Individually and as Successor in Interest  )
to Lear Seigler, Inc.; LESLIE CONTROLS, )
INC. f/k/a/ Leslie Corporation; LOCKHEED )
MARTIN CORPORATION;  )
METROPOLITAN TRANSPORTATION  )
AUTHORITY; MUNACO PACKING &  )
RUBBER CO.; NASCO AIR BRAKES,  )
INC.; NORTHROP GRUMAN  )
CORPORATION; OLD ORCHARD  )
INDUSTRIAL CORPORATION,  )
Individually and as Successor to Vapor  )
Corporation; PARKER AEROSPACE;  )
PARKER HANNIFIN CORPORATION;  )
PNEUMO ABEX CORPORATION,  )
Individually and as Successor in Interest  )
to Abex Corporation f/k/a/ American Brake )
Shoe; PRATT & WHITNEY; RAILROAD  )
FRICTION PRODUCTS CORP.; RHEACO, )
INC.; ROBERT A. KEASBEY CO.; ROLLS )
ROYCE CORPORATION Individually and  )

- 2 -

as Successor in Interest to Allison Engine  )
Company, Inc.; SEQUOIA VENTURES,  )
INC. f/k/a Bechtel Corporation; THE  )
BOEING COMPANY Individually and as  )
Successor in Interest to McDonnell  )
Douglas; THE FAIRCHILD  )
CORPORATION; TREADWELL  )
CORPORATION; TRIAD  )
INTERNATIONAL MAINTENANCE  )
CORPORATION, Individually and as  )
Successor in Interest to Aero Corporation;  )
UNISYS CORPORATION; UNITED  )
TECHNOLOGIES CORPORATION,  )
Individually and as Successor in Interest  )
to United Aircraft Corporation United  )
Technologies Building; WAYNE WIRE  )
CLOTH PRODUCTS, INC.;  )
WESTINGHOUSE AIR BRAKE CO.; 3M  )
COMPANY f/k/a/ Minnesota Mining &  )
Manufacturing;  )
                                                      )
                        Defendants.        )
                                                      )

     PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District

Courts for the Southern and Eastern Districts of New York, I Patrick Dwyer, Esq. a

member in good standing of the bar of this Court, hereby move for an Order allowing

the admission pro hac vice of:

     Katherine E. Hauck, Esq.
     Smith, Stratton, Wise, Heher & Brennan, LLP
     2 Research Way
     Princeton, NJ 08540
     (609) 924-6000
     (609) 987-6651 (fax)

     Katherine E. Hauck, Esq. is a member in good standing of the Bar of the States
of New Jersey and Pennsylvania.

     There are no pending disciplinary proceedings against Katherine E. Hauck, Esq.
in any State or Federal court.

Dated:    New York, New York
          August 15, 2008

                                    SMITH, STRATTON, WISE, HEHER
                                    & BRENNAN, LLP

                           By:    _____
                                    Patrick J. Dwyer, Esq.
                                    SDNY Bar No. PD-3812
                                    Smith, Stratton, Wise, Heher & Brennan, LLP
                                    100 Park Avenue
                                    Suite 1600
                                    New York, New York 10017
                                    212-768-3878
                                    Attorneys for GOODRICH CORPORATION

TO:  All Counsel of Record

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ERNESTO and DIANE MIRANDA, | Civil Action No. 08-CV-05491-SAS |
| Plaintiffs, |  |
| v. |  |
|  | **AFFIDAVIT OF SERVICE** |
| ABEX CORPORATION f/k/a/ American Brake Show Company; ALCOA, INC., Individually and as Successor in Interest to Fairchild Fasteners; AMERICAN REFRACTORIES, INC.; AMERICAN REFRACTORIES CO.; ANCHOR PACKING COMPANY; ATLAS TURNER, INC.; AVOCET ENTERPRISES, INC.; A.W. CHESTERTON CO., INC.; BONDEX INCORPORATED; BOEING INTEGRATED DEFENSE SYSTEMS; BORG WARNER CORPORATION; CANADIAN COMMERCIAL CORPORATION; CARRIER CORPORATION; CFM INTERNATIONAL, INC.; COURTER & COMPANY; CRANE AEROSPACE & ELECTRONICS; CRANE CO.; CRANE PUMPS & SYSTEMS, INC.; CRANE RESISTOFLEX AEROSPACE; CUTLER HAMMER n/k/a Eaton Electrical, Inc.; DANA CORPORATION; DRESSER INDUSTRIES, INC.; DURABLA MANUFCTURING COMPANY; DURAMETTALIC CORPORATION; EASTERN REFRACTORIES CORPORATION; EATON CORPORATION; EATON HYDRAULICS, INC.; ENPRO INDUSTRIES, INC., Individually and as Successor in Interest to Menasco Inc.; FAY, SPOFFARD & THORNDIKE OF NEW YORK, INC. f/k/a/ Wolf & Munier, Inc.; FOSTER WHEELER ENERGY CORP.; GARLOCK SEALING TECHNOLOGIES, LLC; GE AVIATION SYSTEMS LLC; GENERAL DYNAMICS; |  |

