USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNESTO and DIANE MIRANDA,   )   Civil Action No. 08-CV-05491-SAS
                             )
              Plaintiffs,    )
                             )
      v.                     )
                             )   **ORDER FOR ADMISSION**
                             )   **PRO HAC VICE**
ABEX CORPORATION f/k/a/ American )   **ON WRITTEN MOTION**
Brake Show Company; ALCOA, INC., )
Individually and as Successor in Interest )
to Fairchild Fasteners; AMERICAN )
REFRACTORIES, INC.; AMERICAN )
REFRACTORIES CO.; ANCHOR )
PACKING COMPANY; ATLAS TURNER, )
INC.; AVOCET ENTERPRISES, INC.; )
A.W. CHESTERTON CO., INC.; BONDEX )
INCORPORATED; BOEING INTEGRATED )
DEFENSE SYSTEMS; BORG WARNER )
CORPORATION; CANADIAN )
COMMERCIAL CORPORATION; )
CARRIER CORPORATION; CFM )
INTERNATIONAL, INC.; COURTER & )
COMPANY; CRANE AEROSPACE & )
ELECTRONICS; CRANE CO.; CRANE )
PUMPS & SYSTEMS, INC.; CRANE )
RESISTOFLEX AEROSPACE; CUTLER )
HAMMER n/k/a Eaton Electrical, Inc.; )
DANA CORPORATION; DRESSER )
INDUSTRIES, INC.; DURABLA )
MANUFCTURING COMPANY; )
DURAMETTALIC CORPORATION; )
EASTERN REFRACTORIES )
CORPORATION; EATON )
CORPORATION; EATON HYDRAULICS, )
INC.; ENPRO INDUSTRIES, INC., )
Individually and as Successor in Interest )
to Menasco Inc.; FAY, SPOFFARD & )
THORNDIKE OF NEW YORK, INC. f/k/a/ )
Wolf & Munier, Inc.; FOSTER WHEELER )
ENERGY CORP.; GARLOCK SEALING )
TECHNOLOGIES, LLC; GE AVIATION )
SYSTEMS LLC; GENERAL DYNAMICS; )

GENERAL ELECTRIC CORPORATION;      )
GENERAL MOTORS CORPORATION;        )
GENERAL REFRACTORIES CO.;          )
GEORGIA PACIFIC CORPORATION        )
Individually and as Successor in Interest  )
to Consolidated Vultee Aircraft            )
Corporation; GOODRICH CORPORATION )
f/k/a/ B.F. Goodrich Company;              )
GOODYEAR TIRE & RUBBER; GOULD      )
PUMPS, INC.; GRABAR ELECTRIC       )
COMPANY, INC.; GRIMES AEROSPACE    )
COMPANY, Individually and as Successor )
in Interest to Midland-Ross Corporation;   )
HENKEL CORPORATION; HERCULES      )
CHEMICAL COMPANY, INC.; HEWLETT    )
PACKARD COMPANY; HITCO CARBON     )
& COMPOSITES Individually and as   )
Successor in Interest to Hitco;            )
HONEYWELL INTERNATIONAL, INC.     )
f/k/a/ Allied Signal, Inc. Successor In    )
Interest to the Bendix Corporation;        )
INGERSOLL-RAND COMPANY; J.H.       )
FRANCE REFRACTORIES, CO.; JOHN     )
CRANE, INC.; KENTILE FLOORS, INC.;  )
LEAR SEIGLER SERVICES, INC.        )
Individually and as Successor in Interest  )
to Lear Seigler, Inc.; LESLIE CONTROLS, )
INC. f/k/a/ Leslie Corporation; LOCKHEED )
MARTIN CORPORATION;                 )
METROPOLITAN TRANSPORTATION       )
AUTHORITY; MUNACO PACKING &        )
RUBBER CO.; NASCO AIR BRAKES,      )
INC.; NORTHROP GRUMAN              )
CORPORATION; OLD ORCHARD          )
INDUSTRIAL CORPORATION,            )
Individually and as Successor to Vapor    )
Corporation; PARKER AEROSPACE;     )
PARKER HANNIFIN CORPORATION;      )
PNEUMO ABEX CORPORATION,          )
Individually and as Successor in Interest  )
to Abex Corporation f/k/a/ American Brake )
Shoe; PRATT & WHITNEY; RAILROAD    )
FRICTION PRODUCTS CORP.; RHEACO, )
INC.; ROBERT A. KEASBEY CO.; ROLLS )
ROYCE CORPORATION Individually and  )

- 2 -

| | |
|---|---|
| as Successor in Interest to Allison Engine | ) |
| Company, Inc.; SEQUOIA VENTURES, | ) |
| INC. f/k/a Bechtel Corporation; THE | ) |
| BOEING COMPANY Individually and as | ) |
| Successor in Interest to McDonnell | ) |
| Douglas; THE FAIRCHILD | ) |
| CORPORATION; TREADWELL | ) |
| CORPORATION; TRIAD | ) |
| INTERNATIONAL MAINTENANCE | ) |
| CORPORATION, Individually and as | ) |
| Successor in Interest to Aero Corporation; | ) |
| UNISYS CORPORATION; UNITED | ) |
| TECHNOLOGIES CORPORATION, | ) |
| Individually and as Successor in Interest | ) |
| to United Aircraft Corporation United | ) |
| Technologies Building; WAYNE WIRE | ) |
| CLOTH PRODUCTS, INC.; | ) |
| WESTINGHOUSE AIR BRAKE CO.; 3M | ) |
| COMPANY f/k/a/ Minnesota Mining & | ) |
| Manufacturing; | ) |
|  | ) |
| Defendants. | ) |

Upon the motion of Patrick Dwyer, Esq., attorney for Defendant Goodrich Corporation, and Mr. Dwyer's affidavit in support;

**IT IS HEREBY ORDERED** that:

> Katherine E. Hauck, Esq.
> Smith, Stratton, Wise, Heher & Brennan, LLP
> 2 Research Way
> Princeton, NJ 08540
> (609) 924-6000
> (609) 987-6651 (fax)
> khauck@smithstratton.com

is admitted to practice pro hac vice as counsel for Defendant Goodrich Corporation in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to

the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for a ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court. The Clerk of the Court is directed to close this motion (Document # 52)

Dated: New York, New York
August 25, 2008

_____
United States District/~~Magistrate~~ Judge