UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ERNESTO and DIANA MIRANDA,                                    08 CV 4231
                                                              08 CV 5509
                        Plaintiffs,

        -against-                                    **MOTION TO DISMISS**
                                                    **GE AVIATION SYSTEMS, LLC**
ABEX CORPORATION, et al,

                        Defendants.

-----------------------------------------------------------X

        COME NOW Plaintiffs Ernesto and Diana Miranda and state that Plaintiffs no longer

intend to pursue any claims against Defendant GE Aviation Systems, LLC. Therefore, pursuant

to Fed.R.Civ.P. § 41(a)(2), Plaintiffs request that the Court dismiss GE Aviation Systems, LLC

from this action.


                                Dated: August 26, 2008

                                _____
                                Patrick J. Timmins, Esq.
                                Levy Phillips & Kongsberg
                                800 Third Ave
                                13th Floor
                                New York, NY 10022
                                Counsel for Plaintiffs Ernesto and Diana Miranda



SO ORDERED this _____ day of _____2008.



_____
        Judge Shira A. Scheindlin



{00126352.DOC}

## <u>CERTIFICATE OF SERVICE</u>

I, Patrick Timmins, a member of this Court, hereby certify that on this 27th day of

August, 2008 I caused a true and correct copy of Motion to Dismiss GE Aviation

Systems, LLC to be served electronically on all counsel of record in this matter.


_____/s/_____
Patrick Timmins

{00126405.DOC}