UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

ERNESTO and DIANA MIRANDA,       **RULE 7.1 DISCLOSURE STATEMENT**

                 Plaintiffs,

                                               Civil Action No.: 08 CV 5491 (SAS)

- against -

ABEX CORORATION, et al.

                 Defendants.

------------------------------------------------------------------- x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for International Business Machines Corporation certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:     New York, New York
            August 15, 2008

                                                 Yours, etc.,

                                               AARONSON RAPPAPORT FEINSTEIN &
                                               DEUTSCH, LLP
                                             By: _Elizabeth M. Young_
                                                 Elizabeth M. Young (EMY 3683)
                                             Attorneys for Defendant
                                             INTERNATIONAL BUSINESS MACHINES
                                             CORPORATION
                                             Office & P.O. Address
                                             757 Third Avenue
                                             New York, New York 10017
                                             (212) 593-6700

To:      LEVY PHILLIPS & KONIGSBERG, LLP
           Attorneys for Plaintiffs
           Ernesto and Diana Miranda
           800 Third Avenue - 13th Floor
           New York, New York 10022
           (212) 605-6200

           ALL COUNSEL ON SERVICE LIST

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                                           ss.:
COUNTY OF NEW YORK  )

        HOLLY BASKURT, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides at Nassau County, New York.

        That on the 19th day of August, 2008, deponent served the within RULE 7.1 DISCLOSURE STATEMENT on behalf of defendant, INTERNATIONAL BUSINESS MACHINES CORPORATION ("IBM"), upon:

> LEVY PHILLIPS & KONIGSBERG, L.L.P
> Attorney for Plaintiffs
> 800 Third Avenue 13th Fl
> New York, NY 10022
> 212 605-6200
>
> ALL COUNSEL ON ATTACHED SERVICE LIST

at the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                                  _____
                                                  HOLLY BASKURT

Sworn to before me this
19th day of August, 2008.

_____
Notary Public

                LORRAINE PUGNI
     NOTARY PUBLIC - State of New York
            No. 01PU6048365
        Qualified in Bronx County
   Commission Expires Sept 25, 2010

673246v

## SERVICE LIST

| COUNSEL | CLIENT |
|---|---|
| LEVY, PHILLIPS & KONIGSBERG, LLP<br>800 Third Avenue – 13th Floor<br>New York, New York 10022 | Plaintiffs |
| Iris M. Gabrielli, Esq.<br>Smith Abbott, L.L.P.<br>48 Wall Street, Suite 1100<br>New York, New York 10005 | Abex Corporation f/k/a American Brake Shoe and Pneumo Abex Corporation, individually and as successor in interest to Abex Corporation |
| Kerryann M. Cook, Esq./Michelle D. Grady, Esq.<br>Monakee D. Griffin, Esq./Philip J. O'Rourke, Esq.<br>McGivney & Kluger, P.C.<br>80 Broad Street, Suite 2300<br>New York, New York 10004 | Alcoa, Inc., Avocet Enterprises, Inc., Courter & Co., Fay Spoffard & Thorndike of New York, Inc. f/k/a Wolf & Munier, Inc., Hercules Chemical Co. Inc., Kentile Floors, Inc., Leslie Controls, Railroad Friction Products Corp., Tate Andale Inc., individually and as successor-in-interest to CH Wheeler Co., and Treadwell Corporation |
| Lisa M. Pascarella, Esq.<br>Pehlivanian Braaten & Pascarella, L.L.C.<br>115 Broadway, 19th Floor<br>New York, New York 10006 | American Refractories, Inc., General Cable, and Ingersoll-Rand Company |
| Suzanne M. Halbardier, Esq.<br>Barry, McTiernan & Moore<br>2 Rector Street, 14th Floor<br>New York, New York 10006 | American Refractories Co., General Refractories Co., Graybar Electric Company, Inc., and John Crane, Inc. |
| Erich J. Gleber, Esq.<br>Segal McCambridge Singer & Mahoney, Ltd.<br>830 Third Avenue, Suite 400<br>New York, New York 10022 | The Anchor Packing Company, Flowserve Corporation, and Garlock Sealing Technologies, LLC |
| Barbara J. Buba, Esq.<br>Wilbraham, Lawler & Buba<br>1818 Market Street, Suite 3100<br>Philadelphia, Pennsylvania 19103-3631 | Atlas Industries |
| Joseph A. D'Avanzo, Esq.<br>Wilson, Elser, Moskowitz, Edelman & Dicker LLP<br>3 Gannett Drive<br>White Plains, New York 10604 | The Boeing Company |
| James M. Altman, Esq./David Bloomberg, Esq.<br>Christopher R. Strianese, Esq.<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, New York 10104-3300 | The Boeing Company and Nasco Aircraft Brake, Inc. |
| Anna M. DiLonardo, Esq.<br>Andrew M. Warshauer, Esq.<br>Weiner Lesniak LLP | Bondex Incorporated, Borg Warner Corporation, Lockheed Martin Corporation, and Robert A. Keasbey Company |

