UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
ERNESTO and DIANA MIRANDA,                :
                                                         08 CV 5491 (SAS)
            Plaintiffs,             :
                                                         **VERIFIED ANSWER OF**
   -against-                                     :   **THE BOEING COMPANY**
                                                         **TO CROSS-CLAIM OF**
ABEX CORPORATION, ET AL.,                 :   **DEFENDANT LEAR**
                                                         **SIEGLER SERVICES, INC.**
            Defendants.             :

                                                              :
------------------------------------- x

      THE BOEING COMPANY, and THE BOEING COMPANY sued herein incorrectly as BOEING INTEGRATED DEFENSE SYSTEMS ("THE BOEING COMPANY"), by its attorneys WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, as and for its verified answer to Defendant LEAR SIEGLER SERVICES, INC. ("LEAR"), sets forth, upon information and belief, as follows:

      1.    THE BOEING COMPANY denies each and every allegation in LEAR'S "CROSSCLAIM FOR CONTRIBUTION" contained in LEAR'S ANSWER TO STANDARD COMPLAINT NO. 1 AND TO PLAINTIFFS' COMPLAINT filed on August 14, 2008 as they pertain to THE BOEING COMPANY and refers all questions of fact and law to the trier of the fact and this Honorable Court.

      2.    THE BOEING COMPANY incorporates by reference all affirmative defenses contained in its VERIFIED ANSWER dated May 6, 2008.

      WHEREFORE, the Defendant, THE BOEING COMPANY, demands judgment dismissing LEAR'S cross-claim in its entirety, with costs and disbursements, and in the event of any judgment over and against this answering defendant, demands judgment

2106823.1

-2-

based on contribution and/or indemnity in accordance with the principles of fault and apportionment, along with costs and disbursements, including reasonable attorneys fees.

Dated:   White Plains, New York
         September 4, 2008

>                    Yours, etc.
>
>                    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
>
>                    By: _____
>                    Joseph A. D'Avanzo, Esq.
>                    *Attorneys for Defendant*
>                    *THE BOEING COMPANY*
>                    *THE BOEING COMPANY sued herein incorrectly as BOEING INTEGRATED DEFENSE SYSTEMS*
>                    3 Gannett Drive
>                    White Plains, New York 10604
>                    (914) 323-7000
>                    File No. 07040.00014

To:    All Parties (see attached Rider for service list)

## SERVICE LIST

| DEFENDANTS/COUNSEL | PHONE/FAX # | SERVICE |
|---|---|---|
| LEVY PHILLIPS & KONIGSBERG, L.L.P<br>Patrick J. Timmins, Esq.<br>800 Third Avenue, 13th Floor<br>New York, NY 10022 | Tel: (212) 605-6200<br>Fax: (212) 605-6290 | Attorneys for Plaintiffs ERNESTO and DIANA MIRANDA |
| SMITH ABBOT, LLP<br>Iris M. Gabrielli, Esq.<br>48 Wall Street, Suite 1100<br>New York, NY 10005 | | Abex Corporation f/k/a American Brake Show and Pneumo Abex Corp., individually and as successor in interest to Abex Corporation |
| McGIVNEY & KLUGER<br>Ms. Kerryann M. Cook, Esq.<br>80 Broad Street, 23rd Floor<br>New York, NY 10004 | Tel: (212) 509-3456<br>Fax: (212) 509-4420 | Alcoa, Inc., Individually and as successor in interest to Fairchild Fasteners;<br>Avocet Enterprises, Inc.;<br>Courter & Co;<br>Fay Spofford & Thorndike of New York f/k/a Wolfe and Munier, Inc.;<br>Hercules Chemical Company, Inc.;<br>Railroad Friction Products Corp.; |
| PEHLIVANIAN, BRAATEN & PASCARELLA, LLC<br>Lisa M. Pascarella, Esq.<br>Paynter's Ridge Office Park<br>2430 Route 34<br>P.O. Box 648<br>Manasquan, NJ 08736 | | American Refractories, Inc.;<br>Ingersoll-Rand Company |
| LAW OFFICES OF DAVID L. FERSTENDIG<br>David Ferstendig, Esq.<br>292 Madison Ave., 22nd Floor<br>New York, NY 10017 | | Anchor Packing Co. |
| SEGAL, McCAMBRIDGE, SINGER & MAHONEY, LTD.<br>Eric J. Gleber, Esq.<br>830 Third Ave., Suite 400<br>New York, NY 10022 | Tel: (212) 651-7500 | Flowserve Corp. as successor in interest to Durametallic Corp.;<br>Garlock Sealing Technologies, LLC |