GENERAL ELECTRIC CORPORATION;          )
GENERAL MOTORS CORPORATION;            )
GENERAL REFRACTORIES CO.;              )
GEORGIA PACIFIC CORPORATION            )
Individually and as Successor in Interest to)
Consolidated Vultee Aircraft Corporation;  )
GOODRICH CORPORATION f/k/a/ B.F.        )
Goodrich Company; GOODYEAR TIRE &      )
RUBBER; GOULD PUMPS, INC.;             )
GRABAR ELECTRIC COMPANY, INC.;         )
GRIMES AEROSPACE COMPANY,              )
Individually and as Successor in Interest to)
Midland-Ross Corporation; HENKEL        )
CORPORATION; HERCULES CHEMICAL )
COMPANY, INC.; HEWLETT PACKARD          )
COMPANY; HITCO CARBON &                 )
COMPOSITES Individually and as          )
Successor in Interest to Hitco;          )
HONEYWELL INTERNATIONAL, INC.          ))
f/k/a/ Allied Signal, Inc. Successor In    )
Interest to the Bendix Corporation;       )
INGERSOLL-RAND COMPANY; J.H.            )
FRANCE REFRACTORIES, CO.; JOHN          )
CRANE, INC.; KENTILE FLOORS, INC.;       )
LEAR SEIGLER SERVICES, INC.             )
Individually and as Successor in Interest to)
Lear Seigler, Inc.; LESLIE CONTROLS,      )
INC. f/k/a/ Leslie Corporation; LOCKHEED )
MARTIN CORPORATION;                      )
METROPOLITAN TRANSPORTATION           ))
AUTHORITY; MUNACO PACKING &            ))
RUBBER CO.; NASCO AIR BRAKES,          ))
INC.; NORTHROP GRUMAN                   ))
CORPORATION; OLD ORCHARD               ))
INDUSTRIAL CORPORATION, Individually))
and as Successor to Vapor Corporation;   ))
PARKER AEROSPACE; PARKER               ))
HANNIFIN CORPORATION; PNEUMO
ABEX CORPORATION, Individually and as
Successor in Interest to Abex Corporation
f/k/a/ American Brake Shoe; PRATT &
WHITNEY; RAILROAD FRICTION
PRODUCTS CORP.; RHEACO, INC.;
ROBERT A. KEASBEY CO.; ROLLS
ROYCE CORPORATION Individually and

- 2 -

as Successor in Interest to Allison Engine ))
Company, Inc.; SEQUOIA VENTURES, ))
INC. f/k/a Bechtel Corporation; THE ))
BOEING COMPANY Individually and as ))
Successor in Interest to McDonnell ))
Douglas; THE FAIRCHILD ))
CORPORATION; TREADWELL ))
CORPORATION; TRIAD INTERNATIONAL))
MAINTENANCE CORPORATION, )
Individually and as Successor in Interest to
Aero Corporation; UNISYS
CORPORATION; UNITED
TECHNOLOGIES CORPORATION,
Individually and as Successor in Interest to
United Aircraft Corporation United
Technologies Building; WAYNE WIRE
CLOTH PRODUCTS, INC.;
WESTINGHOUSE AIR BRAKE CO.; 3M )
COMPANY f/k/a/ Minnesota Mining & )
Manufacturing; )
)
            Defendants. )

     Rebecca Garham, being duly sworn, deposes and says:  I am not a party to this

action, am over 18 years of age and on August 18, 2008, I served a true copy of the

annexed **Motion to Admit Counsel Pro Hac Vice** by mailing same in a sealed envelope

with postage pre-paid thereon, in a post-office or official depository of the U.S. Postal

Service upon all counsel on the attached service list.

                                       Rebecca Graham

Sworn to before me this
18th day of  August, 2008.

Notary Public

CHRISTINE A. GILTON
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES MAY 3, 2010

- 3 -

Ernesto and Diana Miranda v. Abex Corp., et al.