{00522047.DOC}

- 1 -

522047v

| COUNSEL | CLIENT |
|---|---|
| 888 Veterans Memorial Highway<br>Suite 540<br>Hauppauge, New York 11788 | |
| Robert C. Malaby, Esq.<br>Malaby & Bradley, LLC<br>150 Broadway, Suite 600<br>New York, New York 10038 | CBS Corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, f/k/a Westinghouse Electric Corporation, and J. H. France |
| Michael E. Waller, Esq.<br>Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>One Newark Center, Tenth Floor<br>Newark, New Jersey 07102-5285 | Crane Co., Crane Pumps & Systems, Inc., Crane Resistoflex Aerospace, and Crane Aerospace & Electronics |
| Nancy McDonald, Esq.<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>1300 Mount Kemble Avenue<br>P.O. Box 2075<br>Morristown, New Jersey 07962-2075 | Cuttler Hammer, n/k/a Eaton Electrical Inc. |
| Scott R. Emery, Esq.<br>Lynch Daskal Emery, LLP<br>264 West 40th Street<br>New York, New York 10018 | DaimlerChrysler, Georgia-Pacific Corporation, individually and as successor in interest to Consolidated Vultee Aircraft Corporation, and The Goodyear Tire & Rubber Company |
| Judith A. Yavitz, Esq.<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, New York 10022 | Dana Corporation and Union Carbide |
| Andrew P. Fishkin, Esq.<br>Edwards & Angell, LLP<br>750 Lexington Avenue<br>New York, New York 10022 | Dresser Industries, Inc. |
| William F. Mueller, Esq.<br>Clemente, Mueller & Tobia P.A.<br>218 Ridgedale Avenue<br>P.O. Box 1296<br>Morristown, New Jersey 07962-1296 | Durabla Manufacturing Company |
| Heidi Chang, Esq.<br>McMahon, Martine & Gallagher, LLP<br>90 Broad Street, 14th Floor<br>New York, New York 10004 | Eastern Refractories Corp. |
| Andrew Sapon, Esq.<br>Bivona & Cohen, P.C.<br>Wall Street Plaza<br>88 Pine Street<br>New York, New York 10005-1886 | Eaton Corporation, Eaton Hydraulics, Inc. f/k/a Vickers Inc. and Enpro Industries, Inc., individually and as successer in interest to Menasco, Inc. |
| Abbie Eliasberg Fuchs, Esq./Brian A. Bender, Esq.<br>Harris Beach, PLLC<br>100 Wall Street, 23rd Floor | The Fairchild Corporation and Kentile Floors, Inc. |