1961627.1

| DEFENDANTS/COUNSEL | PHONE/FAX # | SERVICE |
|---|---|---|
| BARRY, MCTIERNAN & MOORE<br>Suzanne M. Halbardier, Esq.<br>2 Rector Street, 14th Floor<br>New York, NY 10006 | | American Refractories Co.<br>General Refractories Co.<br>Graybar Electric Company, Inc.<br>John Crane, Inc. |
| WILBRAHAM LAWLER & BUBA<br>Barbara J. Buba, Esq.<br>140 Broadway, 46th Floor<br>New York, NY 10005 | | Atlas Turner, Inc. |
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER<br>Julie Evans, Esq.<br>150 East 42nd Street<br>New York, NY 10017 | Tel: (212) 490-3000<br>Fax: (212 490-3038<br><br>julie.evans@wilsonelser.com | A.W. Chesterton Co., Inc.;<br>Carrier Corp.;<br>General Dynamics;<br>Warren Pumps |
| HOLLAND & KNIGHT, LLP<br>Richard A. Menchini, Esq.<br>195 Broadway, 24th Floor<br>New York, NY 10007 | | Canadian Commercial Corp. |
| KIRKPATRICK LOCKHART PRESTON GATES ELLIS<br>1 Newark Center, 10th Floor<br>Newark, NJ 07102 | | Crane Co.;<br>Crane Resistoflex Aerospace;<br>Crane Pumps & Systems, Inc.;<br>Crane Aerospace & Electronics |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>Nancy McDonald, Esq.<br>1300 Mount Kemble Ave.<br>P.O. Box 2075<br>Morristown, NJ 07962 | | Cuttler Hammer n/k/a Eaton Electrical Inc. |
| WEINER LESNIAK LLP<br>Anna DiLonardo, Esq.<br>888 Veterans Memorial Highway<br>Hauppauge, NY 11788 | Tel: (631) 232-6130<br>Fax: (631) 232-6184<br><br>adilonardo@weinerlesniak.com | Bondex Inc.;<br>Borg-Warner Corp.<br>Lockheed Martin Corp.;<br>Old Orchard Industrial Corp., Individually and as successor to Vapor Corp.;<br>Robert A. Keasbey Co. |
| REED SMITH LLP<br>Judith Yavitz, Esq.<br>599 Lexington Ave., 29th Floor<br>New York, NY 10022 | | Dana Corp. |

1961627.1

| DEFENDANTS/COUNSEL | PHONE/FAX # | SERVICE |
|---|---|---|
| EDWARDS, ANGELL, PALMER & DIDGE LLP<br>Andrew P. Fishkin, Esq.<br>750 Lexington Avenue<br>New York, NY 10022 | | Dresser Industries, Inc. |
| CLEMENTE MUELLER P.A.<br>William F. Mueller, Esq.<br>218 Ridgedale Avenue<br>P.O. Box 1296<br>Morristown, NJ 07962 | | Durabla Manufacturing Co. |
| McMAHON MARTINE & GALLAGHER<br>Laura B. Hollman, Esq.<br>Attorneys for Defendant<br>55 Washington Street, Ste 720<br>Brooklyn, NY 11201 | Tel: (212) 747-1230<br>Fax: (212) 747-1239 | Eastern Refractories Corp. |
| MALABY & BRADLEY, LLC<br>William Bradley, Esq.<br>150 Broadway, Suite 600<br>New York, NY 10038 | | CBS Corp. f/k/a Viacom, Inc.;<br>Eaton Corp.;<br>J.H. France Refractories Co.;<br>The Fairchild Corp. |
| BIVONA AND COHEN PC<br>Andrew Sapon, Esq.<br>Wall Street Plaza, 25th Floor<br>88 Pine Street<br>New York, NY 10005 | | Eaton Hydraulics, Inc.<br>Enpro Industries, Inc., Individually and as successor in interest to Menasco, Inc. |
| SEDGWICK, DETERT, MORAN & ARNOLD<br>Michael Tanenbaum, Esq.<br>Three Gateway Center, 12th Floor<br>Newark, NJ 07102 | | Foster Wheeler Energy Corp.;<br>General Electric Corp. |
| AARONSON, RAPPAPORT, FEINSTEIN & DEUTSCH LLP<br>Mr. Ethan Baumfeld, Esq.<br>Elizabeth Young, Esq.<br>757 Third Avenue<br>New York, NY 10017 | | General Motors Corp.;<br>International Business Machines Corp. |
| LYNCH DASKAL EMERY LLP<br>Scott A. Harford, Esq.<br>264 West 40th Street<br>New York, NY 10018 | Tel: (212) 302-2400 | Chrysler LLC<br>Georgia-Pacific Corp., Individually and as successor in interest to Concolidated Vultee Aircraft Corp.;<br>Goodyear Tire & Rubber;<br>Goodyear Canada |