Service List

Plaintiffs

Patrick J. Timmins, Esq.
Levy Phillips & Konigsberg, LLP
800 Third Avenue
New York, NY 10022

Defendants

Paul Grant, Esq.                        Enpro Industries, Inc., Individually and as
GARRISON LITIGATION                     successor-in-interest to Coltec Industries,
120 East Avenue, Suite 101              Fairbanks Morse, Engine Division and Quincy
Rochester, NY 14604-2551                Compressor

Timothy J. McHugh, Esq.                 3M Company, f/k/a Minnesota Mining &
LAVIN, O'NEIL, RICCI, CEDRONE           Manufacturing Co. & Otis Elevator Co.
& DISIPIO
420 Lexington Avenue, 29th Floor
Graybar Building
New York, NY 10170

Laura Hollman, Esq.                     Courter & Co., Kentile Floors, Fay Spoffard &
Chuck McGivney, Esql                    Thorndike, Avocet Enterprises, Inc.,
MCGIVNEY & KLUGER, PC                   Flowserve, Treadwell Corp., Aurora Pump Co.,
80 Broad Street, 23rd Floor             Hercules Chemical Co., Inc., and The Nash
New York, NY 10024                      Engineering Co.

Joseph A. D'Avanzo, Esq.                A.W. Chesterton Co., Inc., Carrier Corporation,
Erik C. DiMarco, Esq.                   Boeing Co., and General Dynamics Corp.
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, NY 10017

Arthur Bromberg, Esq.                   Bondex International, Inc., Borg Warner Corp.,
WEINER LESNIAK, LLP                     Lockheed Martin Corp., and Old Orchard
888 Veterans Memorial Highway           Industrial Corp.
Suite 540
Hauppauge, NY 11788

- 4 -

| | |
|---|---|
| David Oxamendi, Esq.<br>KIRKPATRICK LOCKHART PRESTON<br>GATES ELLIS LLP<br>One Newark Center, 10th Floor<br>Newark, NJ 07102 | Crane Co., Crane Aerospace & Electronics,<br>Crane Resistoflex Aerospace, and Crane Pumps<br>& Systems, Inc. |
| Scott Harford, Esq.<br>Scott R. Emery, Esq.<br>LYNCH DASKAL EMERY, LLP<br>264 West 40th Street, 18th Floor<br>New York, NY 10018 | Daimlerchrysler Corp., Georgia-Pacific Corp.<br>and Goodyear Corp. |
| Eric Warner, Esq.<br>CLEMENTE MUELLER & TOBIA, PA<br>218 Ridgedale Avenue<br>Cedar Knolls, NJ 07927 | Durabla Manufacturing Co. |
| Medina Axelrod, Esq.<br>Simon Lee, Esq.<br>SEGAL McCAMBRIDGE SINGER<br>& MAHONEY, LTD<br>830 Third Avenue, Suite 400<br>New York, NY 10022 | Fairbanks Morse Engine, Gardner Denver, Inc.,<br>Garlock Sealing Technologies, LLC, successor<br>by merger to Garlock, Inc., Quincy Compressor<br>and Fairbanks Morse Pump, Corp.,<br>Durametallic Corp., Railroad Friction Products<br>Corp. |
| Chris Pawloski, Esq.<br>AARONSON RAPPAPORT<br>FEINSTEIN & DEUTSCH, LLP<br>757 Third Avenue, 4th Flor<br>New York, NY 10017 | Ford Motor Company, General Motors Corp.<br>and Rolls Royce |
| Diane Pompei, Esq.<br>Michael A. Tanenbaum, Esq.<br>MORAN & ARNOLD, LLP<br>Three Gateway Center, 12th Floor<br>Newark, NJ 07102 | Foster Wheeler Energy Corp. and General<br>Electric Co. |
| Joseph DiGregorio, Esq.<br>BARRY MCTIERNAN & MOORE<br>2 Rector Street, 14th Floor<br>New York, NY 10006 | General Refractories Co. & The Fulton<br>Companies, individually and as successor to<br>Fulton Boiler Works, Inc. Atlas Turner,<br>Graybar Electric ,John Crane |