| COUNSEL | CLIENT |
|---|---|
| New York, New York 10005 | |
| Michael A. Tanenbaum, Esq.<br>Sedgwick, Detert, Moran & Arnold, LLP<br>Three Gateway Center<br>100 Mulberry Street, 12th Floor<br>Newark, New Jersey 07102 | Foster Wheeler L.L.C. and General Electric Company |
| Patrick J. Dwyer, Esq.<br>Smith, Stratton, Wise, Heher & Brennan, LLP<br>100 Park Avenue – Suite 1600<br>New York, New York 10017 | Goodrich Corporation, f/k/a B.F. Goodrich Company |
| John J. Fanning, Esq.<br>Cullen & Dykman Bleakley Platt LLP<br>177 Montague Street<br>Brooklyn, New York 11201-3602 | Goulds Pumps, Inc. |
| Kenneth J. Kelly, Esq.<br>Epstein Becker & Green, P.C.<br>250 Park Avenue<br>New York, New York 10177-0077 | Grimes Aerospace Company and Wayne Wire Cloth, Inc. |
| Christopher J. Garvey, Esq.<br>Goodwin Procter LLP<br>599 Lexington Avenue<br>New York, New York 10022 | Henkel Corporation |
| Dominic P. Bianco, Esq.<br>Gallagher, Walker, Bianco & Plastaras<br>98 Willis Avenue<br>Mineola, New York 11501 | Hewlett Packard |
| Donald R. Pugliese, Esq.<br>McDermott Will & Emery LLP<br>340 Madison Avenue<br>New York, New York 10173 | Honeywell International Inc., f/k/a AlliedSignal, Inc., successor-in-interest to The Bendix Corporation |
| Joseph G. Colao, Esq.<br>Leader & Berkon LLP<br>630 Third Avenue, 17th Floor<br>New York, New York 10017 | IMO Industries and Warren Pumps |
| Robert D. Brown, Jr., Esq.<br>Gibbons P.C.<br>One Gateway Center<br>Newark, New Jersey 07102-5310 | Konica Minolta Business Solutions U.S.A., Inc. |
| Annalyn G. Smith, Esq.<br>Bracewell & Giuliani, LLP<br>106 South St. Mary's Street<br>Suite 800<br>San Antonio, Texas 78205 | Lear Seigler Services, Inc., individually and as successor in interest to Lear Seigler, Inc. |
| Thomas J. Maimone, Esq.<br>Maimone & Associates PLLC<br>170 Old Country Road<br>Mineola, New York 11501 | Mack Trucks, Inc. |
| Christopher S. Kozak, Esq.<br>Landman Corsi Ballaine & Ford P.C.<br>One Gateway Center, Suite 400 | Metropolitan Transportation Authority |

| COUNSEL | CLIENT |
|---|---|
| Newark, New Jersey 07102 | |
| Steven L. Keats, Esq.<br>131 Mineola Boulevard<br>Mineola, New York 11501 | Munaco Packing & Rubber Co., Inc. |
| Elisa T. Gilbert, Esq.<br>The Gilbert Firm, LLC<br>325 East 57th Street<br>New York, New York 10022 | Northrop Grumman Systems Corporation |
| Arthur D. Bromberg, Esq.<br>Weiner Lesniak LLP<br>629 Parsippany Road<br>Parsippany, New Jersey 07054 | Old Orchard Industrial Corporation, individually and as successor to Vapor Corporation |
| Richard P. O'Leary, Esq.<br>McCarter & English, LLP<br>245 Park Avenue, 27th Floor<br>New York, New York 10167 | Parker Hannifin Corporation |
| Timothy J. McHugh, Esq.<br>Lavin, O'Neil, Ricci, Cedrone & Disipio, P.C.<br>420 Lexington Avenue<br>Graybar Building, Suite 2900<br>New York, New York 10170 | Pratt & Whitney, United Technologies Corporation, individually and as successor in interest to United Aircraft Corporation, United Technologies Building, and 3M Company f/k/a Minnesota Mining and Manufacturing Company. |
| Mark S. Landman, Esq.<br>Landman Corsi Ballaine & Ford P.C.<br>120 Broadway, 27th Floor<br>New York, New York 10271-0079 | Sequoia Ventures, Inc. f/k/a Bechtel Corp. |
| Rob C. Tonogbanua, Esq.<br>Dickie, McCamey & Chilcote, P.C.<br>41 South Haddon Avenue – Suite 5<br>Haddonfield, New Jersey 08033-1800 | Tyco Flow Control, Inc. |
| Genevieve MacSteel, Esq.<br>McGuireWoods LLP<br>1345 Avenue of the Americas, 7th Floor<br>New York, New York 10105-0106 | Westinghouse Air Brake Co. |
| Frank A. Cecere, Jr., Esq.<br>Ahmuty, Demers & McManus<br>200 I.U. Willets Road<br>Albertson, New York 11507 | Yuba Heat Transfer, Division of Connell-Limited Partnership |

{00522047.DOC}

- 4 -

522047v

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    08 CV 5491 (SAS)

ERNESTO and DIANA MIRANDA,

                            Plaintiff,

-against-

ABEX CORPORATION, et al.

                            Defendants.

**RULE 7.1 DISCLOSURE STATEMENT**

**AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP**
Defendants
INTERNATIONAL BUSINESS MACHINES CORPORATION
Office and Post Address
757 Third Avenue
New York, NY 10017
212-593-6700

To:    **ALL PARTIES**

673254v