3

1961627.1

| DEFENDANTS/COUNSEL | PHONE/FAX # | SERVICE |
|---|---|---|
| SMITH, STRATTON, WISE, HEHER & BRENNAN LLP<br>Patrick J. Dwyer, Esq.<br>100 Park Ave., Suite 1600<br>New York, NY 10017 | | Goodrich Corp/ f/k/a B.F. Goodrich Co. |
| CULLEN DYKMAN BLEAKLEY PLATT LLP<br>John J. Fanning, Esq.<br>177 Montague Street<br>Brooklyn, NY 11201 | | Goulds Pumps, Inc. |
| GOODWIN PROCTER LLP<br>Christopher J. Garvey, Esq.<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018 | | Henkel Corp. |
| GALLAGHER WALKER BIANCO & PLASTARAS<br>Dominic P. Bianco, Esq.<br>98 Willis Avenue<br>Mineola, NY 11501 | | Hewlett Packard Co. |
| LEADER & BERKON LLP<br>Joseph G. Colao, Esq.<br>630 Third Ave., 17th Floor<br>New York, NY 10017 | | IMO Industries;<br>Warren Pumps |
| HARRIS BEACH, PLLC<br>Abbie Fuchs, Esq.<br>100 Wall Street<br>New York, NY 10005 | | The Fairchild Corp.;<br>Kentile Floors, Inc. |
| GIBBONS P.C.<br>Robert D. Brown, Jr., Esq.<br>1 Gateway Center<br>Neward, NJ 07102 | | Konica Minolta Business Solutions U.S.A., Inc. |
| BRACEWELL & GIULIANI, LLP<br>Annalyn G. Smith, Esq.<br>106 South St. Mary's Street, Suite 800<br>San Antonio, TX 78205 | | Lear Seigler Services, Inc. |
| MAIMONE & ASSOCIATES PLLC<br>Thomas J. Maimone, Esq.<br>170 Old Country Road<br>Mineola, NY 11501 | | Mack Truck, Inc. |

1961627.1

| DEFENDANTS/COUNSEL | PHONE/FAX # | SERVICE |
|---|---|---|
| LANDMAN CORSI BALLAINE & FORD<br>Christopher S. Kozak, Esq.<br>1 Gateway Center, 4th Floor<br>Newark, NJ 07102 | | Metropolitan Transportation Authority |
| KEATS & SHAPIRO<br>Steven L. Keats, Esq.<br>131 Mineola Blvd., Ste 10<br>Mineola, NY 11501 | | Munaco Packing & Rubber Co., Inc. |
| BRYAN CAVE LLP<br>James M. Altmas, Esq.<br>1290 Avenue of the Americas<br>New York, NY 10104 | | Nasco Air Brakes, Inc. |
| GILBERT & GILBERT, LLC<br>Elisa T. Gilbert, Esq.<br>325 East 57th Street<br>New York, NY 10022 | | Northrop Gruman Corp. |
| MCCARTER & ENGLISH LLP<br>Richard P. O'Leary, Esq.<br>245 Park Ave., 27th Floor<br>New York, NY 10167 | | Parker Hannifin Corp. |
| LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO<br>Timothy J. McHugh, Esq.<br>420 Lexington Ave., Suite 2900<br>New York, NY 10170 | | Pratt & Whitney<br>United Technologies Corp.<br>3M Company f/k/a Minnesota Mining & Manufacturing Co. |
| LANDMAN CORSI BALLAINE & FORD<br>Daniel S. Moretti, Esq.<br>120 Broadway, 27th Floor<br>New York, NY 10271 | | Sequoia Ventures, Inc. f/k/a Bechtel Corp. |
| DICKIE, McCAMEY & CHILCOTE P.C.<br>Rob C. Tonogbanua, Esq.<br>41 South Haddon Avenue, Suite 5<br>Haddonfield, NJ 08033 | | Tyco Flow Control, Inc. |
| EPSTEIN, BECKER & GREENM, P.C.<br>Kenneth J. Kelly, Esq.<br>250 Park Avenue<br>New York, NY 10177 | | Wayne Wire Cloth Products, Inc. |

1961627.1

| DEFENDANTS/COUNSEL | PHONE/FAX # | SERVICE |
|---|---|---|
| MCGUIRE WOODS, LLP<br>Genevieve MacSteel, Esq.<br>1345 Avenue of the Americas, 7th Floor<br>New York, NY 10105 | | Westinghouse Air Brake Co. |
| AHMUTY, DEMERS & McMANUS<br>Frank A. Cecere, Jr., Esq.<br>200 I.U. Willets Road<br>Albertson, NY 11507 | | Yuba Heat Transfer, Division of Connell-Limited Partnership |