| | |
|---|---|
| Patrick J. Dwyer, Esq.<br>SMITH, STRATTON, WISE,<br>HEHER & BRENNAN, LLP<br>2 Research Way<br>Princeton, NJ 08540 | Goodrich Corporation |
| Jennifer Filippazzo, Esq.<br>MCDERMOTT, WILL & EMERY, LLP<br>340 Madison Avenue<br>New York, NY 10173 | Honeywell International, Inc. |
| William Mendrzycki, Esq.<br>PO Box 1009<br>Highland Mills, NY 10930-1009 | Honeywell International, Inc. |
| Jamie Bartolomeo, Esq.<br>CULLEN & DYKMAN, LLP<br>177 Montague Street<br>Brooklyn, NY 11201 | Howden Buffalo, Inc., Goulds Pumps Inc. and Lesklie Controls, Inc. |
| Lisa M. Pascarella, Esq.<br>PEHLIVAN, BRAATEN<br>& PASCARELLA, LLC<br>Paynter's Ridge Office Park<br>2430 Route 34<br>Manasquan, NJ 08736 | Ingersoll-Rand Co., Rapak Boiler, and Rheem Manufacturing Co. |
| Matthew Strauss, Esq.<br>MALABY & BRADLEY, LLC<br>150 Broadway, Suite 600<br>New York, NY 10038 | JH France Refractories Co. and Viacom, Inc., as successor by merger to CBS Corp., f/k/a Westinghouse Electric Corp. |
| Iris Gabrielli, Esq.<br>SMITH ABBOT, LLP<br>48 Wall Street, Suite 1100<br>New York, NY 10005 | Pneumo Abex Corp., individually and successor-in-interest to Abex Corp., f/k/a American Brake Shoe |
| Robert J. Walker, Esq.<br>GALLACHER, WALKER, BIANCO &<br>PLASTARAS, ESQS.<br>98 Willis Avenue<br>Mineola, New York, 11501 | Hewlett Packard Co. |

Timothy J. McHugh
LAVIN, O'NEIL, RICCI, CEDRONE &
DiSIPIO
420 Lexington Avenue, Suite 2900
New York, NY 10170

United Technologies Corporation
Pratt & Whitney

Elisa T. Gilbert, Esq.
The Gilbert Firm, LLC
325 East 57th Street
New York, NY 10022

Northrop Grumman Systems Corp.

Laura Patricia Yee, Esq.
KNOTT & GLAZER, LLP
201 Spear Street, Suite 1520
San Francisco, CA 94105

Lockheed Martin Corp.

Samantha Burd, Esq.
LANDMAN, CORSI, BALLAINE
& FORD, PC
One Gateway Center, 10th Floor
Newark, NJ 07102

Metropolitan Transportation Authority

Charles Benjamin, Esq.
McCARTE & ENGLISH, LLP
4 Gateway Center
100 Mulberry Street
Newark, NJ 07102

Unisys Corp., Parker-Hannifin Corp.

Loree J. Shelko, Esq.
McGUIRE WOODS, LLP
1345 Avenue of the Americas
New York, NY 10105

WABD

Aisha L. Joseph, Esq.
EPSTEIN, BECKER & GREEN, PC
25 Park Avenue
New York, NY 10177

Wayne Wire Cloth
Grimes Aerospace Co.

Thomas R. Pantino, Esq.                   Hitco Carbon & Composites
Mark T. Pillon, Esq.                      The Fairchild Corp.
MENDES & MOUNT, LLP
750 Seventh Avenue
New York, NY 10019

Thomas Montiglio, Esq.                    Yuba Heat Transfer
AHMUTY, DEMERS & McMANUS
200 I.U. Willets Road
Albertson, NY 11507

Gloria Koo, Esq.                          IMO Industries
LEADER & BERKON, LLP
630 Third Avenue
New York, NY 10017

Frederick McGowen, Esq.                   Henkel Corp.
GOODWIN, PROCTER, LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

Cristina Sinclair, Esq.                   Eaton Corp.
McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962

Heidi Chang, Esq.                         Eastern Refractories Co., Inc.
McMAHON, MARTINE
& GALLAGHER, LLP
55 Washington Street
Brooklyn, NY 11201

Peter A. Antonucci, Esq.                  Robert A. Keasbey Co.
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, NY 10166

Thomas J. Maimone, Esq.                     Mack Trucks
MAIMONE & ASSOCIATES
170 Old Country Road
Suite 609
Mineola, NY 11501

Gary Casimir, Esq.                          Dana Corp.
REED SMITH, LLP                             Unioncarbide
599 Lexington Avenue
New York, NY 10022

Lindsay Fisher, Esq.                        Canadian Commercial Corp.
HOLLAND & KNIGHT, LLP
195 Broadway
24th Floor
New York, NY 10007

Edward P. Abbot, Esq.                       Abex Corp., f/k/a American Brake Shoe
Smith Abbot, LLP                            Company Pneumo Abex Corporation,
48 Wall Street, Suite 1100                  Individually and as Successor in interest to
New York, NY 10005                          Abex Corporation f/k/a American Brake Shoe

Charles McGivney, Esq.                      Alcoa, Inc., Individually and as successor in
Richard Leff, Esq.                          interested to Fairchild Fasteners, Avocet
McGivney & Kluger, P.C.                     Enterprises, Inc., Courter & Company, Fay
80 Broad Street, 23rd Floor                 Spofford & Thorndike of New York, f/k/a
New York, NY 10004                          Wolfe and Munier, Inc., Hercules Chemical
                                            Company, Inc., Railroad Friction Products
                                            Corp., and Treadwell Corporation

Lisa M. Pascarella, Esq.                    American Refractories, Inc.
Pehlivanian, Braaten & Pascarella, LLC      Ingersoll-Rand Company
Paynter's Ridge Office Park
2430 Route 34 – P.O. Box 648
Manasquan, NJ 08736

Suzanne M. Halbardier, Esq.                 American Refractories Co.
Barry Mctiernan & Moore                     General Refractories Co.
2 Rector Street, 14th Floor                 Graybar Electric Company, Inc.
New York, NY 10006                          John Crane, Inc.

- 9 -

Christian H. Gannon, Esq.                      Anchor Packing Co.
Theodore Eder, Esq.                            Durametallic Corporation
Segal, McCambridge, Singer & Mahoney,          Garlock Sealing Technologies, LLC
LTD.
830 Third Avenue, Suite 400
New York, NY 10022

Nancy McDonald, Esq.                           Culter-Hammer, n/k/a Eaton Electrical, Inc.
McElroy, Deutsch, Mulvaney & Carpenter,
LLP
1300 Mount Kemble Avenue
P.O. Box 2075
New York, NY 10022

Andrew P. Fishkin, Esq.                        Dresser Industries, Inc.
Edwards, Angell, Palmer & Dodge, LLP
750 Lexington Avenue
New York, NY 10022-1200

William F. Mueller, Esq.                       Durabla Manufacturing Co.
Clementer Mueller, P.A.
218 Ridgedale Avenue
P.O. Box 1296
Morristown, NJ 07962-1296

Dominic P. Bianco, Esq.                        Hewlett Packard Co.
Gallagher, Walker, Bianco & Plastaras
98 Willis Avenue
Mineola, NY 11501

Steven L. Keats, Esq.                          Munaco Packing & Rubber Co.
Keats & Shapiro
131 Mineola Boulevard, Suite 10
Mineola, NY 11501

James M. Altmas, Esq.                          Nasco Air Brakes
Bryan Cave, LLP
1290 Avenue of the Americas
New York, NY 10104-3300

                                               CFM International, Inc.
                                               Eastern Refractories Corp.
                                               Garlock Sealing Technologies, LLC

GE Aviation Systems, LLC
Lear Seigler Services, inc.
Parker Aerospace
Rheaco, Inc.
Sequoia Ventures, Inc.
The Boeing Co.
The Fairchild Corp.
Triad International Maintenance Corp.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ERNESTO and DIANE MIRANDA, | Civil Action No. 08-CV-05491-SAS |
| Plaintiffs, | |
| v. | |
| ABEX CORPORATION f/k/a American Brake Show Company; ALCOA, INC., Individually and as Successor in Interest to Fairchild Fasteners; AMERICAN REFRACTORIES, INC.; AMERICAN REFRACTORIES CO.; ANCHOR PACKING COMPANY; ATLAS TURNER, INC.; AVOCET ENTERPRISES, INC.; A.W. CHESTERTON CO., INC.; BONDEX INCORPORATED; BOEING INTEGRATED DEFENSE SYSTEMS; BORG WARNER CORPORATION; CANADIAN COMMERCIAL CORPORATION; CARRIER CORPORATION; CFM INTERNATIONAL, INC.; COURTER & COMPANY; CRANE AEROSPACE & ELECTRONICS; CRANE CO.; CRANE PUMPS & SYSTEMS, INC.; CRANE RESISTOFLEX AEROSPACE; CUTLER HAMMER n/k/a Eaton Electrical, Inc.; DANA CORPORATION; DRESSER INDUSTRIES, INC.; DURABLA MANUFCTURING COMPANY; DURAMETTALIC CORPORATION; EASTERN REFRACTORIES CORPORATION; EATON CORPORATION; EATON HYDRAULICS, INC.; ENPRO INDUSTRIES, INC., Individually and as Successor in Interest to Menasco Inc.; FAY, SPOFFARD & THORNDIKE OF NEW YORK, INC. f/k/a Wolf & Munier, Inc.; FOSTER WHEELER ENERGY CORP.; GARLOCK SEALING TECHNOLOGIES, LLC; GE AVIATION | **AFFIDAVIT OF PATRICK DWYER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

SYSTEMS LLC; GENERAL DYNAMICS;    )
GENERAL ELECTRIC CORPORATION;    )
GENERAL MOTORS CORPORATION;    )
GENERAL REFRACTORIES CO.;    )
GEORGIA PACIFIC CORPORATION    )
Individually and as Successor in Interest    )
to Consolidated Vultee Aircraft    )
Corporation; GOODRICH CORPORATION )
f/k/a/ B.F. Goodrich Company;    )
GOODYEAR TIRE & RUBBER; GOULD    )
PUMPS, INC.; GRABAR ELECTRIC    )
COMPANY, INC.; GRIMES AEROSPACE    )
COMPANY, Individually and as Successor )
in Interest to Midland-Ross Corporation;    )
HENKEL CORPORATION; HERCULES    )
CHEMICAL COMPANY, INC.; HEWLETT    )
PACKARD COMPANY; HITCO CARBON    )
& COMPOSITES Individually and as    )
Successor in Interest to Hitco;    )
HONEYWELL INTERNATIONAL, INC.    )
f/k/a/ Allied Signal, Inc. Successor In    )
Interest to the Bendix Corporation;    )
INGERSOLL-RAND COMPANY; J.H.    )
FRANCE REFRACTORIES, CO.; JOHN    )
CRANE, INC.; KENTILE FLOORS, INC.;    )
LEAR SEIGLER SERVICES, INC.    )
Individually and as Successor in Interest    )
to Lear Seigler, Inc.; LESLIE CONTROLS, )
INC. f/k/a/ Leslie Corporation; LOCKHEED )
MARTIN CORPORATION;    )
METROPOLITAN TRANSPORTATION    )
AUTHORITY; MUNACO PACKING &    )
RUBBER CO.; NASCO AIR BRAKES,    )
INC.; NORTHROP GRUMAN    )
CORPORATION; OLD ORCHARD    )
INDUSTRIAL CORPORATION,    )
Individually and as Successor to Vapor    )
Corporation; PARKER AEROSPACE;    )
PARKER HANNIFIN CORPORATION;    )
PNEUMO ABEX CORPORATION,    )
Individually and as Successor in Interest    )
to Abex Corporation f/k/a/ American Brake )
Shoe; PRATT & WHITNEY; RAILROAD    )
FRICTION PRODUCTS CORP.; RHEACO, )
INC.; ROBERT A. KEASBEY CO.; ROLLS )

- 2 -

ROYCE CORPORATION Individually and   )
as Successor in Interest to Allison Engine   )
Company, Inc.; SEQUOIA VENTURES,   )
INC. f/k/a Bechtel Corporation; THE   )
BOEING COMPANY Individually and as   )
Successor in Interest to McDonnell   )
Douglas; THE FAIRCHILD   )
CORPORATION; TREADWELL   )
CORPORATION; TRIAD   )
INTERNATIONAL MAINTENANCE   )
CORPORATION, Individually and as   )
Successor in Interest to Aero Corporation; )
UNISYS CORPORATION; UNITED   )
TECHNOLOGIES CORPORATION,   )
Individually and as Successor in Interest   )
to United Aircraft Corporation United   )
Technologies Building; WAYNE WIRE   )
CLOTH PRODUCTS, INC.;   )
WESTINGHOUSE AIR BRAKE CO.; 3M   )
COMPANY f/k/a/ Minnesota Mining &   )
Manufacturing;   )
  )
  )
            Defendants.   )

Patrick Dwyer, Esq., being duly sworn, hereby deposes and says as follows:

    1.    I am a partner with the law firm of Smith, Stratton, Wise, Heher & Brennan, LLP, counsel for Defendant Goodrich Corporation in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Goodrich's motion to admit Katherine Hauck, Esq. as counsel pro hac vice to represent Goodrich in this matter.

    2.    I am a member in good standing of the State of New York, and was admitted to practice law on March 10, 1981. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

    3.    I have known Katherine Hauck since March 14, 2005.

    4.    Ms. Hauck is an associate with the law firm of Smith, Stratton, Wise, Heher & Brennan, LLP, in Princeton, New Jersey.

5.    I have found Ms. Hauck to be a skilled attorney and a person of integrity. She is experienced in federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move the admission of Katherine Hauck, pro hac vice.

7.    I respectfully submit a proposed order granting the admission of Katherine Hauck, pro hac vice, which is attached hereto as Exhibit A.


WHEREFORE it is respectfully requested that the motion to admit Katherine

Hauck, pro hac vice, to represent Goodrich in the above captioned matter, be granted.


Dated:    New York, New York
          August 15, 2008

Notarized:

_Christine A. Gilton_

CHRISTINE A. GILTON
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES MAY 3, 2010


Sworn to and subscribed before me
this 15 day of August 2008

SMITH, STRATTON, WISE, HEHER
& BRENNAN, LLP

By:    _Patrick Dwyer_

Patrick J. Dwyer, Esq.
SDNY Bar No. PD-3812
Smith, Stratton, Wise, Heher & Brennan, LLP
100 Park Avenue
Suite 1600
New York, New York 10017
212-768-3878
Attorneys for GOODRICH CORPORATION


TO:  All Counsel of Record

- 4 -

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **KATHERINE ELIZABETH HAUCK**
(No. **014902003** ) was constituted and appointed an Attorney at Law of New
Jersey on **December 01, 2003** and, as such,
has been admitted to practice before the Supreme Court and all other courts of this State
as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in
Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing"
if the Court's records reflect that the attorney: 1) is current with all assessments
imposed as a part of the filing of the annual Attorney Registration Statement, including,
but not limited to, all obligations to the New Jersey Lawyers' Fund for Client
Protection; 2) is not suspended or disbarred from the practice of law; 3) has not
resigned from the Bar of this State; and 4) has not been transferred to Disability
Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's
satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to
practice law in this State.



In testimony whereof, I have
hereunto set my hand and
affixed the Seal of the
Supreme Court, at Trenton, this
**28TH** day of **July** , 20 **08**

Clerk of the Supreme Court

-453a-



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### *Katherine Elizabeth Hauck, Esq.*

### DATE OF ADMISSION

### *November 14, 2003*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  July 25, 2008**

Patricia A. Nicola
Chief Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ERNESTO and DIANE MIRANDA,                      )    Civil Action No. 08-CV-05491-SAS
                                                )
                      Plaintiffs,               )
                                                )
            v.                                  )
                                                )
ABEX CORPORATION f/k/a/ American                )        **ORDER FOR ADMISSION**
Brake Show Company; ALCOA, INC.,                )          **PRO HAC VICE**
Individually and as Successor in Interest       )        **ON WRITTEN MOTION**
to Fairchild Fasteners; AMERICAN                )
REFRACTORIES, INC.; AMERICAN                    )
REFRACTORIES CO.; ANCHOR                        )
PACKING COMPANY; ATLAS TURNER,                  )
INC.; AVOCET ENTERPRISES, INC.;                 )
A.W. CHESTERTON CO., INC.; BONDEX               )
INCORPORATED; BOEING INTEGRATED                 )
DEFENSE SYSTEMS; BORG WARNER                    )
CORPORATION; CANADIAN                           )
COMMERCIAL CORPORATION;                         )
CARRIER CORPORATION; CFM                        )
INTERNATIONAL, INC.; COURTER &                  )
COMPANY; CRANE AEROSPACE &                      )
ELECTRONICS; CRANE CO.; CRANE                   )
PUMPS & SYSTEMS, INC.; CRANE                    )
RESISTOFLEX AEROSPACE; CUTLER                   )
HAMMER n/k/a Eaton Electrical, Inc.;            )
DANA CORPORATION; DRESSER                       )
INDUSTRIES, INC.; DURABLA                       )
MANUFCTURING COMPANY;                           )
DURAMETTALIC CORPORATION;                       )
EASTERN REFRACTORIES                            )
CORPORATION; EATON                              )
CORPORATION; EATON HYDRAULICS,                  )
INC.; ENPRO INDUSTRIES, INC.,                   )
Individually and as Successor in Interest       )
to Menasco Inc.; FAY, SPOFFARD &                )
THORNDIKE OF NEW YORK, INC. f/k/a/              )
Wolf & Munier, Inc.; FOSTER WHEELER             )
ENERGY CORP.; GARLOCK SEALING                   )
TECHNOLOGIES, LLC; GE AVIATION                  )
SYSTEMS LLC; GENERAL DYNAMICS;                  )

GENERAL ELECTRIC CORPORATION;          )
GENERAL MOTORS CORPORATION;            )
GENERAL REFRACTORIES CO.;              )
GEORGIA PACIFIC CORPORATION            )
Individually and as Successor in Interest   )
to Consolidated Vultee Aircraft             )
Corporation; GOODRICH CORPORATION )
f/k/a/ B.F. Goodrich Company;             )
GOODYEAR TIRE & RUBBER; GOULD      )
PUMPS, INC.; GRABAR ELECTRIC          )
COMPANY, INC.; GRIMES AEROSPACE   )
COMPANY, Individually and as Successor )
in Interest to Midland-Ross Corporation;    )
HENKEL CORPORATION; HERCULES       )
CHEMICAL COMPANY, INC.; HEWLETT   )
PACKARD COMPANY; HITCO CARBON     )
& COMPOSITES Individually and as          )
Successor in Interest to Hitco;              )
HONEYWELL INTERNATIONAL, INC.      )
f/k/a/ Allied Signal, Inc. Successor In       )
Interest to the Bendix Corporation;          )
INGERSOLL-RAND COMPANY; J.H.        )
FRANCE REFRACTORIES, CO.; JOHN     )
CRANE, INC.; KENTILE FLOORS, INC.;    )
LEAR SEIGLER SERVICES, INC.            )
Individually and as Successor in Interest   )
to Lear Seigler, Inc.; LESLIE CONTROLS, )
INC. f/k/a/ Leslie Corporation; LOCKHEED )
MARTIN CORPORATION;                    )
METROPOLITAN TRANSPORTATION        )
AUTHORITY; MUNACO PACKING &          )
RUBBER CO.; NASCO AIR BRAKES,       )
INC.; NORTHROP GRUMAN                 )
CORPORATION; OLD ORCHARD             )
INDUSTRIAL CORPORATION,               )
Individually and as Successor to Vapor     )
Corporation; PARKER AEROSPACE;        )
PARKER HANNIFIN CORPORATION;         )
PNEUMO ABEX CORPORATION,             )
Individually and as Successor in Interest   )
to Abex Corporation f/k/a/ American Brake )
Shoe; PRATT & WHITNEY; RAILROAD      )
FRICTION PRODUCTS CORP.; RHEACO, )
INC.; ROBERT A. KEASBEY CO.; ROLLS )
ROYCE CORPORATION Individually and   )

- 2 -

as Successor in Interest to Allison Engine    )
Company, Inc.; SEQUOIA VENTURES,             )
INC. f/k/a Bechtel Corporation; THE          )
BOEING COMPANY Individually and as           )
Successor in Interest to McDonnell           )
Douglas; THE FAIRCHILD                       )
CORPORATION; TREADWELL                       )
CORPORATION; TRIAD                           )
INTERNATIONAL MAINTENANCE                    )
CORPORATION, Individually and as             )
Successor in Interest to Aero Corporation;   )
UNISYS CORPORATION; UNITED                   )
TECHNOLOGIES CORPORATION,                    )
Individually and as Successor in Interest    )
to United Aircraft Corporation United        )
Technologies Building; WAYNE WIRE            )
CLOTH PRODUCTS, INC.;                        )
WESTINGHOUSE AIR BRAKE CO.; 3M               )
COMPANY f/k/a/ Minnesota Mining &            )
Manufacturing;                               )
                                             )
                    Defendants.              )

Upon the motion of Patrick Dwyer, Esq., attorney for Defendant Goodrich

Corporation, and Mr. Dwyer's affidavit in support;

**IT IS HEREBY ORDERED** that:

Katherine E. Hauck, Esq.
Smith, Stratton, Wise, Heher & Brennan, LLP
2 Research Way
Princeton, NJ 08540
(609) 924-6000
(609) 987-6651 (fax)
khauck@smithstratton.com

is admitted to practice pro hac vice as counsel for Defendant Goodrich

Corporation in the above captioned case in the United States District Court for the

Southern District of New York.  All attorneys appearing before this Court are subject to

- 3 -

the Local Rules of this Court, including the Rules governing discipline of attorneys. If

this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for a ECF password at nysd.uscourts.gov. Counsel shall forward the

pro hac vice fee to the Clerk of Court.


Dated:    New York, New York
          August __, 2008


                                        _____
                                        United States District/Magistrate Judge

- 4 -